IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br>    *Plaintiff–Appellee*, <br><br> v. <br><br> PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br>    *Defendant–Appellees,* <br><br> --- <br><br> REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, <br>    *Interested Party–Appellant.* | Case No. 23-1079 |

## NOTICE OF VOLUNTARY DISMISSAL

Appellant Reporters Committee for Freedom of the Press hereby gives notice of our voluntary dismissal of this action without prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

**Dated: May 5, 2023**

                */s/ Katie Townsend*
                Katie Townsend
                 *Counsel of Record for Appellant*
                Reporters Committee for
                 Freedom of the Press
                1156 15th St. NW, Suite 1020
                Washington, D.C. 20005
                Telephone: (202) 795-9300
                Facsimile: (202) 795-9310