# United States Court of Appeals
## For the First Circuit

No. 23-1079

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellee,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellees,

------------------------------------------------------------

REPORTERS COMMITTEE FOR FREEDOM,

Interested Party - Appellant.

**JUDGMENT**

Entered: May 16, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert A. Bertsche, Sigmund D. Schutz, Eric Grant Penley, KatieLynn B. Townsend, Grayson Clary, Paul M. Sanford, Patrick N. Strawbridge, Thomas R. McCarthy, John Michael Connolly, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Sarah R. Frazier,

Brittany Amadi, Danielle Conley, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Dwight Gerard Duncan, Natashia Tidwell, Randall Baldwin Clark, Adam R.F. Gustafson, Marc John Randazza, Gordon M. Fauth Jr., Madeleine Kristine Rodriguez, Sarah Hinger, Richard J. Rosensweig, Sarah Elaine Harrington, Douglass C. Lawrence, Donald Campbell Lockhart, Matthew J. Donnelly, Jon M. Greenbaum, Derek Tam Ho, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Matthew R Segal, Jeannie Suk Gersen, Bradley Oppenheimer, Minsuk Han, Joseph Wenner, Dean Richlin