# United States Court of Appeals
## For the First Circuit

———————————

No. 23-1079

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Appellee,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant - Appellees,

--------------------------------------------------------------

REPORTERS COMMITTEE FOR FREEDOM,

Interested Party - Appellant.

———————————

**MANDATE**

Entered: May 16, 2023

In accordance with the judgment of May 16, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert A. Bertsche, Sigmund D. Schutz, Eric Grant Penley, KatieLynn B. Townsend, Grayson Clary, Paul M. Sanford, Patrick N. Strawbridge, Thomas R. McCarthy, John M. Connolly, Adam K. Mortara, John M. Hughes, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, William F. Lee, Joseph J. Mueller, Debo P. Adegbile, Andrew S. Dulberg, Sarah R. Frazier, Brittany Amadi, Danielle Conley, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Genevieve Bonadies Torres, Dwight Gerard Duncan, Natashia Tidwell, Randall B. Clark, Adam R.F. Gustafson, Marc John Randazza, Gordon M. Fauth Jr., Madeleine Kristine Rodriguez, Sarah Hinger, Richard J. Rosensweig, Sarah E.

Harrington, Douglass C. Lawrence, Donald C. Lockhart, Matthew J. Donnelly, Jon M. Greenbaum, Derek Tam Ho, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn A. Ifill, Rachel Kleinman, Cara McClellan, Jennifer A. Holmes, Michaele N. Turnage Young, Samuel Spital, Kenneth N. Thayer, Matthew R. Segal, Jeannie Suk Gersen, Bradley Oppenheimer, Minsuk Han, Joseph Wenner, Dean Richlin