# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption:      Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al

District Court Number:      14cv14176-ADB

Fee:     Paid?   Yes __X__ No _____   Government filer _____   *In Forma Pauperis* Yes _____ No _____

| | | | |
|---|---|---|---|
| Motions Pending | Yes __X__ No _____ | Sealed documents | Yes __X__ No _____ |
| *If yes, document #* | 713 | *If yes, document #* | (see attached addendum) |
| *Ex parte* documents | Yes _____ No __X__ | Transcripts | Yes __X__ No _____ |
| *If yes, document #* | | *If yes, document #* | (see attached addendum) |

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _____   Other: __X__

Appeal from:

## #711 Electronic Order

Other information:

        I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #711 and #723

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 723 filed on January 18, 2023.

        In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2023.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

68,69,80,81,122,127,133,134,140,145,162,163,168,169,195,198,202,203,204,205,207,208,
214,219,220,221,224,225,226,227,233,234,235,241,242,247,248,255,256,257,260,261,262,
266,273,274,284,285,286,287,289,290,296,297,308,309,310,313,317,326,328,330,333,344,
347,348,352,356,361,367,368,373,374,381,383,413,420,421,427,435,437,438,449,452,454,
487,497,548,552,553,556,569,570,603,620

**TRANSCRIPTS:**

43,84,128,143,152,173,193,195,384,402,582,583,631,632,633,634,635,636,637,638,639,
640,641,642,643,644,645,646,647,648,649,650,651,652,653,654,655,656,657,666,714,721

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:14-cv-14176-ADB

| | |
|---|---|
| Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al | Date Filed: 11/17/2014 |
| | Date Terminated: 09/30/2019 |
| Assigned to: Judge Allison D. Burroughs | Jury Demand: Plaintiff |
| related Case: 1:21-cv-11530-ADB | Nature of Suit: 440 Civil Rights: Other |
| Case in other court: USCA - First Circuit, 15-01823 | Jurisdiction: Federal Question |
| USCA - First Circuit, 19-02005 | |
| Supreme Court of the United States, 20-01199 | |
| Cause: 28:1331 Federal Question: Other Civil Rights | |

**Plaintiff**

**Students for Fair Admissions, Inc.**  represented by  **Adam K Mortara**
125 South Wacker Dr.
Suite 300
Chicago, IL 60606
773-750-7154
Email: adam@mortaralaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Scott McBride**
Bartlit Beck LLP
54 W Hubbard Street
Third Floor
Chicago, IL 60654
312-494-4400
Email: scott.mcbride@bartlit-beck.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Michael Connolly**
Consovoy McCarthy Park PLLC
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
(703) 243-9423
Email: mike@consovoymccarthy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M Hughes**
Bartlit Beck LLP

1801 Wewatta Street
Suite 1200
Denver, CO 80202
303-592-3100
Fax: 303-592-3140
Email: john.hughes@bartlit-beck.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L.I. Hacker**
Bartlit Beck LLP
1801 Wewatta Street
Suite 1200
Denver, CO 80202
(303) 592-3100
Email: kat.hacker@bartlit-beck.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Krista J. Perry**
Bartlit Beck LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
312.494.4400
Fax: 312.494.4440
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meg E. Fasulo**
Bartlit Beck LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
303-592-3100
Fax: 303-592-3140
Email: meg.fasulo@bartlit-beck.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael H. Park**
Consovoy McCarthy Park PLLC
3 Columbus Circle, 15th Floor
New York, NY 10024
(646) 456-4432
*TERMINATED: 05/16/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul M Sanford**
Burns & Levinson LLP

One Citizens Plaza
Suite 1100
Providence, RI 02903
401-831-8330
Fax: 401-831-8359
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R. McCarthy**
Consovoy McCarthy PLLC
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201
703-243-9423
Email: tom@consovoymccarthy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William S. Consovoy**
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703-243-4923
Email: will@consovoymccarthy.com
*TERMINATED: 01/12/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin C. Caldwell**
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
401-831-8330
Email: bcaldwell@burnslev.com
*TERMINATED: 04/10/2018*
*ATTORNEY TO BE NOTICED*

**Patrick Strawbridge**
Consovoy McCarthy PLLC
8th Floor, South, PMB #706
Ten Post Office Square
Boston, MA 002109
617-227-0548
Email: patrick@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**President and Fellows of Harvard College**

represented by **Brittany Amadi**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
202-663-6022
Fax: 202-663-6363
Email: brittany.amadi@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel Winik**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6922
Fax: 202-663-6363
Email: daniel.winik@wilmerhale.com
*TERMINATED: 07/02/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Danielle Conley**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
202-663-6006
Fax: 202-663-6363
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debo P. degbile**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-295-6717
Email: Debo.Adegbile@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul R.Q. Wolfson**
Wilmer, Cutler, Pickering, Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6000
Fax: 202-663-6363

Email: paul.wolfson@wilmerhale.com
*TERMINATED: 08/06/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Seth P. Waxman**
Wilmer Cutler Pickering Hale and Dorr
LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6800
Email: seth.waxman@wilmerhale.com
*(Inactive)*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William F. Lee**
Wilmer Cutler Pickering Hale and Dorr
LLP (Bos)
60 State Street
Boston, MA 02109
617-526-6556
Fax: 617-526-5000
Email: william.lee@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew S. Dulberg**
Wilmer Cutler Pickering Hale and Dorr
LLP (Bos)
60 State Street
Boston, MA 02109
617-526-6352
Fax: 617-526-5000
Email: andrew.dulberg@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Ara B. Gershengorn**
Harvard Office of the General Counsel
Smith Campus Center, Suite 980
1350 Massachusetts Avenue
Cambridge, MA 02138
617-495-8210
Fax: 617-495-5079
Email: ara_gershengorn@harvard.edu
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Mooney**
Drummond Woodsum
Suite 600
84 Marginal Way
Portland, ME 04101

207-772-1941
Email: EMooney@dwmlaw.com
*TERMINATED: 02/28/2020*
*ATTORNEY TO BE NOTICED*

**Felicia H. Ellsworth**
Wilmer Cutler Pickering Hale and Dorr
LLP (Bos)
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: felicia.ellsworth@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Joseph J. Mueller**
Wilmer Hale LLP
60 State Street
Boston, MA 02109
617-526-6396
Fax: 617-526-5000
Email: joseph.mueller@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Sarah R. Frazier**
Wilmer Cutler Pickering Hale and Dorr
LLP (Bos)
60 State Street
Boston, MA 02109
617-526-6022
Email: sarah.frazier@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Honorable and Reverend The
Board of Overseers**
*TERMINATED: 01/12/2015*

**Intervenor Defendant**

**Sarah Cole**                                              represented by    **Brenda Shum**
Lawyers Committee For Civil Rights
Under Law
1500 K Street NW, Suite 9
Washington, DC 20005
202-662-8332
Email: bshum@lawyerscommittee.org
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
Asian Americans Advancing Justice
1145 Wilshire Boulevard

Los Angeles, CA 90017
213-977-7500
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
Arnold & Porter Kaye Scholer LLP
601 Massachusettes Avenue, NW
Washington, DC 20005
202-942-5485
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
Lawyers Committee for Civil Rights Under
Law
1401 New York Ave., NW, Suite 400
Washington, DC 20005
202-662-8326
Email: gbonadies@lawyerscommittee.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
Asian Americans Advancing Justice
1145 Wilshire Boulevard
Los Angeles, CA 90017
213-241-0257
Email: labonihoq@hotmail.com
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
202-942-5477
Email: gina.dean@aporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
202-942-5065
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
Asian Americans Advancing Justice
Impacts Litigation Unit
1145 Wilshire Boulevards
Los Angeles, CA 90017
213-241-0211
Email: nochi@advancingjustice-la.org
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
Lawyers for Civil Rights
61 Batterymarch Street
Boston, MA 02110
617-988-0608
Fax: 617-482-4392
Email: rhall@aclum.org
*LEAD ATTORNEY*

**Steven L. Mayer**
Arnold & Porter LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111-4024
415-471-3163
Email: steven.mayer@aporter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
Lawyers for Civil Rights
61 Batterymarch Street
Boston, MA 02110
617-988-0609
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
Lawyers' Committee for Civil Rights and
Economic Justic
61 Batterymarch Street, 5th Flr.
Boston, MA 02110
617-988-0608
Email: osellstrom@lawyerscom.org
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
Lawyers' Committee for Civil Rights
Under Law
294 Washington Street, Suite 443
Boston, MA 02108

617-988-0610
Email: plane@lawyerscom.org
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Fadhal Moore**                                    represented by     **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
Lawyers' Committee for Civil Rights
Under Law
1401 New York Avenue, NW
Suite 400
Washington, DC 20005
(202) 662-8315
Email: jgreenbaum@lawyerscommittee.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Arjini Kumari Nawal**                represented by   **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Itzel Vasquez-Rodriguez**                represented by    **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Keyanna Wigglesworth**                    represented by    **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**M. B.**                                   represented by    **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**K. C.**                                       represented by  **Brenda Shum**
                                                                (See above for address)
                                                                *TERMINATED: 05/17/2019*
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Christopher Lapinig**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Emma Katherine Dinan**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Genevieve Bonadies Torres**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jon M. Greenbaum**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Laboni Hoq**
                                                                (See above for address)
                                                                *TERMINATED: 12/09/2019*
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Lawrence Culleen**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Nancy L. Perkins**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Nicole K. Ochi**
                                                                (See above for address)
                                                                *TERMINATED: 06/05/2019*
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Y. D.**                          represented by     **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**G. E.**                          represented by   **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)

*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**A. G.**                                    represented by   **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**I. G.**                    represented by   **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**R. H.**                                      represented by   **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**J. L.**             represented by    **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nicole K. Ochi**
(See above for address)
*TERMINATED: 06/05/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**R. S.**                                    represented by    **Brenda Shum**
(See above for address)
*TERMINATED: 05/17/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Lapinig**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma Katherine Dinan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Genevieve Bonadies Torres**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jon M. Greenbaum**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Laboni Hoq**
(See above for address)
*TERMINATED: 12/09/2019*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Culleen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Nancy L. Perkins**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rahsaan D. Hall**
(See above for address)
*LEAD ATTORNEY*

**Steven L. Mayer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew M. Cregor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oren M. Sellstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Priya A. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Witness**

**Boston Public Schools**                    represented by    **Jennifer N. Seich**
                                                               City of Boston
                                                               2300 Washington Street
                                                               Roxbury, MA 02119
                                                               617-635-9320
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Amicus**

**New England First Amendment**              represented by    **Sigmund David Schutz**
**Coalition; Reporters Committee for**                         Preti Flaherty LLP
**Freedom of the Press; Massachusetts**                        One City Center
**Newspaper Publishers Association;**                          PO Box 9546
**GateHouse Media, LLC**                                       Portland, ME 04112
                                                               207-791-3000
                                                               Email: sschutz@preti.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric G. Penley**
                                                               Peckar & Abramson
                                                               28 State Street
                                                               Ste 1802

Boston, MA 02109
857-758-3347
Fax: 617-206-1998
Email: eric@advantagetriallawyers.com
*(Inactive)*
*ATTORNEY TO BE NOTICED*

**Robert A. Bertsche**
Klaris Law PLLC
6 Liberty Square #2752
Boston, MA 02109
857-303-6938
Email: rob.bertsche@klarislaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Association of Scholars**                        represented by  **Dwight G. Duncan**
National Association of Scholars                                            University of Massachusetts School of Law
12 East 46th Street, 6th floor                                             333 Faunce Corner Rd.
New York, NY 10017-2418                                                    North Dartmouth, MA 02747-1252
917.551.6770                                                               508-985-1124
                                                                          Fax: 508-985-1115
                                                                          Email: dduncan@umassd.edu
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**American Council on Education**                          represented by  **Natashia Tidwell**
                                                                          Saul Ewing Arnstein & Lehr LLP
                                                                          131 Dartmouth Street, Suite 501
                                                                          Boston, MA 02116
                                                                          617-723-3300
                                                                          Email: Natashia.tidwell@saul.com
                                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Brown University**                                      represented by  **Matthew S. Hellman**
                                                                          Jenner & Block LLP
                                                                          1099 New York Avenue, N.W.
                                                                          Washington, DC 20001
                                                                          (202) 639-6861
                                                                          Email: MHellman@jenner.com
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Seth B. Orkand**
                                                                          Robinson & Cole LLP
                                                                          One Boston Place, 25th floor
                                                                          Boston, MA 02108
                                                                          617-557-5915
                                                                          Fax: 617-557-5999

Email: sorkand@rc.com
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Case Western Reserve University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Columbia University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Cornell University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Dartmouth College**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Duke University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Emory University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**George Washington University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**John Hopkins University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Massachusetts Institute of Technology**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Princeton University**        represented by **Seth B. Orkand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Stanford University**                    represented by   **Seth B. Orkand**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Amicus**

**University of Pennsylvania**             represented by   **Seth B. Orkand**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Amicus**

**Vanderbilt University**                  represented by   **Seth B. Orkand**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Amicus**

**Washington University in St. Louis**     represented by   **Seth B. Orkand**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Amicus**

**Yale University**                        represented by   **Seth B. Orkand**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Amicus**

**Walter Dellinger**

**Amicus**

**Amici Curiae Economists Michael**        represented by   **Adam R.F. Gustafson**
**Keane et al., in Support of Students for**                Boyden Gray & Associates PLLC
**Fair Admissions**                                         801 17th Street NW, Suite 350
*Amici Curiae Economists Michael*                          Washington, DC 20006
*Keane et al., in Support of Students for*                 202-955-0620
*Fair Admissions*                                          Fax: 202-955-0621
                                                           Email:
                                                           gustafson@boydengrayassociates.com
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Andrew R. Varcoe**
                                                           Boyden Gray & Associates
                                                           801 17th Street NW
                                                           Suite 350
                                                           Washington, DC 20006
                                                           (202) 706-5488
                                                           Email:
                                                           avarcoe@boydengrayassociates.com
                                                           *TERMINATED: 08/19/2019*
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

Clayland Boyden Gray
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0620
Fax: 202-955-0621
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James R. Conde**
Boyden Gray & Associates PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
202-955-0622
Fax: 202-955-0621
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Randall B. Clark**
Randall B. Clark, Attorney at Law
80A Rust Hollis Road
Hollis, NH 03049
603-801-3039
Email: rbc@randallbclark.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Harvard-Radcliffe Black Students Association**                 represented by   **Cara McClellan**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
212-965-2200
Fax: 212-226-7592
Email: cmcclellan@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
NAACP Legal Defense and Educational
Fund, INC.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
Fax: 212-226-7592
Email: ekirkland@naacpldf.org
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New YorK, NY 10006
212-965-2200
Fax: 212-226-7592
Email: jnelson@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th St, NW 8th Floor
Washington, DC 20005
202-683-1300
Fax: 202-682-1312
Email: jholmes@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor
New York, NY 10006
212-965-2200
Fax: 212-226-7592
Email: jlee@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
700 14th St NW, Suite 600
Washington, DC 20005
212-683-1300
Fax: 202-682-1312
Email: mturnageyoung@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector St., 5th Floor

New York, NY 10006
212-965-2200
Fax: 212-226-7592
Email: rkleinman@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
Fax: 212-226-7592
Email: sspital@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2200
Fax: 212-226-7592
Email: sifill@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
9th Floor
Boston, MA 02114
617-6227-3030
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
9th Floor
Boston, MA 02114
617-227-3030
Email: thayer@srbc.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kuumba Singers of Harvard College**       represented by  **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

Kenneth N. Thayer
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Fuerza Latina of Harvard**                    represented by    **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Native Americans At Harvard College**                 represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard-Radcliffe Asian American Association**    represented by    **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard-Radcliffe Asian American Women's Association**                represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Asian American Brotherhood**    represented by    **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)

*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Vietnamese Association**                     represented by    **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard-Radcliffe Chinese Students Association**

represented by **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Korean Association**          represented by          **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Japan Society**                represented by    **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard South Asian Association**          represented by **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Islamic Society**          represented by **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Task Force on Asian and Pacific**     represented by     **Cara McClellan**
**American Studies at Harvard College**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Harvard Phillips Brooks House Association** | represented by | **Cara McClellan** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Minority Association of Pre-Medical Students**               represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Coalition for a Diverse Harvard**          represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**First Generation Harvard Alumni**          represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**

(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Native American Alumni of Harvard University**     represented by  **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard University Muslim Alumni**          represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Latino Alumni Alliance**          represented by   **Cara McClellan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Rebecca Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Asian American Legal Foundation**          represented by          **Gordon M. Fauth , Jr.**
Litigation Law Group
1801 Clement Ave, Ste. 101
Alameda, CA 94501
510-238-9610
Fax: 510-473-0603
Email: gmf@classlitigation.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee Cheng**
Asian American Legal Foundation
c/o Maschoff Brennan
100 Spectrum Center Drive
Irvine, CA 92618
(949) 202-1900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Marc J. Randazza
Randazza Legal Group, PLLC
4974 S. Rainbow Blvd.
Suite 100
Las Vegas, NV 89118
702-420-2001
Email: mjr@randazza.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Asian American Coalition for Education**    represented by    **Gordon M. Fauth , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Social Scientists and Scholars**    represented by    **Sarah E. Harrington**
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
202-362-0636
Email: sharrington@goldsteinrussell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Rosensweig**
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110
617-574-3588
Fax: 617-574-7505
Email: rrosensweig@goulstonstorrs.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Amici Curiae Professors of Economics**    represented by    **Derek Tam Ho**
**Susan Dynarski, et al., in Support of**
**Defendant**
*Amici Curiae Professors of Economics*
*Susan Dynarski, et al., in Support of*
*Defendant*
Kellogg, Huber, Hansen, Todd Evans &
Figel, PLLC
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, DC 20036
202-326-7900
Fax: 202-326-7999
Email: dho@khhte.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Amici Curiae the Asian American Legal**     represented by    **Kenneth Kimerling**
**Defense and Education Fund, et al.**                             Asian American Legal Defense and
                                                                   Education Fund
                                                                   99 Hudson Street
                                                                   New York, NY 10014
                                                                   212-966-5932
                                                                   Fax: 212-966-4303
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Madeleine K. Rodriguez**
                                                                   Foley Hoag LLP
                                                                   155 Seaport Boulevard
                                                                   Seaport World Trade Center West
                                                                   Boston, MA 02210
                                                                   617-832-1720
                                                                   Email: mrodriguez@foleyhoag.com
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Harvard Black Alumni Society**             represented by    **Cara McClellan**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Earl A. Kirkland , III**
                                                                   (See above for address)
                                                                   *TERMINATED: 03/11/2020*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Janai S. Nelson**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jennifer A. Holmes**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jin Hee Lee**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Kenneth N. Thayer**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michaele N. Turnage Young**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Rachel M. Kleinman**
                                                                   (See above for address)

ATTORNEY TO BE NOTICED

**Samuel Spital**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Harvard Asian American Alumni Alliance**

represented by **Cara McClellan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Association of Black Harvard Women**                    represented by    **Cara McClellan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**21 Colorful Crimson**                    represented by    **Cara McClellan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Earl A. Kirkland , III**
(See above for address)
*TERMINATED: 03/11/2020*
*ATTORNEY TO BE NOTICED*

**Janai S. Nelson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jin Hee Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth N. Thayer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michaele N. Turnage Young**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel M. Kleinman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Spital**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherrilyn A. Ifill**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Amicus** | | |
| **American Civil Liberties Union**<br>125 Broad Street<br>18th Fl.<br>New York, NY 10004<br>212-519-7882 | represented by | **Sarah Hinger**<br>American Civil Liberties Union<br>Foundation<br>125 Broad St.<br>18th floor<br>New York, NY 10004<br>(212) 549-2500<br>Fax: (212) 549-2654<br>Email: shinger@aclu.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** | | |
| **American Civil Liberties Union**<br>**Foundation of Massachusetts, Inc.**<br>211 Congress Street<br>3rd Fl.<br>Boston, MA 02110<br>617-482-3170 | represented by | **Sarah Hinger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Segal**<br>ACLU of Massachusetts<br>One Center Plaza<br>Suite 850 |

Boston
Boston, MA 02108
617-482-3170
Email: msegal@aclum.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**Southeastern Legal Foundation**          represented by   **Douglass C. Lawrence**
Curran Antonelli, LLP
177 Huntington Avenue
17th Floor
Boston, MA 02115
617-963-9229
Email: dlawrence@curranantonelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Park , Jr.**
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Stree NE
Atlanta, GA 30309
678-347-2208
Fax: 678-347-2210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Equal Opportunity**          represented by   **Douglass C. Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Park , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Reason Foundation**          represented by   **Douglass C. Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Park , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawrence Crawford**
*also known as*
JahJah Tishbite

*also known as*
Jonah Gabriel
*also known as*
JahJah Al Mahdi

**Interested Party**

**United States**                    represented by   **Matthew J. Donnelly**
                                                      United States Department of Justice
                                                      950 Pennsylvania Avenue
                                                      Washington, DC 20530
                                                      202-617-2788
                                                      Email: matthew.donnelly@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Interested Party**

**Professor Jeannie Suk Gersen**       represented by   **Jeannie Suk Gersen**
                                                      PRO SE

                                                      **Jeannie Suk Gersen**
                                                      Hauser Hall
                                                      1563 Massachusetts Avenue
                                                      Cambridge, MA 02138
                                                      917-749-5059
                                                      Email: jsuk73@gmail.com
                                                      *ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**Reporters Committee for Freedom of**    represented by   **Robert A. Bertsche**
**the Press**                                           (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Grayson Clary**
                                                      Reporters Committee for Freedom of the
                                                      Press
                                                      1156 15th Street NW
                                                      Suite 1020
                                                      Washington, DC 20005
                                                      914-417-8693
                                                      Email: gclary@rcfp.org
                                                      *ATTORNEY TO BE NOTICED*

                                                      **KatieLynn B Townsend**
                                                      Reporters Committee for Freedom of the
                                                      Press
                                                      1156 15th St. NW
                                                      Suite 1020
                                                      Washington, DC 20005
                                                      202-795-9300

Email: ktownsend@rcfp.org
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2014 | 🔘1 | COMPLAINT against All Defendants Filing fee: $ 400, receipt number 0101-5281571 (Fee Status: Filing Fee paid), filed by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet, # 3 Category Form)(Sanford, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 🔘2 | NOTICE of Appearance by Paul M Sanford on behalf of Students for Fair Admissions, Inc. (Sanford, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 🔘3 | NOTICE of Appearance by Benjamin C. Caldwell on behalf of Students for Fair Admissions, Inc. (Caldwell, Benjamin) (Entered: 11/17/2014) |
| 11/17/2014 | 🔘4 | CORPORATE DISCLOSURE STATEMENT by Students for Fair Admissions, Inc.. (Sanford, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 🔘5 | MOTION for Leave to Appear Pro Hac Vice for admission of William S. Consovoy, Thomas R. McCarthy and J. Michael Connolly Filing fee: $ 300, receipt number 0101-5281670 by Students for Fair Admissions, Inc.. (Attachments: # 1 Cert. of Attorney Consovoy, # 2 Cert. of Attorney McCarthy, # 3 Cert. of Attorney Connolly, # 4 Text of Proposed Order)(Sanford, Paul) (Entered: 11/17/2014) |
| 11/17/2014 | 🔘6 | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Abaid, Kimberly) (Entered: 11/17/2014) |
| 11/17/2014 | 🔘7 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Abaid, Kimberly) (Entered: 11/17/2014) |
| 11/18/2014 | 🔘8 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 5 Motion for Leave to Appear Pro Hac Vice Added William S. Consovoy, Thomas R. McCarthy and John Michael Connolly. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Maynard, Timothy) (Entered: 11/18/2014) |
| 12/04/2014 | 🔘9 | WAIVER OF SERVICE Returned Executed by Students for Fair Admissions, Inc.. President and Fellows of Harvard College waiver sent on 11/20/2014, answer due 1/19/2015. (Sanford, Paul) (Entered: 12/04/2014) |
| 12/19/2014 | 🔘10 | NOTICE of Appearance by Felicia H. Ellsworth on behalf of President and Fellows of Harvard College (Ellsworth, Felicia) (Entered: 12/19/2014) |
| 12/19/2014 | 🔘11 | CORPORATE DISCLOSURE STATEMENT by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 12/19/2014) |

| 12/19/2014 | 🔘12 | Assented to MOTION for Extension of Time to February 18, 2015 to Respond to the Complaint by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 12/19/2014) |
|---|---|---|
| 12/19/2014 | 🔘13 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Seth P. Waxman, Paul R.Q. Wolfson, and Debo P. Adegbile Filing fee: $ 300, receipt number 0101-5332406 by President and Fellows of Harvard College. (Attachments: # 1 Certification of Seth P. Waxman, # 2 Certification of Paul R.Q. Wolfson, # 3 Certification of Debo P. Adegbile)(Ellsworth, Felicia) (Entered: 12/19/2014) |
| 12/22/2014 | 🔘14 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 12 Motion for Extension of Time to Answer to 2/18/15 by President and Fellows of Harvard College (Hourihan, Lisa) (Entered: 12/22/2014) |
| 12/23/2014 | 🔘15 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 13 Motion for Leave to Appear Pro Hac Vice Added Debo P. Adegbile. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (Maynard, Timothy) (Entered: 12/23/2014) |
| 01/09/2015 | 🔘16 | STIPULATION *of Dismissal as to Defendant The Board of Overseers of Harvard College Only* by Students for Fair Admissions, Inc.. (Sanford, Paul) (Entered: 01/09/2015) |
| 02/18/2015 | 🔘17 | ANSWER to 1 Complaint, by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 02/18/2015) |
| 02/19/2015 | 🔘18 | NOTICE of Scheduling Conference Scheduling Conference set for 3/23/2015 02:30 PM in Courtroom 11 before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 02/19/2015) |
| 02/19/2015 | 🔘19 | Judge Denise J. Casper: ORDER entered. Standing Order Re: Courtroom Opportunities for Relatively Inexperienced Attorneys(Hourihan, Lisa) (Entered: 02/19/2015) |
| 03/02/2015 | 🔘20 | MOTION to Continue Rule 16 Initial Scheduling Conference *(UNOPPOSED)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 03/02/2015) |
| 03/03/2015 | 🔘21 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 20 Motion to Continue Scheduling Conference set for 4/13/2015 02:00 PM in Courtroom 11 before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 03/03/2015) |
| 03/12/2015 | 🔘22 | ELECTRONIC NOTICE of Reassignment. Judge Allison D. Burroughs added. Judge Denise J. Casper no longer assigned to case. (Abaid, Kimberly) (Entered: 03/12/2015) |
| 03/13/2015 | 🔘23 | ELECTRONIC NOTICE OF RESCHEDULING Scheduling Conference RESET for 4/23/2015 10:30 AM in Courtroom 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 03/13/2015) |
| 03/16/2015 | 🔘24 | Assented to MOTION to Continue Intial Scheduling Conference to 04/30/2015 by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 03/16/2015) |
| 03/18/2015 | 🔘25 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 24 Motion to Continue. Scheduling Conference reset for 4/30/2015 02:00 PM in Courtroom |

| | | 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 03/18/2015) |
|---|---|---|
| 04/23/2015 | 26 | JOINT STATEMENT of counsel *pursuant to Federal Rule 26(f) and Local Rule 16.1(d)*. (Sanford, Paul) (Entered: 04/23/2015) |
| 04/23/2015 | 27 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)*. (Ellsworth, Felicia) (Entered: 04/23/2015) |
| 04/23/2015 | 28 | CERTIFICATION pursuant to Local Rule 16.1 . (Sanford, Paul) (Entered: 04/23/2015) |
| 04/29/2015 | 29 | ELECTRONIC NOTICE OF RESCHEDULING Scheduling Conference reset for 4/30/2015 02:00 PM in Courtroom 4 before Judge Allison D. Burroughs. NOTICE IS FOR COURTROOM LOCATION CHANGE ONLY.(Folan, Karen) (Entered: 04/29/2015) |
| 04/29/2015 | 30 | MOTION to Intervene *In Defense of Harvard's Admission Policy* by Sarah Cole, Fadhal Moore, Arjini Kumari Nawal, Itzel Vasquez-Rodriguez, Keyanna Wigglesworth, M. B., K. C., Y. D., G. E., A. G., I. G., R. H., J. L., R. S..(Hall, Rahsaan) (Entered: 04/29/2015) |
| 04/29/2015 | 31 | MEMORANDUM in Support re 30 MOTION to Intervene *In Defense of Harvard's Admission Policy* filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Declarations of Proposed Defendant-Intervenors, # 2 Exhibit Proposed Answer)(Hall, Rahsaan) (Entered: 04/29/2015) |
| 04/29/2015 | 32 | MOTION for Leave to Appear Pro Hac Vice for admission of Jon M. Greenbaum Filing fee: $ 100, receipt number 0101-5535156 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit A - Certificate of Good Standing, # 2 Exhibit B - Affidavit)(Hall, Rahsaan) (Entered: 04/29/2015) |
| 04/29/2015 | 33 | NOTICE of Appearance by Rahsaan D. Hall on behalf of M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth (Hall, Rahsaan) (Entered: 04/29/2015) |
| 04/30/2015 | 34 | ELECTRONIC Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Scheduling Conference held on 4/30/2015. Colloquy re: motion to intervene. Responses will be filed within 2 weeks. Colloquy re: applications. Colloquy re: discovery schedule. Scheduling order to issue. (Court Reporter: James Gibbons at jmsgibbons@yahoo.com.)(Attorneys present: Sanford, Consovoy, Caldwell, Waxman, Ellsworth) (Folan, Karen) (Entered: 04/30/2015) |
| 05/04/2015 | 35 | Judge Allison D. Burroughs: ORDER entered. SCHEDULING ORDER: Status Conference set for 7/9/2015 02:00 PM in Courtroom 17 before Judge Allison D. Burroughs. Amended Pleadings due by 9/25/2015. Discovery to be completed by 4/1/2016 Motions due by 10/13/2016(Folan, Karen) (Entered: 05/04/2015) |
| 05/13/2015 | 36 | NOTICE of Appearance by Patrick Strawbridge on behalf of Students for Fair Admissions, Inc. (Strawbridge, Patrick) (Entered: 05/13/2015) |
| 05/13/2015 | 37 | MEMORANDUM in Opposition re 30 MOTION to Intervene *In Defense of Harvard's Admission Policy* filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Entered: 05/13/2015) |

| | | |
|---|---|---|
| 05/13/2015 | 38 | RESPONSE to Motion re 30 MOTION to Intervene *In Defense of Harvard's Admission Policy* filed by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 05/13/2015) |
| 05/15/2015 | 39 | MOTION for Leave to File *REPLY MEMORANDUM IN SUPPORT OF THE MOTION TO INTERVENE* by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Proposed Reply)(Hall, Rahsaan) (Entered: 05/15/2015) |
| 05/15/2015 | 40 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 39 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 05/15/2015) |
| 05/18/2015 | 41 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Students for Fair Admissions, Inc. re 36 Notice of Appearance *of Patrick Strawbridge*. (Strawbridge, Patrick) (Entered: 05/18/2015) |
| 05/18/2015 | 42 | REPLY to Response to 39 MOTION for Leave to File *REPLY MEMORANDUM IN SUPPORT OF THE MOTION TO INTERVENE* filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Hall, Rahsaan) (Entered: 05/18/2015) |
| 05/19/2015 | 43 | Transcript of Status Conference held on April 30, 2015, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: James Gibbons at jmsgibbons@yahoo.com Redaction Request due 6/9/2015. Redacted Transcript Deadline set for 6/19/2015. Release of Transcript Restriction set for 8/17/2015. (Scalfani, Deborah) (Entered: 05/19/2015) |
| 05/19/2015 | 44 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 05/19/2015) |
| 05/26/2015 | 45 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 32 Motion for Leave to Appear Pro Hac Vice Added Jon M. Greenbaum. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Folan, Karen) (Entered: 05/26/2015) |
| 05/26/2015 | 46 | MOTION for Leave to Appear Pro Hac Vice for admission of Lawrence Culleen Filing fee: $ 100, receipt number 0101-5572007 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | Certificate of Good Standing, # 2 Exhibit Affidavit)(Hall, Rahsaan) (Entered: 05/26/2015) |
| 05/26/2015 | 47 | MOTION for Leave to Appear Pro Hac Vice for admission of Nancy L. Perkins Filing fee: $ 100, receipt number 0101-5572061 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Af)(Hall, Rahsaan) (Entered: 05/26/2015) |
| 05/26/2015 | 48 | MOTION for Leave to Appear Pro Hac Vice for admission of Steven L. Mayer Filing fee: $ 100, receipt number 0101-5572070 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Affidavit)(Hall, Rahsaan) (Entered: 05/26/2015) |
| 05/27/2015 | 49 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 46 Motion for Leave to Appear Pro Hac Vice Added Lawrence Culleen. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Folan, Karen) (Entered: 05/27/2015) |
| 05/27/2015 | 50 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 47 Motion for Leave to Appear Pro Hac Vice Added Nancy L. Perkins. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Folan, Karen) (Entered: 05/28/2015) |
| 05/27/2015 | 51 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 48 Motion for Leave to Appear Pro Hac Vice Added Steven L. Mayer. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Folan, Karen) (Entered: 05/28/2015) |
| 06/15/2015 | 52 | Judge Allison D. Burroughs: ORDER enteredMEMORANDUM AND ORDER ON PROPOSED DEFENDANT-INTERVENORS' MOTION TO INTERVENE the Proposed Intervenors Motion to Intervene 30 is DENIED; however, the Proposed Intervenors are granted leave to participate in this action as amici curiae. (Montes, Mariliz) (Entered: 06/15/2015) |

| 06/25/2015 | 🌐 53 | Joint MOTION for Protective Order *(Stipulated)* by President and Fellows of Harvard College.(Waxman, Seth) (Entered: 06/25/2015) |
| 06/25/2015 | 🌐 54 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered The parties' Joint Motion for Protective Order 53 is hereby ALLOWED, and the parties' Stipulated Protective Order is approved. However, given the lack of specificity in Paragraphs 10 and 13 regarding the use of protected documents during public proceedings, the Court reserves the right to allow, after notice to the parties, the disclosure of any document or information covered by the Protective Order or to modify the Protective Order at any time in the interests of justice and to ensure that any proceeding before this Court is fair, efficient, and consistent with the public interest. (Montes, Mariliz) (Entered: 06/25/2015) |
| 06/25/2015 | 🌐 55 | Judge Allison D. Burroughs: ORDER entered. STIPULATION PROTECTIVE ORDER REGARDING DISCLOSURE AND USE OF DISCOVERY MATERIALS(Montes, Mariliz) (Entered: 06/25/2015) |
| 06/30/2015 | 🌐 56 | MOTION to Continue Status Conference *(UNOPPOSED)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 06/30/2015) |
| 07/01/2015 | 🌐 57 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 56 Motion to Continue. Status Conference reset for 7/21/2015 02:00 PM in Courtroom 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 07/01/2015) |
| 07/06/2015 | 🌐 58 | MOTION to Stay by President and Fellows of Harvard College.(Waxman, Seth) (Entered: 07/06/2015) |
| 07/06/2015 | 🌐 59 | MEMORANDUM in Support re 58 MOTION to Stay filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A)(Waxman, Seth) (Entered: 07/06/2015) |
| 07/13/2015 | 🌐 60 | NOTICE OF APPEAL as to 52 Order on Motion to Intervene, by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth Filing fee: $ 505, receipt number 0101-5656193 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 8/3/2015. (Hall, Rahsaan) (Entered: 07/13/2015)** |
| 07/14/2015 | 🌐 61 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 60 Notice of Appeal. (Paine, Matthew) (Entered: 07/14/2015) |
| 07/14/2015 | 🌐 62 | USCA Case Number 15-1823 for 60 Notice of Appeal filed by G. E., K. C., R. S., Keyanna Wigglesworth, Sarah Cole, Itzel Vasquez-Rodriguez, Fadhal Moore, M. B., Y. D., Arjini Kumari Nawal, I. G., R. H., A. G., J. L.. (Paine, Matthew) (Entered: 07/14/2015) |
| 07/15/2015 | 🌐 63 | NOTICE TO COUNSEL: The clerk's office has received a request to video record this hearing as part of the "Cameras in the Courtroom" project. Counsel are directed to the district court web site at http://www.mad.uscourts.gov/general/cameras.html to determine if they wish to |

| | | |
|---|---|---|
| | | consent to video recording. Responses are due July 20, 2015. A RESPONSE FROM EACH PARTY IS REQUIRED. (Hurley, Virginia) (Entered: 07/15/2015) |
| 07/16/2015 | 🌐 64 | MOTION to Compel *Production* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 07/16/2015) |
| 07/16/2015 | 🌐 65 | MEMORANDUM in Support re 64 MOTION to Compel *Production* filed by Students for Fair Admissions, Inc.. (Caldwell, Benjamin) (Main Document 65 replaced on 2/9/2016) (Montes, Mariliz). (Entered: 07/16/2015) |
| 07/16/2015 | 🌐 66 | DECLARATION re 65 Memorandum in Support of Motion *to Compel Production* by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Caldwell, Benjamin) (Entered: 07/16/2015) |
| 07/17/2015 | 🌐 67 | MOTION to Seal *Exhibit and Unredacted Memorandum of Law Associated with Motion to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 07/17/2015) |
| 07/17/2015 | 🌐 70 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 67 Motion to Seal (Montes, Mariliz) (Entered: 07/17/2015) |
| 07/20/2015 | 🌐 71 | Opposition re 58 MOTION to Stay filed by Students for Fair Admissions, Inc.. (Strawbridge, Patrick) (Entered: 07/20/2015) |
| 07/21/2015 | 🌐 72 | MOTION to Seal by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 07/21/2015) |
| 07/21/2015 | 🌐 73 | MOTION for Leave to File *Reply Memorandum In Support Of Motion To Stay* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Ellsworth, Felicia) (Entered: 07/21/2015) |
| 07/21/2015 | 🌐 74 | ELECTRONIC NOTICE OF RESCHEDULING Status Conference set for 7/21/2015 02:00 PM in Courtroom 16 before Judge Allison D. Burroughs. NOTICE IS FOR COURTROOM LOCATION CHANGE ONLY.(Folan, Karen) (Entered: 07/21/2015) |
| 07/21/2015 | 🌐 75 | NOTICE of Withdrawal of Appearance by Rahsaan D. Hall (Hall, Rahsaan) (Entered: 07/21/2015) |
| 07/21/2015 | 🌐 76 | NOTICE of Appearance by Priya A. Lane on behalf of M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth (Lane, Priya) (Entered: 07/21/2015) |
| 07/21/2015 | 🌐 77 | ELECTRONIC Clerk's Notes for proceedings held before Judge Allison D. Burroughs: granting 72 Motion to Seal; granting 73 Motion for Leave to File Document ; Status Conference held on 7/21/2015; (Court Reporter: Carol Scott at carollynnscott@cs.com.)(Attorneys present: Sanford, Consovoy, Strawbridge, Waxman, Ellsworth, Gershengorn) (Folan, Karen) (Entered: 07/23/2015) |
| 07/23/2015 | 🌐 78 | REPLY to Response to 58 MOTION to Stay filed by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 07/23/2015) |
| 07/23/2015 | 🌐 79 | DECLARATION re 78 Reply to Response to Motion *to Stay* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Ellsworth, Felicia) (Entered: 07/23/2015) |
| 07/28/2015 | 🌐 82 | NOTICE by President and Fellows of Harvard College re 58 MOTION to Stay - |

| | | |
|---|---|---|
| | | *Supplemental Submission* (Ellsworth, Felicia) (Entered: 07/28/2015) |
| 07/28/2015 | 🌐 83 | Supplemental Opposition re 58 MOTION to Stay filed by Students for Fair Admissions, Inc.. (Strawbridge, Patrick) (Entered: 07/28/2015) |
| 07/30/2015 | 🌐 84 | Transcript of Status Conference held on July 21, 2015, before Judge Allison D. Burroughs. COA Case No. 15-1823. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Carol Scott at carollynnscott@cs.com Redaction Request due 8/20/2015. Redacted Transcript Deadline set for 8/31/2015. Release of Transcript Restriction set for 10/28/2015. (Scalfani, Deborah) (Entered: 07/30/2015) |
| 07/30/2015 | 🌐 85 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 07/30/2015) |
| 07/30/2015 | 🌐 86 | MEMORANDUM in Opposition re 64 MOTION to Compel *Production* filed by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 07/30/2015) |
| 07/30/2015 | 🌐 87 | DECLARATION re 86 Memorandum in Opposition to Motion *to Compel (McCrary)* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Main Document 87 replaced on 7/31/2015) (Montes, Mariliz). (Additional attachment(s) added on 7/31/2015: # 1 Addendum) (Montes, Mariliz). (Entered: 07/30/2015) |
| 07/30/2015 | 🌐 88 | DECLARATION re 86 Memorandum in Opposition to Motion *to Compel (McGrath)* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 07/30/2015) |
| 07/31/2015 | 🌐 89 | Notice of correction to docket made by Court staff. Correction: Docket 87 corrected by detaching Addendum from Declaration and re-filing it as an attachment. (Montes, Mariliz) (Entered: 07/31/2015) |
| 08/05/2015 | 🌐 90 | MOTION to Stay *Proceedings Pending Appeal* by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth.(Lane, Priya) (Entered: 08/05/2015) |
| 08/05/2015 | 🌐 91 | MEMORANDUM in Support re 90 MOTION to Stay *Proceedings Pending Appeal* filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Lane, Priya) (Entered: 08/05/2015) |
| 08/06/2015 | 🌐 92 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Compel* by Students for Fair Admissions, Inc.. (Attachments: # 1 Proposed Reply Memo, # 2 Declaration of Patrick Strawbridge)(Caldwell, Benjamin) (Entered: 08/06/2015) |
| 08/07/2015 | 🌐 93 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 92 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Montes, Mariliz) (Entered: 08/07/2015) |

| 08/07/2015 | 94 | REPLY to Response to 64 MOTION to Compel *Production* filed by Students for Fair Admissions, Inc.. (Caldwell, Benjamin) (Entered: 08/07/2015) |
|---|---|---|
| 08/07/2015 | 95 | DECLARATION re 94 Reply to Response to Motion *to Compel* by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Caldwell, Benjamin) (Entered: 08/07/2015) |
| 08/07/2015 | 96 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Students for Fair Admissions, Inc. re 95 Declaration *re 94 Reply to Response to Motion to Compel by Students for Fair Admissions, Inc...* (Caldwell, Benjamin) (Entered: 08/07/2015) |
| 08/14/2015 | 97 | MOTION for Leave to File *A Sur-Reply Memorandum In Opposition to SFFA's Motion to Compel* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A)(Ellsworth, Felicia) (Entered: 08/14/2015) |
| 08/14/2015 | 98 | Opposition re 90 MOTION to Stay *Proceedings Pending Appeal* filed by Students for Fair Admissions, Inc.. (Strawbridge, Patrick) (Entered: 08/14/2015) |
| 08/17/2015 | 99 | RESPONSE to Motion re 90 MOTION to Stay *Proceedings Pending Appeal* filed by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 08/17/2015) |
| 08/18/2015 | 100 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 97 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 08/18/2015) |
| 08/18/2015 | 101 | SUR-REPLY to Motion re 64 MOTION to Compel *Production* filed by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 08/18/2015) |
| 09/01/2015 | 102 | Letter/request (non-motion) from SFFA Requesting Telephonic Conference . (Strawbridge, Patrick) (Entered: 09/01/2015) |
| 09/28/2015 | 103 | MOTION for Leave to Appear Pro Hac Vice Filing fee: $ 100, receipt number 0101-5765135 by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit Certification of Michael H. Park, # 2 Exhibit Proposed Order)(Sanford, Paul) (Entered: 09/28/2015) |
| 09/30/2015 | 104 | Emergency MOTION for Protective Order by President and Fellows of Harvard College. (Attachments: # 1 Declaration in Support of Motion, # 2 Exhibit Exhibit 1 to Ellsworth Declaration, # 3 Exhibit Exhibit 2 to Ellsworth Declaration, # 4 Exhibit Exhibit 3 to Ellsworth Declaration)(Ellsworth, Felicia) Modified on 10/1/2015 (Montes, Mariliz). (Entered: 09/30/2015) |
| 09/30/2015 | 107 | MEMORANDUM in Support re 104 Emergency MOTION for Protective Order filed by President and Fellows of Harvard College. (Montes, Mariliz) (Entered: 10/01/2015) |
| 10/01/2015 | 105 | Opposition re 104 Emergency MOTION for Protective Order filed by Students for Fair Admissions, Inc.. (Strawbridge, Patrick) (Entered: 10/01/2015) |
| 10/01/2015 | 106 | DECLARATION re 105 Opposition to Motion *for Protective Order* by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Strawbridge, Patrick) (Entered: 10/01/2015) |

| 10/01/2015 | 108 | Notice of correction to docket made by Court staff. Correction: Docket 104 corrected by detaching Memorandum and re-filing it as a separate docket entry. (Montes, Mariliz) (Entered: 10/01/2015) |
|---|---|---|
| 10/07/2015 | 109 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 103 Motion for Leave to Appear Pro Hac Vice Added Michael H. Park. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Folan, Karen) (Entered: 10/07/2015) |
| 10/09/2015 | 110 | Judge Allison D. Burroughs: ORDER entered The Proposed Defendant-Intervenors Motion to Stay [ECF No. 90] is ALLOWED IN PART and DENIED IN PART, and Harvards Motion to Stay [ECF No. 58] is also ALLOWED IN PART and DENIED IN PART, as set forth in the accompanying Order. And in light of the Court's ruling, Harvards Emergency Motion for a Protective Order and a Temporary Stay of Depositions [ECF No. 104] is DENIED AS MOOT. (Montes, Mariliz) (Entered: 10/09/2015) |
| 10/23/2015 | 111 | RESPONSE TO COURT ORDER by President and Fellows of Harvard College *Regarding The Proposed Scope Of Discovery During A Stay Pending Resolution Of Fisher II*. (Ellsworth, Felicia) (Entered: 10/23/2015) |
| 10/23/2015 | 112 | RESPONSE TO COURT ORDER by Students for Fair Admissions, Inc. re 110 Order on Motion to Stay,, Order on Motion for Protective Order,,, . (Strawbridge, Patrick) (Entered: 10/23/2015) |
| 10/30/2015 | 113 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered Plaintiff's Motion to Compel Production (ECF No. 64) is DENIED as MOOT with leave to renew. The issue of whether a sample of alumni interviewers should be identified and/or deposed will be addressed at a status conference to be held shortly following the First Circuit's decision regarding intervention. (Montes, Mariliz) (Entered: 10/30/2015) |
| 12/09/2015 | 114 | OPINION of USCA as to 60 Notice of Appeal filed by G. E., K. C., R. S., Keyanna Wigglesworth, Sarah Cole, Itzel Vasquez-Rodriguez, Fadhal Moore, M. B., Y. D., Arjini Kumari Nawal, I. G., R. H., A. G., J. L.. (Paine, Matthew) (Entered: 12/10/2015) |
| 12/09/2015 | 115 | USCA Judgment as to 60 Notice of Appeal filed by G. E., K. C., R. S., Keyanna Wigglesworth, Sarah Cole, Itzel Vasquez-Rodriguez, Fadhal Moore, M. B., Y. D., Arjini Kumari Nawal, I. G., R. H., A. G., J. L. AFFIRMED. (Paine, Matthew) (Entered: 12/10/2015) |
| 12/31/2015 | 116 | MANDATE of USCA as to 60 Notice of Appeal filed by G. E., K. C., R. S., Keyanna Wigglesworth, Sarah Cole, Itzel Vasquez-Rodriguez, Fadhal Moore, M. B., Y. D., Arjini Kumari Nawal, I. G., R. H., A. G., J. L.. Appeal 60 Terminated (Paine, Matthew) (Entered: 01/04/2016) |
| 01/07/2016 | 117 | ELECTRONIC NOTICE of Hearing. Status Conference set for 1/28/2016 10:00 AM in Courtroom 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 01/07/2016) |

| | | |
|---|---|---|
| 01/27/2016 | 118 | Letter/request (non-motion) from SFFA to Judge Burroughs . (Caldwell, Benjamin) (Main Document 118 replaced on 2/9/2016) (Montes, Mariliz). (Entered: 01/27/2016) |
| 01/27/2016 | 119 | MOTION to Seal Document *(SFFA's Letter to Judge Burroughs)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 01/27/2016) |
| 01/27/2016 | 120 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 119 Motion to Seal Document. (Folan, Karen) (Entered: 01/27/2016) |
| 01/27/2016 | 121 | Letter/request (non-motion) from Harvard In Response to Letter/request (non-motion) from SFFA . (Ellsworth, Felicia) (Entered: 01/27/2016) |
| 01/28/2016 | 123 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 1/28/2016. Colloquy re: discovery. ( Further Status Conference set for 2/25/2016 11:00 AM in Courtroom 17 before Judge Allison D. Burroughs.). (Court Reporter: Carol Scott at carollynnscott@cs.com.)(Attorneys present: Park, Caldwell, Strawbridge, Waxman, Ellsworth) (Folan, Karen) (Entered: 01/28/2016) |
| 02/01/2016 | 124 | Letter/request (non-motion) from SFFA to Judge Burroughs . (Caldwell, Benjamin) (Main Document 124 replaced on 2/9/2016) (Montes, Mariliz). (Entered: 02/01/2016) |
| 02/01/2016 | 125 | MOTION to Seal Document *(SFFA's letter to Judge Burroughs dated 2.1.16)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 02/01/2016) |
| 02/02/2016 | 126 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 125 Plaintiff's Motion to Seal Document (Montes, Mariliz) (Entered: 02/02/2016) |
| 02/03/2016 | 128 | Transcript of Status Conference held on January 28, 2016, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Carol Scott at carollynnscott@cs.com Redaction Request due 2/24/2016. Redacted Transcript Deadline set for 3/7/2016. Release of Transcript Restriction set for 5/3/2016. (Scalfani, Deborah) (Entered: 02/03/2016) |
| 02/03/2016 | 129 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 02/03/2016) |
| 02/05/2016 | 130 | MOTION to Seal *Response to SFFA's Jan. 27, 2016 Letter* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 02/05/2016) |
| 02/08/2016 | 131 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 130 Motion to Seal (Folan, Karen) (Entered: 02/08/2016) |
| 02/09/2016 | 132 | Notice of correction to docket made by Court staff. Correction: Dockets 65 , 118 and 124 corrected: documents were replaced by counsel with identical documents, as he noticed the redacted material (from the original documents), was compromised as a result of hidden metadata. (Montes, Mariliz) (Entered: 02/09/2016) |
| 02/10/2016 | 134 | MOTION to Seal Document *(SFFA's Reply to Harvard's February 5, 2016 Letter)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Additional |

| | | attachment(s) added on 2/10/2016: # 1 Exhibit) (Folan, Karen). (Entered: 02/10/2016) |
|---|---|---|
| 02/10/2016 | 135 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 134 Motion to Seal Document. (Folan, Karen) (Entered: 02/10/2016) |
| 02/22/2016 | 136 | Letter/request (non-motion) from Harvard regarding SFFA's February 1, 2016 Letter . (Ellsworth, Felicia) (Entered: 02/22/2016) |
| 02/25/2016 | 137 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 2/25/2016. Colloquy re: production of documents, protective order. (Further Status Conference set for 3/30/2016 10:00 AM in Courtroom 17 before Judge Allison D. Burroughs.). (Court Reporter: Carol Scott at carollynnscott@cs.com.)(Attorneys present: Park, Caldwell, Strawbridge, Ellsworth, Fox) (Folan, Karen) (Entered: 02/25/2016) |
| 02/29/2016 | 138 | MOTION to Seal Document *Feb. 29, 2016 Letter to Court regarding Database Fields* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 02/29/2016) |
| 03/01/2016 | 139 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 138 Defendant's Motion to File Under Seal Harvard's February 29, 2016 letter (Montes, Mariliz) (Entered: 03/01/2016) |
| 03/02/2016 | 141 | MOTION to Seal Document *(SFFA's Reply to Harvard's February 29, 2016 Letter)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 03/02/2016) |
| 03/03/2016 | 142 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 141 Motion to Seal Document (Folan, Karen) (Entered: 03/03/2016) |
| 03/04/2016 | 143 | Transcript of Status Conference held on February 25, 2016, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Carol Scott at carollynnscott@cs.com Redaction Request due 3/25/2016. Redacted Transcript Deadline set for 4/4/2016. Release of Transcript Restriction set for 6/2/2016. (Scalfani, Deborah) (Entered: 03/04/2016) |
| 03/04/2016 | 144 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 03/04/2016) |
| 03/11/2016 | 146 | Judge Allison D. Burroughs: STAY ORDER entered. ( Status Conference set for 4/25/2016 02:00 PM in Courtroom 17 before Judge Allison D. Burroughs.)(Folan, Karen) (Entered: 03/11/2016) |
| 04/15/2016 | 147 | Letter/request (non-motion) from Harvard Regarding Discovery of SFFA . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Ellsworth, Felicia) (Entered: 04/15/2016) |
| 04/21/2016 | 148 | MOTION to Continue Status Conference of April 25, 2016 to April 29, 2016 *(UNOPPOSED)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/21/2016) |
| 04/22/2016 | 149 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 148 Motion to Continue Status Conference set for 4/29/2016 02:30 PM in Courtroom |

| | | 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 04/22/2016) |
|---|---|---|
| 04/29/2016 | 150 | Letter/request (non-motion) from Students for Fair Admissions . (Attachments: # 1 Affidavit Ex A, # 2 Exhibit Ex B, # 3 Affidavit Ex C, # 4 Affidavit Ex D, # 5 Affidavit Ex E)(Consovoy, William) (Entered: 04/29/2016) |
| 04/29/2016 | 151 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 4/29/2016. Parties will have two weeks after Fisher to file a letter to the court. Colloquy re: discovery dispute. (Court Reporter: Cheryl Dahlstrom at cheryldahlstrom@comcast.net.)(Attorneys present: various) (Folan, Karen) (Entered: 05/03/2016) |
| 05/10/2016 | 152 | Transcript of Status Conference held on April 29, 2016, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Cheryl Dahlstrom at cheryldahlstrom@comcast.net Redaction Request due 5/31/2016. Redacted Transcript Deadline set for 6/10/2016. Release of Transcript Restriction set for 8/8/2016. (Scalfani, Deborah) (Entered: 05/10/2016) |
| 05/10/2016 | 153 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 05/10/2016) |
| 05/18/2016 | 154 | Letter/request (non-motion) from Harvard *Regarding Discovery of SFFA*. (Attachments: # 1 Exhibit Yoga Source v. Choudhury, # 2 Exhibit SFFA Articles of Incorporation and Bylaws)(Ellsworth, Felicia) (Entered: 05/18/2016) |
| 06/17/2016 | 155 | NOTICE of Appearance by William F. Lee on behalf of President and Fellows of Harvard College (Lee, William) (Entered: 06/17/2016) |
| 06/27/2016 | 156 | ELECTRONIC NOTICE of Hearing. Status Conference set for 7/20/2016 03:15 PM in Courtroom 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 06/27/2016) |
| 07/08/2016 | 157 | MOTION to Seal *Letter* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 07/08/2016) |
| 07/08/2016 | 158 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 157 Defendant's Motion to File Under Seal Defendant's Unredacted Letter Regarding Implication of Fisher II for this Litigation. (Montes, Mariliz) (Entered: 07/08/2016) |
| 07/08/2016 | 159 | MOTION to Seal Document *(SFFA's letter to Judge Burroughs dated 7.8.16)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 07/08/2016) |
| 07/08/2016 | 160 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 159 Motion to Seal Document. (Folan, Karen) (Entered: 07/08/2016) |
| 07/11/2016 | 161 | NOTICE of Appearance by Matthew M. Cregor on behalf of M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth (Cregor, Matthew) (Entered: 07/11/2016) |
| 07/19/2016 | 164 | Assented to MOTION to Seal *Unredacted Letter* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 07/19/2016) |

| 07/19/2016 | 🌑165 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 164 Motion to Seal. (Folan, Karen) (Entered: 07/19/2016) |
|---|---|---|
| 07/20/2016 | 🌑166 | MOTION to Seal *SFFA's Unredacted Letter to J. Burroughs* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 07/20/2016) |
| 07/20/2016 | 🌑167 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 166 Motion to Seal SFFA's Unredacted Letter to J. Burroughs by Students for Fair Admissions, Inc. (Montes, Mariliz) (Entered: 07/20/2016) |
| 07/20/2016 | 🌑170 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 7/20/2016. Colloquy re: discovery. (Court Reporter: Carol Scott at carollynnscott@cs.com.)(Attorneys present: Consovoy, Ellsworth, Waxman, Strawbridge, Cregor) (Folan, Karen) (Entered: 07/21/2016) |
| 07/27/2016 | 🌑171 | Letter/request (non-motion) from Harvard *regarding Scope of Discovery*. (Ellsworth, Felicia) (Entered: 07/27/2016) |
| 07/28/2016 | 🌑172 | Letter/request (non-motion) from SFFA to Judge Burroughs responding to Harvard's 7.27.16 Letter . (Strawbridge, Patrick) (Entered: 07/28/2016) |
| 08/04/2016 | 🌑173 | Transcript of Status Conference held on July 20, 2016, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Carol Scott at carollynnscott@cs.com Redaction Request due 8/25/2016. Redacted Transcript Deadline set for 9/5/2016. Release of Transcript Restriction set for 11/2/2016. (Scalfani, Deborah) (Entered: 08/04/2016) |
| 08/04/2016 | 🌑174 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 08/04/2016) |
| 08/11/2016 | 🌑175 | Letter/request (non-motion) from Students for Fair Admissions, Inc. . (Strawbridge, Patrick) (Entered: 08/11/2016) |
| 08/29/2016 | 🌑176 | ELECTRONIC NOTICE of Hearing. Status Conference set for 9/6/2016 09:30 AM in Courtroom 17 before Judge Allison D. Burroughs. Status Conference to address disputed issues with respect to Harvard's production of various databases. (Folan, Karen) (Entered: 08/29/2016) |
| 08/30/2016 | 🌑177 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Winik Filing fee: $ 100, receipt number 0101-6270154 by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 08/30/2016) |
| 08/31/2016 | 🌑178 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 177 Motion for Leave to Appear Pro Hac Vice Added Daniel Winik. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Montes, Mariliz) (Entered: 08/31/2016) |

| 09/01/2016 | 179 | NOTICE of Appearance by Oren M. Sellstrom on behalf of M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth (Sellstrom, Oren) (Entered: 09/01/2016) |
|---|---|---|
| 09/01/2016 | 180 | Judge Allison D. Burroughs: ORDER entered. AMENDED SCHEDULING ORDER: Amended Pleadings due by 9/15/2016; Fact Discovery to be completed by 6/20/2017 Dispositive Motions due by 3/2/2018. (Montes, Mariliz) (Entered: 09/02/2016) |
| 09/06/2016 | 182 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 9/6/2016. Colloquy re: pending motion, discovery issues, depositions, confidentiality designations. (Court Reporter: Carol Scott at carollynnscott@cs.com.)(Attorneys present: various) (Folan, Karen) (Entered: 09/09/2016) |
| 09/07/2016 | 181 | Judge Allison D. Burroughs: ORDER on Various Discovery Disputes entered. (Montes, Mariliz) (Entered: 09/07/2016) |
| 09/22/2016 | 183 | Assented to MOTION to Seal *Memorandum and Supporting Materials in Support of Defendant's Motion to Dismiss* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 09/22/2016) |
| 09/23/2016 | 184 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 183 Motion to Seal (Folan, Karen) (Entered: 09/23/2016) |
| 09/23/2016 | 185 | MOTION for Judgment on the Pleadings *on Counts IV and VI* by President and Fellows of Harvard College.(Waxman, Seth) (Entered: 09/23/2016) |
| 09/23/2016 | 186 | MEMORANDUM in Support re 185 MOTION for Judgment on the Pleadings *on Counts IV and VI* filed by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 09/23/2016) |
| 09/23/2016 | 187 | MOTION to Dismiss for Lack of Jurisdiction by President and Fellows of Harvard College.(Waxman, Seth) (Entered: 09/23/2016) |
| 09/23/2016 | 188 | DECLARATION re 187 MOTION to Dismiss for Lack of Jurisdiction by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Ellsworth, Felicia) (Additional attachment(s) added on 9/27/2016: # 10 Exhibit A (unredacted), # 11 Exhibit B (unredacted), # 12 Exhibit C (unredacted), # 13 Exhibit E (unredcted), # 14 Exhibit F (unredacted), # 15 Exhibit G (unredacted)) (Montes, Mariliz). (Entered: 09/23/2016) |
| 09/26/2016 | 189 | Letter/request (non-motion) from SFFA *in response to motions filed by Harvard*. (Strawbridge, Patrick) (Entered: 09/26/2016) |
| 09/26/2016 | 190 | MEMORANDUM in Support re 187 MOTION to Dismiss for Lack of Jurisdiction *(Redacted)* filed by President and Fellows of Harvard College. (Waxman, Seth) (Additional attachment(s) added on 9/27/2016: # 1 (Unredacted) Memorandum in Supp.) (Montes, Mariliz). (Entered: 09/26/2016) |
| 09/29/2016 | 191 | Letter/request (non-motion) from Harvard *in response to SFFA's letter/request (Dkt. 189)*. (Waxman, Seth) (Entered: 09/29/2016) |
| 09/30/2016 | 192 | Letter/request (non-motion) from SFFA *in Response to Harvard's Letter of September 29, 2016*. (Strawbridge, Patrick) (Entered: 09/30/2016) |

| | | |
|---|---|---|
| 10/03/2016 | 193 | Transcript of Status Conference held on September 6, 2016, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Carol Scott at carollynnscott@cs.com Redaction Request due 10/24/2016. Redacted Transcript Deadline set for 11/3/2016. Release of Transcript Restriction set for 1/2/2017. (Scalfani, Deborah) (Entered: 10/03/2016) |
| 10/03/2016 | 194 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 10/03/2016) |
| 10/05/2016 | 196 | STIPULATION re 187 MOTION to Dismiss for Lack of Jurisdiction , 185 MOTION for Judgment on the Pleadings *on Counts IV and VI (Stipulation to Enlarge Time to File an Opposition)* by Students for Fair Admissions, Inc.. (Caldwell, Benjamin) (Entered: 10/05/2016) |
| 10/06/2016 | 197 | ELECTRONIC ENDORSEMENT APPROVING 196 Stipulation to Enlarge Time to File an Opposition, filed by Students for Fair Admissions, Inc. (Folan, Karen) (Entered: 10/06/2016) |
| 10/19/2016 | 199 | MEMORANDUM in Support re 185 MOTION for Judgment on the Pleadings *on Counts IV and VI* filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Culleen, Lawrence) (Entered: 10/19/2016) |
| 10/20/2016 | 200 | Letter/request (non-motion) from Harvard *regarding document production*. (Ellsworth, Felicia) (Entered: 10/20/2016) |
| 10/20/2016 | 201 | Assented to MOTION to Seal Document *(Opposition Memorandums and Supporting Materials)* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 10/20/2016) |
| 10/21/2016 | 202 | MEMORANDUM in Opposition re 185 MOTION for Judgment on the Pleadings *on Counts IV and VI (Redacted)* filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 10/27/2016: # 1 Sealed-Memorandum in Opposition for Judgment on the Pleadings) (Montes, Mariliz). (Entered: 10/21/2016) |
| 10/21/2016 | 203 | DECLARATION re 202 Memorandum in Opposition to Motion by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A (Redacted)(Consovoy, William) (Additional attachment(s) added on 10/27/2016: # 2 Exhibit Sealed Exhibit to the Declaration of William S. Consovoy) (Montes, Mariliz). (Entered: 10/21/2016) |
| 10/21/2016 | 204 | MEMORANDUM in Opposition re 187 MOTION to Dismiss for Lack of Jurisdiction *(Redacted)* filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 10/27/2016: # 1 Sealed MEMORANDUM in Opposition 187 MOTION to Dismiss) (Montes, Mariliz). (Entered: 10/21/2016) |
| 10/21/2016 | 205 | DECLARATION re 204 Memorandum in Opposition to Motion *(Redacted)* by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A (Redacted), # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted), # 6 Exhibit F, # 7 Exhibit G (Redacted), # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J (Redacted), # 11 Exhibit K (Redacted), # 12 Exhibit L |

| | | |
|---|---|---|
| | | (Redacted), # 13 Exhibit M (Redacted), # 14 Exhibit N (Redacted), # 15 Exhibit O (Redacted), # 16 Exhibit P (Redacted), # 17 Exhibit Q (Redacted), # 18 Exhibit R (Redacted), # 19 Exhibit S (Redacted), # 20 Exhibit T (Redacted), # 21 Exhibit U)(Consovoy, William) (Additional attachment(s) added on 10/27/2016: # 22 Sealed Version: Plaintiff's Opposition to Defendant's Motion to Dismiss, # 23 Exhibit Sealed Exhibit A to Declaraiton of W. S. Convoy, # 24 Exhibit Sealed Exhibit B to Declaraiton of W. S. Convoy, # 25 Exhibit Sealed Exhibit C to Declaraiton of W. S. Convoy, # 26 Exhibit Sealed Exhibit D to Declaraiton of W. S. Convoy, # 27 Exhibit Sealed Exhibit E to Declaraiton of W. S. Convoy, # 28 Exhibit Sealed Exhibit F to Declaraiton of W. S. Convoy, # 29 Exhibit Sealed Exhibit G to Declaraiton of W. S. Convoy, # 30 Exhibit Sealed Exhibit H to Declaraiton of W. S. Convoy, # 31 Sealed Exhibit I to Declaration of W. S. Convoy, # 32 Exhibit Sealed Exhibit J to Declaration of W. S. Convoy, # 33 Exhibit Sealed Exhibit K to Declaration of W. S. Convoy, # 34 Exhibit Sealed Exhibit L to Declaration of W. S. Convoy, # 35 Exhibit Sealed Exhibit M to Declaration of W. S. Convoy, # 36 Exhibit Sealed Exhibit N to Declaration of W. S. Convoy, # 37 Exhibit Sealed Exhibit O to Declaration of W. S. Convoy, # 38 Exhibit Sealed Exhibit P to Declaration of W. S. Convoy, # 39 Exhibit Sealed Exhibit Q to Declaration of W. S. Convoy, # 40 Exhibit Sealed Exhibit R to Declaration of W. S. Convoy, # 41 Exhibit Sealed Exhibit S to Declaration of W. S. Convoy, # 42 Exhibit Sealed Exhibit T to Declaration of W. S. Convoy, # 43 Exhibit Sealed Exhibit U to Declaration of W. S. Convoy) (Montes, Mariliz). (Entered: 10/21/2016) |
| 10/24/2016 | 206 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 201 Motion to Seal Document (Folan, Karen) (Entered: 10/24/2016) |
| 11/01/2016 | 209 | Assented to MOTION to Seal *SFFA's Unredacted Letter to J. Burroughs and accompanying documents* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 11/01/2016) |
| 11/01/2016 | 210 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 209 Motion to Seal (Folan, Karen) (Entered: 11/01/2016) |
| 11/03/2016 | 211 | MOTION for Leave to File *Reply Memorandum in Support of Motion for Judgment on the Pleadings* by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 11/03/2016) |
| 11/03/2016 | 212 | MOTION for Leave to File *Reply Memorandum in Support of Motion to Dismiss* by President and Fellows of Harvard College.(Waxman, Seth) (Entered: 11/03/2016) |
| 11/03/2016 | 213 | MOTION to Seal Document *Reply Memorandum and Exhibit in Support of Motion to Dismiss* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 11/03/2016) |
| 11/03/2016 | 215 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 211 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 11/03/2016) |
| 11/03/2016 | 216 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 212 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - |

| | | Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 11/03/2016) |
|---|---|---|
| 11/03/2016 | 217 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 213 Motion to Seal Document (Folan, Karen) (Entered: 11/03/2016) |
| 11/04/2016 | 218 | REPLY to Response to 185 MOTION for Judgment on the Pleadings *on Counts IV and VI* filed by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 11/04/2016) |
| 11/04/2016 | 219 | DECLARATION *re Reply Memorandum in Support of Motion to Dismiss* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ellsworth, Felicia) (Additional attachment(s) added on 11/8/2016: # 6 Exhibit A (sealed)) (Montes, Mariliz). (Entered: 11/04/2016) |
| 11/08/2016 | 220 | REPLY to Response to 187 MOTION to Dismiss for Lack of Jurisdiction *(Redacted)* filed by President and Fellows of Harvard College. (Waxman, Seth) (Additional attachment(s) added on 11/8/2016: # 1 Sealed Reply Memorandum in Support of Defendant's Motion to Dismiss) (Montes, Mariliz). (Entered: 11/08/2016) |
| 12/01/2016 | 222 | Assented to MOTION to Seal *SFFA's Motions to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 12/01/2016) |
| 12/05/2016 | 223 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 222 Motion to Seal (Folan, Karen) (Entered: 12/05/2016) |
| 12/12/2016 | 228 | MOTION for Leave to Appear Pro Hac Vice for admission of Nicole Gon Ochi Filing fee: $ 100, receipt number 0101-6410623 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration)(Cregor, Matthew) (Entered: 12/12/2016) |
| 12/12/2016 | 229 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 228 Motion for Leave to Appear Pro Hac Vice Added Nicole K. Ochi. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. (Montes, Mariliz) (Entered: 12/12/2016) |
| 12/12/2016 | 230 | MOTION for Leave to File *to Participate as Amici Curiae* by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit, # 2 Exhibit)(Culleen, Lawrence) (Entered: 12/12/2016) |
| 12/19/2016 | 231 | MOTION to Seal *Oppositions to SFFA's Motions to Compel* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 12/19/2016) |
| 12/19/2016 | 232 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 231 Motion to Seal (Folan, Karen) (Entered: 12/19/2016) |
| 12/22/2016 | 236 | Assented to MOTION for Leave to File *Reply Memoranda in Support of SFFA's Two Pending Motions to Compel* by Students for Fair Admissions, Inc..(Caldwell, |

| | | Benjamin) (Entered: 12/22/2016) |
|---|---|---|
| 12/22/2016 | 237 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 236 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 12/22/2016) |
| 01/03/2017 | 238 | Assented to MOTION to Seal *Reply Memoranda in Support of SFFA's Two Pending Motions to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 01/03/2017) |
| 01/03/2017 | 239 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 238 Motion to Seal (Folan, Karen) (Entered: 01/03/2017) |
| 01/05/2017 | 240 | Letter/request (non-motion) from SFFA *regarding discovery matters*. (Strawbridge, Patrick) (Entered: 01/05/2017) |
| 01/18/2017 | 244 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 230 Motion for Leave to Participate As Amici Curiae is GRANTED. The students J.F. and M.A. are allowed to participate in this matter as amici curiae alongside the current amici curiae and under the same terms and conditions. [ECF No. 52]. (Montes, Mariliz) (Entered: 01/18/2017) |
| 02/02/2017 | 245 | Joint MOTION to Seal *Letters Regarding Production Of Reviewer Comments* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 02/02/2017) |
| 02/03/2017 | 246 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 245 Motion to Seal (Folan, Karen) (Entered: 02/03/2017) |
| 02/08/2017 | 249 | NOTICE of Appearance by Andrew S. Dulberg on behalf of President and Fellows of Harvard College (Dulberg, Andrew) (Entered: 02/08/2017) |
| 02/08/2017 | 250 | NOTICE of Appearance by Elizabeth C. Mooney on behalf of President and Fellows of Harvard College (Mooney, Elizabeth) (Entered: 02/08/2017) |
| 03/13/2017 | 251 | Assented to MOTION for Order to Produce Applicant Files by President and Fellows of Harvard College. (Attachments: # 1 Text of Proposed Order Proposed Order for Application Files)(Ellsworth, Felicia) (Entered: 03/13/2017) |
| 03/13/2017 | 252 | Judge Allison D. Burroughs: ORDER entered granting 251 Motion for Order. (Folan, Karen) (Entered: 03/13/2017) |
| 03/13/2017 | 253 | Assented to MOTION to Seal *Motion to Quash Subpoenas and Deposition Notices or for a Protective Order* by Students for Fair Admissions, Inc.. (Caldwell, Benjamin) (Entered: 03/13/2017) |
| 03/15/2017 | 254 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 253 Motion to Seal (Folan, Karen) (Entered: 03/15/2017) |
| 03/21/2017 | 258 | Assented to MOTION to Seal *Motion for a Protective Order and to Quash Deposition Notices* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 03/21/2017) |
| 03/21/2017 | 259 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 258 Motion to Seal (Folan, Karen) (Entered: 03/21/2017) |

| | | |
|---|---|---|
| 03/28/2017 | 🌐 263 | Assented to MOTION to Seal Document *Opposition to SFFA's Motion to Quash Subpoenas and Deposition Notices or For a Protective Order* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 03/28/2017) |
| 03/29/2017 | 🌐 264 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 263 Motion to Seal Document (Folan, Karen) (Entered: 03/29/2017) |
| 03/31/2017 | 🌐 265 | Assented to MOTION for Leave to File *Reply Memorandum in Support of SFFA's Motion to Quash Subpoenas and Deposition Notices or for a Protective Order* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 03/31/2017) |
| 04/03/2017 | 🌐 267 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 265 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 04/03/2017) |
| 04/03/2017 | 🌐 268 | Assented to MOTION to Seal Document *Harvard's Opposition to SFFA's Motion for a Protective Order and to Quash Deposition Notices* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 04/03/2017) |
| 04/03/2017 | 🌐 269 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 268 Motion to Seal Document (Folan, Karen) (Entered: 04/03/2017) |
| 04/03/2017 | 🌐 270 | Assented to MOTION to Seal Document *SFFA's Reply in Support of its Motion to Quash Subpoenas and Deposition Notices or for a Protective Order* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/03/2017) |
| 04/03/2017 | 🌐 271 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 270 Motion to Seal Document (Folan, Karen) (Entered: 04/03/2017) |
| 04/06/2017 | 🌐 272 | First MOTION to Quash *Plaintiff's Subpoena to BLS* by Boston Public Schools. (Seich, Jennifer) (Main Document 272 replaced on 4/10/2017) (Montes, Mariliz). (Entered: 04/06/2017) |
| 04/06/2017 | 🌐 276 | MEMORANDUM in Support of 272 First MOTION to Quash *Plaintiff's Subpoena to BLS* filed by Boston Public Schools. (Attachments: # 1 Exhibit 1) (Montes, Mariliz) (Entered: 04/10/2017) |
| 04/07/2017 | 🌐 275 | Assented to MOTION to Seal *SFFA's Motions to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/07/2017) |
| 04/10/2017 | 🌐 277 | Notice of correction to docket made by Court staff. Correction: Docket 272 corrected by detaching memorandum and it's exhibit and re-docketing as a separate docket entry. (Montes, Mariliz) (Entered: 04/10/2017) |
| 04/10/2017 | 🌐 278 | Assented to MOTION for Leave to File *Reply Memorandum in Support of SFFA's Motion for a Protective Order and to Quash Deposition Notices* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/10/2017) |
| 04/10/2017 | 🌐 279 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 275 Assented-To Motion to Under Seal Two Motions to Compel; granting 278 Plaintiff's Assented-To Motion for Leave to File a Reply Memorandum in Support of Its Motion for a Protective Order and to Quash Deposition Notices ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date |

| | | of order)- in the caption of the document. (Montes, Mariliz) (Entered: 04/10/2017) |
|---|---|---|
| 04/10/2017 | 280 | Assented to MOTION to Seal *Reply Memorandum in Support of SFFA's Motion for a Protective Order and to Quash Deposition Notices* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/10/2017) |
| 04/10/2017 | 281 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 280 Plaintiff's Assented-to Motion to File Under Seal Reply Memorandum in Support of Motion for a Protective Order and to Quash Deposition Notices (Montes, Mariliz) (Entered: 04/10/2017) |
| 04/11/2017 | 282 | Assented to MOTION to Seal *SFFA's Letter Motion Regarding Depositions and Custodians* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/11/2017) |
| 04/11/2017 | 283 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 282 Plaintiff's Assented-To Motion to File Under Seal Plaintiff's Letter Motion Regarding Depositions and Custodians. (Montes, Mariliz) (Entered: 04/11/2017) |
| 04/12/2017 | 288 | Letter/request (non-motion) from SFFA *to Judge Burroughs Requesting Conference*. (Strawbridge, Patrick) (Entered: 04/12/2017) |
| 04/14/2017 | 291 | Letter/request (non-motion) from Harvard *in Response to Letter from SFFA (Dkt. 288)*. (Ellsworth, Felicia) (Entered: 04/14/2017) |
| 04/18/2017 | 292 | Assented to MOTION to Seal Document *Harvard's Oppositions to SFFA's Motions to Compel Production of Unredacted Documents and Application Files* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 04/18/2017) |
| 04/19/2017 | 293 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 292 Harvard's Assented- Motion to File Under Seal Harvard's Oppositions to SFFA's Motions to Compel (Montes, Mariliz) (Entered: 04/19/2017) |
| 04/20/2017 | 294 | Opposition re 272 First MOTION to Quash *Plaintiff's Subpoena to BLS* filed by Students for Fair Admissions, Inc.. (Attachments: # 1 Notice of Subpoena to Boston Latin School, # 2 Notice of Subpoena to Thomas Jefferson High School for Science and Technology, # 3 Notice of Subpoena to Stuyvesant High School, # 4 Notice of Subpoena to Monta Vista High School)(Strawbridge, Patrick) (Entered: 04/20/2017) |
| 04/26/2017 | 295 | Assented to MOTION for Leave to File *Reply Memoranda in Support of SFFA's Two Pending Motions to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/26/2017) |
| 04/27/2017 | 298 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 295 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 04/27/2017) |
| 04/27/2017 | 299 | Assented to MOTION to Seal *Reply Memoranda in Support of SFFA's Two Pending Motions to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 04/27/2017) |
| 04/28/2017 | 300 | Assented to MOTION to Seal Document *Harvard's Response Letter to SFFA's April 12, 2017 Letter Motion re Depositions and Custodians* by President and |

| | | Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 04/28/2017) |
|---|---|---|
| 04/28/2017 | 🌐 301 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 299 Motion to Seal (Folan, Karen) (Entered: 04/28/2017) |
| 05/01/2017 | 🌐 302 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 300 Motion to Seal Document (Folan, Karen) (Entered: 05/01/2017) |
| 05/02/2017 | 🌐 303 | Letter/request (non-motion) from SFFA to Judge Burroughs Requesting Status Conference This Week to Address Urgent Discovery Matters . (Strawbridge, Patrick) (Entered: 05/02/2017) |
| 05/05/2017 | 🌐 304 | Assented to MOTION to Seal *SFFA's Emergency Application* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 05/05/2017) |
| 05/05/2017 | 🌐 305 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. SFFAs motions to quash certain subpoenas [ECF Nos. 255, 260] are DENIED. SFFA failed to meet its burden under Fed. R. Civ. P. 45(d)(3). Because of the broad understanding of what constitutes relevant discovery, it is very unusual for a court to prohibit the taking of a deposition altogether. Green v. Cosby, 152 F. Supp. 3d 31, 35 (D. Mass. 2015), modified on reconsideration on other grounds, 160 F. Supp. 3d 431 (D. Mass. 2016) (quoting E.E.O.C. v. FreudenbergNOK Gen. P'ship, No. 07 Civ. 406, 2009 WL 909571, at *3 (D.N.H. Apr. 3, 2009)). Moreover, at this stage, the Court will not unduly fetter the parties ability to develop a complete factual record. (Folan, Karen) (Entered: 05/05/2017) |
| 05/05/2017 | 🌐 306 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered denying as moot 304 Motion to Seal. (Folan, Karen) (Entered: 05/05/2017) |
| 05/09/2017 | 🌐 307 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered Boston Latin's motion to quash SFFA's subpoena to BLS [ECF No. 272] is GRANTED IN PART and DENIED IN PART. BLS will not be required to produce documents or information that were prepared by or shared with Harvard. However, BLS is hereby ordered to produce the following: (1) documents from the Relevant Period prepared by BLS concerning the racial composition of applicants, admitted persons, or enrollees to Harvard, excluding documents that merely aggregate statistical information; (2) all internal communications from the Relevant Period by or among BLS employees or agents regarding Harvard's use of race in the admissions process; (3) any documents from the Relevant Period that describe any alleged discrimination by Harvard against persons of Asian descent in the college admissions process; and (4) all non-privileged communications during the Relevant Period concerning SFFA or this litigation. Furthermore, SFFA may depose a BLS representative. The motion to quash is otherwise granted. This is meant to minimize the burden on non-party BLS, while also ensuring the availability of information and the integrity of the discovery process. (Montes, Mariliz) Modified on 5/9/2017 *NEF Regenerated*.(Montes, Mariliz). (Entered: 05/09/2017) |
| 05/10/2017 | 🌐 311 | Assented to MOTION to Seal *SFFA's Reply in Support of its Letter Motion Regarding Depositions and Custodians* by Students for Fair Admissions, Inc.. (Caldwell, Benjamin) (Entered: 05/10/2017) |
| 05/11/2017 | 🌐 312 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 311 Motion to Seal (Folan, Karen) (Entered: 05/11/2017) |
| 05/19/2017 | 🌐 314 | Assented to MOTION to Seal *SFFA'S Letter Motion Requesting Production of Performance Reports* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 05/19/2017) |

| 05/19/2017 | 🔿315 | Letter/request (non-motion) from SFFA *requesting stay of discovery deadlines*. (Strawbridge, Patrick) (Entered: 05/19/2017) |
| 05/22/2017 | 🔿316 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 314 Motion to Seal (Folan, Karen) (Entered: 05/22/2017) |
| 05/23/2017 | 🔿318 | Letter/request (non-motion) from Harvard *in Response to the May 19, 2017 Letter 315 from SFFA*. (Ellsworth, Felicia) (Entered: 05/23/2017) |
| 05/24/2017 | 🔿319 | Letter/request (non-motion) from SFFA *in response to Harvard's letter of May 23 regarding stay of discovery deadlines*. (Strawbridge, Patrick) (Entered: 05/24/2017) |
| 05/26/2017 | 🔿320 | STIPULATION re 307 Order on Motion to Quash,,,,, *(Joint Stipulation between SFFA and Boston Latin School re: SFFA's Subpoena for Documents and Testimony)* by Boston Public Schools, Students for Fair Admissions, Inc.. (Attachments: # 1 Text of Proposed Order)(Caldwell, Benjamin) (Entered: 05/26/2017) |
| 05/30/2017 | 🔿321 | Judge Allison D. Burroughs: ORDER entered re 320 Stipulation, filed by Boston Public Schools, Students for Fair Admissions, Inc. (Folan, Karen) (Entered: 05/30/2017) |
| 05/31/2017 | 🔿322 | Assented to MOTION to Seal Document *Harvard's Response Letter to SFFA's Letter Motion regarding Performance Reports* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 05/31/2017) |
| 05/31/2017 | 🔿323 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 322 Motion to Seal Document (Folan, Karen) (Entered: 05/31/2017) |
| 06/02/2017 | 🔿324 | Judge Allison D. Burroughs: ORDER entered. MEMORANDUM AND ORDER. "...Accordingly, Harvards motion to dismiss for lack of subject matter jurisdiction [ECF No. 187] is DENIED. SO ORDERED."(Folan, Karen) (Entered: 06/02/2017) |
| 06/02/2017 | 🔿325 | Judge Allison D. Burroughs: ORDER entered. MEMORANDUM AND ORDER. "...Accordingly, Harvards motion for partial judgment on the pleadings as to Count IV and VI [ECF No. 185] is GRANTED. SO ORDERED."(Folan, Karen) (Entered: 06/02/2017) |
| 06/16/2017 | 🔿327 | Assented to MOTION to Seal *SFFA's Reply Letter in support of its Letter Motion regarding Performance Reports* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 06/16/2017) |
| 06/16/2017 | 🔿329 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 327 Motion to Seal (Folan, Karen) (Entered: 06/16/2017) |
| 06/21/2017 | 🔿331 | Assented to MOTION to Seal Document *Harvard's Letter to the Court regarding June 6, 2017 Discovery Order* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 06/21/2017) |
| 06/21/2017 | 🔿332 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 331 Motion to Seal Document (Folan, Karen) (Entered: 06/21/2017) |
| 06/27/2017 | 🔿334 | Joint MOTION to Amend *September 1, 2016 Amended Scheduling Order* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 06/27/2017) |

| | | |
|---|---|---|
| 06/27/2017 | 335 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 334 Motion to Amend. In light of the Court's extension of the fact discovery deadline until August 4, 2017 [ECF No. 326], the September 1, 2016 Scheduling Order [ECF No. 180] is amended as follows. Plaintiffs experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by October 3, 2017. Defendants experts shall be designated and the information required by Fed. R. Civ. P. 26(a)(2) shall be disclosed by December 2, 2017. Plaintiffs rebuttal expert reports shall be disclosed by January 16, 2018. Defendants rebuttal expert reports shall be disclosed by February 26, 2018. All expert discovery, including expert depositions, shall be completed by May 1, 2018. All dispositive motions under Fed. R. Civ. P. 56 shall be filed by June 15, 2018. Opposition briefs shall be filed by July 30, 2018. Reply briefs shall be filed by August 30, 2018. (Folan, Karen) (Entered: 06/27/2017) |
| 06/28/2017 | 336 | Reset Scheduling Order Deadlines: Fact Discovery to be completed by 8/4/2017, Dispositive Motions due by 6/15/2018, Oppositions due by 7/30/2018, Replies due by 8/30/2018. (Montes, Mariliz) (Entered: 06/28/2017) |
| 07/07/2017 | 338 | Letter/request (non-motion) from SFFA to Judge Burroughs (Emergency Request for Judicial Intervention and Relief re: scheduling dispute) . (Strawbridge, Patrick) (Entered: 07/07/2017) |
| 07/11/2017 | 339 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. On July 7, 2017, SFFA requested that the Court order certain witness depositions to be taken on a weekend or, alternatively, that those depositions be quashed. [ECF No. 338]. Although the Court strongly urges the parties to work to accommodate witness schedules, the Court will not require that depositions be taken on a weekend over the objection of either party. Further, an unwillingness to take depositions over a weekend does not justify quashing the depositions in their entirety.(Folan, Karen) (Entered: 07/11/2017) |
| 08/01/2017 | 340 | Assented to MOTION to Seal *SFFA's Request for Judicial Intervention and Relief* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 08/01/2017) |
| 08/02/2017 | 341 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 340 Motion to Seal (Folan, Karen) (Entered: 08/02/2017) |
| 08/02/2017 | 342 | Assented to MOTION to Seal Document *Harvard's Response to SFFA's August 1, 2017 Letter* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 08/02/2017) |
| 08/02/2017 | 343 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 342 Motion to Seal Document (Folan, Karen) (Entered: 08/02/2017) |
| 08/03/2017 | 345 | Assented to MOTION to Seal *SFFA's Reply in Support of its August 1, 2017 Request for Judicial Intervention and Relief* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 08/03/2017) |
| 08/03/2017 | 346 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 345 Motion to Seal (Folan, Karen) (Entered: 08/03/2017) |
| 08/07/2017 | 349 | Assented to MOTION to Seal *SFFA's Letter Motion Regarding Summary Sheets* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 08/07/2017) |
| 08/07/2017 | 350 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 349 Plaintiff's Assented-To Motion to File Under Seal Plaintiff's Letter Motion |

| | | Regarding Summary Sheets (Montes, Mariliz) (Entered: 08/07/2017) |
|---|---|---|
| 08/07/2017 | 🌑 351 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. <br><br> The Court is very reluctant to allow SFFA the additional deposition that it now seeks. [ECF No. 344]. The discovery period has ended. Further, the potential deponent clearly qualifies as a party, and SFFA has used all of its allotted party depositions. The testimony sought seems largely duplicative of information already obtained and of marginal utility. The Court would be well within its bounds to decline the request for the above reasons as well as other reasons set forth by Harvard in its opposition [ECF No. 347]. That being said, the Court is equally reluctant to force this case to go forward without a fully developed factual record, particularly where there is only one additional deposition sought and where Harvard arguably should have disclosed the name of the deponent earlier. Out of an abundance of caution and trying to fairly balance the interests of the parties, the Court will allow the deposition to go forward under the following conditions: the deposition will be limited to two (2) hours and will take place at a location and time convenient for the deponent and Harvard, with SFFA to bear all the costs of the deposition, including reasonable attorneys fees and costs incurred by Harvard. See San Francisco Health Plan v. McKesson Corp., 264 F.R.D. 20, 21 (D. Mass. 2010) (ordering party seeking additional depositions to pay associated costs because a balance must be struck between upholding the limitations of the rule and the reasons for those limitations on the one hand and counsel's judgment as to the needs of his or her case on the other). Alternatively, the parties can agree on a different format, including allowing the deponent to respond to written questions. (Montes, Mariliz) (Entered: 08/07/2017) |
| 08/11/2017 | 🌑 353 | MOTION to Seal Document *Harvard's Response to SFFA's Letter Motion regarding Summary Sheets* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 08/11/2017) |
| 08/11/2017 | 🌑 354 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 353 Motion to Seal Document (Folan, Karen) (Entered: 08/11/2017) |
| 08/23/2017 | 🌑 355 | Letter/request (non-motion) from SFFA . (Strawbridge, Patrick) (Entered: 08/23/2017) |
| 08/25/2017 | 🌑 357 | Assented to MOTION to Seal *SFFA's Reply in Support of its Letter Motion Regarding Summary Sheets* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 08/25/2017) |
| 08/28/2017 | 🌑 358 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 357 Motion to Seal (Folan, Karen) (Entered: 08/28/2017) |
| 08/31/2017 | 🌑 359 | Letter/request (non-motion) from Harvard in Response to Aug. 23, 2017 Letter from SFFA . (Ellsworth, Felicia) (Entered: 08/31/2017) |
| 08/31/2017 | 🌑 360 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. <br><br> The Court is in receipt of letters from both parties. [ECF Nos. 355, 359]. Despite the fact that discovery had closed and SFFA had used all of its allotted party depositions, the Court allowed one additional deposition to go forward with the understanding that SFFA would bear all of the reasonable associated expenses, including Harvard's attorneys' fees. [ECF No. 351]. SFFA has not presented compelling grounds to reconsider that decision. The estimate provided by Harvard is not unreasonable on its face. SFFA may challenge the reasonableness of the fees and costs after they have accrued or forego the deposition, which again |

| | | appears to seek information that is marginal, duplicative, and disproportionate. (Montes, Mariliz) (Entered: 08/31/2017) |
|---|---|---|
| 09/20/2017 | ● 363 | Joint MOTION to Amend 335 Order on Motion to Amend,,, *Scheduling Order* by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 09/20/2017) |
| 09/22/2017 | ● 364 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 363 Motion to Amend scheduling order (Folan, Karen) (Entered: 09/22/2017) |
| 12/21/2017 | ● 365 | Assented to MOTION to Seal *SFFA's Motion to Compel Regarding Harvard's Privilege Log* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 12/21/2017) |
| 12/22/2017 | ● 366 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 365 Motion to Seal (Folan, Karen) (Entered: 12/22/2017) |
| 12/27/2017 | ● 369 | STIPULATION *to Enlarge Time to file an Opposition to Plaintiff's Motion to Compel* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 12/27/2017) |
| 12/28/2017 | ● 370 | ELECTRONIC ENDORSEMENT APPROVING 369 Stipulation to extend time to file opposition to motion to compel filed by President and Fellows of Harvard College (Folan, Karen) (Entered: 12/28/2017) |
| 01/17/2018 | ● 371 | Assented to MOTION to Seal Document *Harvard's Opposition to SFFA's Motion to Compel Production of Documents Withheld or Redacted* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 01/17/2018) |
| 01/17/2018 | ● 372 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 371 Motion to Seal Document (Folan, Karen) (Entered: 01/17/2018) |
| 01/23/2018 | ● 375 | Assented to MOTION for Leave to File *Reply Memorandum in Support of SFFA's Motion to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 01/23/2018) |
| 01/23/2018 | ● 376 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 375 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 01/23/2018) |
| 01/24/2018 | ● 377 | ELECTRONIC NOTICE of Hearing.Motion Hearing on Motion to compel set for 2/7/2018 02:30 PM in Courtroom 17 before Judge Allison D. Burroughs. Defendant to provide the court with unredacted copies of all documents at issue noting the proposed redactions 7 days prior to hearing.(Folan, Karen) (Entered: 01/24/2018) |
| 01/25/2018 | ● 378 | Assented to MOTION to Seal *Reply Memorandum in Support of SFFA's Motion to Compel* by Students for Fair Admissions, Inc..(Caldwell, Benjamin) (Entered: 01/25/2018) |
| 01/25/2018 | ● 379 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 378 Motion to Seal (Folan, Karen) (Entered: 01/25/2018) |
| 01/29/2018 | ● 380 | Receipt of Defendant's unredacted documents for in camera review, pursuant to 377 Order. (Montes, Mariliz) (Entered: 01/30/2018) |
| 02/07/2018 | ● 382 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Hearing held on 2/7/2018. Order to issue. (Court Reporter: Joan Daly at |

joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 02/12/2018)

| 02/21/2018 | 384 | Transcript of Hearing held on February 7, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 3/14/2018. Redacted Transcript Deadline set for 3/26/2018. Release of Transcript Restriction set for 5/22/2018. (Scalfani, Deborah) (Entered: 02/21/2018) |
|---|---|---|
| 02/21/2018 | 385 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 02/21/2018) |
| 03/09/2018 | 386 | STATUS REPORT *(Joint Status Report on behalf of all parties)* by Students for Fair Admissions, Inc.. (Consovoy, William) (Entered: 03/09/2018) |
| 03/14/2018 | 387 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered.

Upon review of the parties' joint status report filed on March 9, 2018 ECF No. 386 , the Court orders the following:

1. Dispositive motions shall be filed and briefed in accordance with the operative scheduling order ECF No. 363 .

2. Amicus briefs in support of a dispositive motion shall be filed by July 13, 2018. Amicus briefs in opposition to a dispositive motion shall be filed by August 17, 2018.

3. The parties shall meet and confer regarding the treatment of confidential materials to narrow the areas of dispute. The parties shall file letter briefs on the outstanding issues by March 30, 2018, and a hearing is scheduled for April 10, 2018 at 9:00 AM in Courtroom 17 before Judge Allison D. Burroughs.

4. By the agreement of the parties, the Court will bifurcate the issues of liability and remedies. Remedies will be addressed after the disposition of dispositive motions and/or trial on liability.

5. The Court is considering scheduling trial for four weeks beginning the week of January 2, 2019. The parties may address the trial schedule at the hearing on April 10, 2018.

(McDonagh, Christina) (Entered: 03/14/2018) |
| 03/30/2018 | 388 | Letter/request (non-motion) from SFFA re: Treatment of Materials Marked Confidential . (Consovoy, William) (Entered: 03/30/2018) |
| 03/30/2018 | 389 | Letter/request (non-motion) from Harvard *Regarding Confidential Materials*. (Ellsworth, Felicia) (Entered: 03/30/2018) |
| 04/06/2018 | 390 | Amicus Curiae APPEARANCE entered by Sigmund David Schutz on behalf of New England First Amendment Coalition; Reporters Committee for Freedom of the Press; Massachusetts Newspaper Publishers Association; GateHouse Media, LLC. (Schutz, Sigmund) (Entered: 04/06/2018) |

| 04/06/2018 | 391 | MOTION for Leave to File *as Amicus Curiae* by New England First Amendment Coalition; Reporters Committee for Freedom of the Press; Massachusetts Newspaper Publishers Association; GateHouse Media, LLC. (Attachments: # 1 Exhibit A - Letter Brief)(Schutz, Sigmund) (Entered: 04/06/2018) |
| --- | --- | --- |
| 04/06/2018 | 392 | NOTICE of Appearance by Eric G. Penley on behalf of New England First Amendment Coalition; Reporters Committee for Freedom of the Press; Massachusetts Newspaper Publishers Association; GateHouse Media, LLC (Penley, Eric) (Entered: 04/06/2018) |
| 04/06/2018 | 393 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 391 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 04/06/2018) |
| 04/06/2018 | 394 | *Leave to file granted on April 6, 2018* Letter/request (non-motion) from Amici Curiae . (Schutz, Sigmund) (Entered: 04/06/2018) |
| 04/06/2018 | 395 | NOTICE by United States *of Interest in Public Access to Summary Judgment Briefing and Materials* (Donnelly, Matthew) (Entered: 04/06/2018) |
| 04/06/2018 | 396 | Response by Students for Fair Admissions, Inc. to 389 Letter/request (non-motion) . (Consovoy, William) (Entered: 04/06/2018) |
| 04/09/2018 | 397 | Letter/request (non-motion) from Harvard *Regarding Confidential Materials*. (Lee, William) (Entered: 04/09/2018) |
| 04/09/2018 | 398 | Letter/request (non-motion) from Students, Amici Curiae *Regarding Confidential Materials*. (Greenbaum, Jon) (Entered: 04/09/2018) |
| 04/10/2018 | 399 | NOTICE of Withdrawal of Appearance by Benjamin C. Caldwell (Caldwell, Benjamin) (Entered: 04/10/2018) |
| 04/11/2018 | 400 | MOTION for Leave to Appear Pro Hac Vice for admission of Adam K. Mortara and John M. Hughes Filing fee: $ 200, receipt number 0101-7090675 by Students for Fair Admissions, Inc.. (Attachments: # 1 Cert. of Attorney Mortara, # 2 Cert. of Attorney Hughes, # 3 Text of Proposed Order)(Strawbridge, Patrick) (Entered: 04/11/2018) |
| 04/12/2018 | 401 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 400 Motion for Leave to Appear Pro Hac Vice Added Adam K. Mortara & John M. Hughes. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 04/12/2018) |
| 04/12/2018 | 402 | Transcript of Status Conference held on April 10, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com Redaction Request due 5/3/2018. Redacted |

| | | Transcript Deadline set for 5/14/2018. Release of Transcript Restriction set for 7/11/2018. (Scalfani, Deborah) (Entered: 04/12/2018) |
|---|---|---|
| 04/12/2018 | 🌐 403 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 04/12/2018) |
| 05/23/2018 | 🌐 404 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. As discussed at the hearing held on April 10, 2018 ECF No. 402 , the Court orders the following: 1. The deadlines for amicus briefing on dispositive motions ECF No. 387 are amended as follows. Amicus briefs in support of a dispositive motion shall be filed by July 30, 2018. Amicus briefs in opposition to a dispositive motion shall be filed by August 30, 2018. 2. Prior to June 15, 2018, the parties shall meet and confer and propose a procedure for the Court to determine whether any dispositive motion briefing and/or exhibits filed under seal should remain sealed. (McDonagh, Christina) (Entered: 05/23/2018) |
| 05/23/2018 | 🌐 405 | Judge Allison D. Burroughs: ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 10/3/2018 10:00 AM in Courtroom 17 before Judge Allison D. Burroughs. Bench Trial set for 10/15/2018 10:00 AM in Courtroom 17 before Judge Allison D. Burroughs.(McDonagh, Christina) (Entered: 05/23/2018) |
| 06/08/2018 | 🌐 406 | Joint MOTION for Leave to File Excess Pages by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 06/08/2018) |
| 06/11/2018 | 🌐 407 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 406 Motion for Leave to File Excess Pages. Parties are nonetheless encouraged to adhere to the limits set forth in Local Rule 7.1(b)(4) to the extent possible and to limit repetition between the various briefs. Further, given the potential volume of the submissions and the impending trial date, the court further orders as follows: a summary judgment motion shall include a separately filed Statement of Undisputed Facts which details, in numbered paragraphs, the material facts that the moving party contends are undisputed and entitle the movant to judgment as a matter of law. Only those facts which bear on dispositive material issues shall be included in this statement. Oppositions shall include a separate filing of a statement of material facts, responding to each numbered paragraph in the movants Statement of Undisputed Facts, which the respondent contends present genuine issues for trial. The responding party shall also set forth, in separate numbered paragraphs, any additional facts which the respondent contends preclude the entry of summary judgment. Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific references to the parts of the record that support each stated fact. Each stated fact shall cite the source relied upon, including the page of any document or line and page number of any deposition to which reference is made. If both parties are moving for summary judgment, the parties may also submit one joint Statement of Undisputed Facts or include a separate joint submission of facts that are truly undisputed to the extent that that may make sense. In light of the number of pages |

| | | that are likely to be submitted and the scheduled trial date, the parties are encouraged to work together to find ways in which the information, particularly undisputed facts, can be presented to the court as efficiently as possible. (Folan, Karen) (Entered: 06/11/2018) |
|---|---|---|
| 06/12/2018 | 408 | JOINT STATEMENT re scheduling conference . (Ellsworth, Felicia) (Entered: 06/12/2018) |
| 06/12/2018 | 409 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 408 JOINT scheduling motion. (Folan, Karen) (Entered: 06/12/2018) |
| 06/13/2018 | 410 | Joint MOTION to Seal *Certain Information Filed in Connection with the Parties' Summary Judgment Motions* by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 06/13/2018) |
| 06/14/2018 | 411 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 410 Motion to Seal (Folan, Karen) (Entered: 06/14/2018) |
| 06/15/2018 | 412 | MOTION for Summary Judgment by Students for Fair Admissions, Inc.. (Consovoy, William) (Entered: 06/15/2018) |
| 06/15/2018 | 413 | MEMORANDUM in Support re 412 MOTION for Summary Judgment filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 6/18/2018: # 1 **Unredacted version** of Memorandum in Support) (Montes, Mariliz). (Additional attachment(s) added on 7/13/2018: # 2 Updated Redacted Version of Memorandum of Reasons in Support of Motion for Summary Judgment) (McDonagh, Christina). (Entered: 06/15/2018) |
| 06/15/2018 | 414 | Statement of Material Facts L.R. 56.1 re 412 MOTION for Summary Judgment filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 6/18/2018: # 1 **Unredacted version** of Statement of Material Facts) (Montes, Mariliz). (Additional attachment(s) added on 7/13/2018: # 2 Updated Redacted Version of Plaintiff's Statement of Undisputed Material Facts) (McDonagh, Christina). (Additional attachment(s) added on 10/3/2018: # 3 Updated(10/3/2018) Revised Redacted Statement) (McDonagh, Christina). (Entered: 06/15/2018) |
| 06/15/2018 | 415 | DECLARATION re 412 MOTION for Summary Judgment by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit Expert Report, # 2 Exhibit Rebuttal Expert Report, # 3 Errata Errata)(Consovoy, William) (Additional attachment(s) added on 6/18/2018: # 4 **Unredacted version** of Declaration of P. Arcidiacono, # 5 Exhibit A- **unredacted version**, # 6 Exhibit B-**unredacted version**) (Montes, Mariliz). (Additional attachment(s) added on 7/13/2018: # 7 Updated Redacted Version of Declaration of Peter Arcidiacono, # 8 Updated Redacted Version of Exhibit 1, # 9 Updated Redacted Version of Exhibit 2) (McDonagh, Christina). (Entered: 06/15/2018) |
| 06/15/2018 | 416 | DECLARATION re 412 MOTION for Summary Judgment by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit Expert Report, # 2 Exhibit Rebuttal Expert Report, # 3 Exhibit Supplemental Report)(Consovoy, William) (Additional attachment(s) added on 6/18/2018: # 5 Exhibit A- **unredacted version**) (Montes, Mariliz). (Entered: 06/15/2018) |
| 06/15/2018 | 417 | MOTION for Summary Judgment by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 06/15/2018) |
| 06/15/2018 | 418 | MEMORANDUM in Support re 417 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Waxman, Seth) (Additional |

| | | attachment(s) added on 7/2/2018: # 1 **Unredacted version** of Memorandum in Support) (Montes, Mariliz). (Additional attachment(s) added on 7/10/2018: # 2 Updated Redacted Version) (McDonagh, Christina). (Entered: 06/15/2018) |
|---|---|---|
| 06/15/2018 | 🌐419 | DECLARATION re 417 MOTION for Summary Judgment by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97)(Ellsworth, Felicia) (Additional attachment(s) added on 7/2/2018: # 98 **Unredacted version** of Declaration) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # 99 Exhibit 1 (filed under seal), # 100 Exhibit 3 (filed under seal), # 101 Exhibit 4 (filed under seal), # 102 Exhibit 5 (filed under seal), # 103 Exhibit 6 (filed under seal), # 104 Exhibit 7 (filed under seal), # 105 Exhibit 8 (filed under seal), # 106 Exhibit 9 (filed under seal), # 107 Exhibit 10 (filed under seal), # 108 Exhibit 11 (filed under seal), # 109 Exhibit 12 (filed under seal), # 110 Exhibit 13 (filed under seal), # 111 Exhibit 14 (filed under seal), # 112 Exhibit 15 (filed under seal), # 113 Exhibit 16 (filed under seal), # 114 Exhibit 17 (filed under seal), # 115 Exhibit 18 (filed under seal), # 116 Exhibit 19 (filed under seal), # 117 Exhibit 20 (filed under seal), # 118 Exhibit 21 (filed under seal), # 119 Exhibit 22 (filed under seal), # 120 Exhibit 23 (filed under seal), # 121 Exhibit 24 (filed under seal), # 122 Exhibit 25 (filed under seal), # 123 Exhibit 26 (filed under seal), # 124 Exhibit 27 (filed under seal), # 125 Exhibit 29 (filed under seal), # 126 Exhibit 30 (filed under seal), # 127 Exhibit 40 (filed under seal), # 128 Exhibit 43 (filed under seal), # 129 Exhibit 52 (filed under seal), # 130 Exhibit 53(filed under seal), # 131 Exhibit 54 (filed under seal), # 132 Exhibit 55 (filed under seal), # 133 Exhibit 56 (filed under seal), # 134 Exhibit 57 (filed under seal), # 135 Exhibit 61 (filed under seal), # 136 Exhibit 62 (filed under seal), # 137 Exhibit 63 (filed under seal), # 138 Exhibit 65 (filed under seal), # 139 Exhibit 93 (filed under seal)) (Montes, Mariliz). (Attachment 1 replaced on 7/10/2018) (McDonagh, Christina). (Attachment 9 replaced on 7/10/2018) (McDonagh, Christina). (Additional attachment(s) added on 7/10/2018: # 140 Updated Redacted Version of Exhibit 31, # 141 Updated Redacted Version of Exhibit 33, # 142 Updated Redacted Version of Exhibit 35, # 143 Updated Redacted Version of Exhibit 37) (McDonagh, Christina). (Entered: 06/15/2018) |
| 06/15/2018 | 🌐420 | Statement of Material Facts L.R. 56.1 re 417 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Waxman, Seth) (Additional |

| | | attachment(s) added on 7/2/2018: # 1 **Unredacted version** of Statement of Undisputed Material Facts) (Montes, Mariliz). (Entered: 06/15/2018) |
|---|---|---|
| 06/15/2018 | 🌐421 | DECLARATION re 412 MOTION for Summary Judgment by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 100 Exhibit 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105, # 106 Exhibit 106, # 107 Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Exhibit 111, # 112 Exhibit 112, # 113 Exhibit 113, # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Exhibit 119, # 120 Exhibit 120, # 121 Exhibit 121, # 122 Exhibit 122, # 123 Exhibit 123, # 124 Exhibit 124, # 125 Exhibit 125, # 126 Exhibit 126, # 127 Exhibit 127, # 128 Exhibit 128, # 129 Exhibit 129, # 130 Exhibit 130, # 131 Exhibit 131, # 132 Exhibit 132, # 133 Exhibit 133, # 134 Exhibit 134, # 135 Exhibit 135, # 136 Exhibit 136, # 137 Exhibit 137, # 138 Exhibit 138, # 139 Exhibit 139, # 140 Exhibit 140, # 141 Exhibit 141, # 142 Exhibit 142, # 143 Exhibit 143, # 144 Exhibit 144, # 145 Exhibit 145, # 146 Exhibit 146, # 147 Exhibit 147, # 148 Exhibit 148, # 149 Exhibit 149, # 150 Exhibit 150, # 151 Exhibit 151, # 152 Exhibit 152, # 153 Exhibit 153, # 154 Exhibit 154, # 155 Exhibit 155, # 156 Exhibit 156, # 157 Exhibit 157, # 158 Exhibit 158, # 159 Exhibit 159, # 160 Exhibit 160, # 161 Exhibit 161, # 162 Exhibit 162, # 163 Exhibit 163, # 164 Exhibit 164, # 165 Exhibit 165, # 166 Exhibit 166, # 167 Exhibit 167, # 168 Exhibit 168, # 169 Exhibit 169, # 170 Exhibit 170, # 171 Exhibit 171, # 172 Exhibit 172, # 173 Exhibit 173, # 174 Exhibit 174, # 175 Exhibit 175, # 176 Exhibit 176, # 177 Exhibit 177, # 178 Exhibit 178, # 179 Exhibit 179, # 180 Exhibit 180, # 181 Exhibit 181, # 182 Exhibit 182, # 183 Exhibit 183, # 184 Exhibit 184, # 185 Exhibit 185, # 186 Exhibit 186, # 187 Exhibit 187, # 188 Exhibit 188, # 189 Exhibit 189, # 190 Exhibit 190, # 191 Exhibit 191, # 192 Exhibit 192, # 193 Exhibit 193, # 194 Exhibit 194, # 195 Exhibit 195, # 196 Exhibit 196, # 197 Exhibit 197, # 198 Exhibit 198, # 199 Exhibit 199, # 200 Exhibit 200, # 201 Exhibit 201, # 202 Exhibit 202, # 203 Exhibit 203, # 204 Exhibit 204, # 205 Exhibit 205, # 206 Exhibit 206, # 207 Exhibit 207, # 208 Exhibit 208, # 209 Exhibit 209, # 210 Exhibit 210, # 211 Exhibit 211, # 212 Exhibit 212, # 213 Exhibit 213, # 214 Exhibit 214, # 215 Exhibit 215, # 216 |

Exhibit 216, # 217 Exhibit 217, # 218 Exhibit 218, # 219 Exhibit 219, # 220 Exhibit 220, # 221 Exhibit 221, # 222 Exhibit 222, # 223 Exhibit 223, # 224 Exhibit 224, # 225 Exhibit 225, # 226 Exhibit 226, # 227 Exhibit 227, # 228 Exhibit 228, # 229 Exhibit 229, # 230 Exhibit 230, # 231 Exhibit 231, # 232 Exhibit 232, # 233 Exhibit 233, # 234 Exhibit 234, # 235 Exhibit 235, # 236 Exhibit 236, # 237 Exhibit 237, # 238 Exhibit 238, # 239 Exhibit 239, # 240 Exhibit 240, # 241 Exhibit 241, # 242 Exhibit 242, # 243 Exhibit 243, # 244 Exhibit 244, # 245 Exhibit 245, # 246 Exhibit 246, # 247 Exhibit 247, # 248 Exhibit 248, # 249 Exhibit 249, # 250 Exhibit 250, # 251 Exhibit 251, # 252 Exhibit 252, # 253 Exhibit 253, # 254 Exhibit 254, # 255 Exhibit 255, # 256 Exhibit 256, # 257 Exhibit 257, # 258 Exhibit 258, # 259 Exhibit 259, # 260 Exhibit 260, # 261 Exhibit 261)(Consovoy, William) (Additional attachment(s) added on 6/18/2018: # 262 **Unredacted version** of Declaration, # 263 Exhibit 1 (filed under seal), # 264 Exhibit 2 (filed under seal), # 265 Exhibit 5 (filed under seal), # 266 Exhibit 6 (filed under seal), # 267 Exhibit 7 (filed under seal), # 268 Exhibit 8 (filed under seal), # 269 Exhibit 9 (filed under seal), # 270 Exhibit 10 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 6/18/2018: # 271 Exhibit 11 (filed under seal), # 272 Exhibit 12(filed under seal), # 273 Exhibit 13 (filed under seal), # 274 Exhibit 14 (filed under seal), # 275 Exhibit 16 (filed under seal), # 276 Exhibit 17(filed under seal), # 277 Exhibit 18(filed under seal), # 278 Exhibit 19 (filed under seal), # 279 Exhibit 20 (filed under seal), # 280 Exhibit 22 (filed under seal), # 281 Exhibit 23 (filed under seal), # 282 Exhibit 24 (filed under seal), # 283 Exhibit 25(filed under seal), # 284 Exhibit 26 (filed under seal), # 285 Exhibit 28 (filed under seal), # 286 Exhibit 29 (filed under seal), # 287 Exhibit 31 (filed under seal), # 288 Exhibit 32 (filed under seal), # 289 Exhibit 33 (filed under seal), # 290 Exhibit 35 (filed under seal), # 291 Exhibit 36 (filed under seal), # 292 Exhibit 37 (filed under seal), # 293 Exhibit 38(filed under seal), # 294 Exhibit 39 (filed under seal), # 295 Exhibit 40 (filed under seal), # 296 Exhibit 41, # 297 Exhibit 42 (filed under seal), # 298 Exhibit 43 (filed under seal), # 299 Exhibit 44(filed under seal), # 300 Exhibit 45 (filed under seal), # 301 Exhibit 46 (filed under seal), # 302 Exhibit 47 (filed under seal), # 303 Exhibit 48 (filed under seal), # 304 Exhibit 51 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # 305 Exhibit 52 (filed under seal), # 306 Exhibit 53 (filed under seal), # 307 Exhibit 54 (filed under seal), # 308 Exhibit 55 (filed under seal), # 309 Exhibit 56 (filed under seal), # 310 Exhibit 57 (filed under seal), # 311 Exhibit 58 (filed under seal), # 312 Exhibit 59 (filed under seal), # 313 Exhibit 60 (filed under seal), # 314 Exhibit 61 (filed under seal), # 315 Exhibit 62 (filed under seal), # 316 Exhibit 63 (filed under seal), # 317 Exhibit 64 (filed under seal), # 318 Exhibit 65 (filed under seal), # 319 Exhibit 66 (filed under seal), # 320 Exhibit 67 (filed under seal), # 321 Exhibit 68 (filed under seal), # 322 Exhibit 69 (filed under seal), # 323 Exhibit 70 (filed under seal), # 324 Exhibit 71 (filed under seal), # 325 Exhibit 72 (filed under seal), # 326 Exhibit 73 (filed under seal), # 327 Exhibit 74 (filed under seal), # 328 Exhibit 75 (filed under seal), # 329 Exhibit 76(filed under seal), # 330 Exhibit 77 (filed under seal), # 331 Exhibit 78 (filed under seal), # 332 Exhibit 79 (filed under seal), # 333 Exhibit 80 (filed under seal), # 334 Exhibit 81 (filed under seal), # 335 Exhibit 82 (filed under seal), # 336 Exhibit 83 (filed under seal), # 337 Exhibit 84 (filed under seal), # 338 Exhibit 85 (filed under seal), # 339 Exhibit 86 (filed under seal), # 340 Exhibit 87 (filed under seal), # 341 Exhibit 88 (filed under seal), # 342 Exhibit 89 (filed under seal), # 343 Exhibit 90 (filed under seal), # 344 Exhibit 91 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # 345 Exhibit 92 (filed under seal), # 346 Exhibit 93 (filed under seal), # 347 Exhibit 95 (filed under seal), # 348 Exhibit 96 (filed under seal), # 349

Exhibit 97 (filed under seal), # <u>350</u> Exhibit 99 (filed under seal), # <u>351</u> Exhibit 100 (filed under seal), # <u>352</u> Exhibit 101 (filed under seal), # <u>353</u> Exhibit 103 (filed under seal), # <u>354</u> Exhibit 104 (filed under seal), # <u>356</u> Exhibit 108 (filed under seal), # <u>357</u> Exhibit 109 (filed under seal), # <u>358</u> Exhibit 110 (filed under seal), # <u>359</u> Exhibit 111 (filed under seal), # <u>360</u> Exhibit 113 (filed under seal), # <u>361</u> Exhibit 114 (filed under seal), # <u>362</u> Exhibit 117 (filed under seal), # <u>363</u> Exhibit 118 (filed under seal), # <u>364</u> Exhibit 119 (filed under seal), # <u>365</u> Exhibit 120 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # <u>366</u> Exhibit 121 (filed under seal), # <u>367</u> Exhibit 122 (filed under seal), # <u>368</u> Exhibit 124 (filed under seal), # <u>369</u> Exhibit 125 (filed under seal), # <u>370</u> Exhibit 126 (filed under seal), # <u>371</u> Exhibit 127 (filed under seal), # <u>372</u> Exhibit 128 (filed under seal), # <u>373</u> Exhibit 129 (filed under seal), # <u>374</u> Exhibit 130 (filed under seal), # <u>375</u> Exhibit 131 (filed under seal), # <u>376</u> Exhibit 132 (filed under seal), # <u>377</u> Exhibit 134 (filed under seal), # <u>378</u> Exhibit 135 (filed under seal), # <u>379</u> Exhibit 136 (filed under seal), # <u>380</u> Exhibit 137 (filed under seal), # <u>381</u> Exhibit 138 (filed under seal), # <u>382</u> Exhibit 139 (filed under seal), # <u>383</u> Exhibit 140 (filed under seal), # <u>384</u> Exhibit 141 (filed under seal), # <u>385</u> Exhibit 142 (filed under seal), # <u>386</u> Exhibit 144 (filed under seal), # <u>387</u> Exhibit 146 (filed under seal), # <u>388</u> Exhibit 147 (filed under seal), # <u>389</u> Exhibit 151 (filed under seal), # <u>390</u> Exhibit 152 (filed under seal), # <u>391</u> Exhibit 153 (filed under seal), # <u>392</u> Exhibit 158 (filed under seal), # <u>393</u> Exhibit 159 (filed under seal), # <u>394</u> Exhibit 160 (filed under seal), # <u>395</u> Exhibit 161 (filed under seal), # <u>396</u> Exhibit 162 (filed under seal), # <u>397</u> Exhibit 163 (filed under seal), # <u>398</u> Exhibit 169 (filed under seal), # <u>399</u> Exhibit 170 (filed under seal), # <u>400</u> Exhibit 171 (filed under seal), # <u>401</u> Exhibit 172 (filed under seal), # <u>402</u> Exhibit 173 (filed under seal), # <u>403</u> Exhibit 174 (filed under seal), # <u>404</u> Exhibit 175 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # <u>405</u> Exhibit 176 (filed under seal), # <u>406</u> Exhibit 177 (filed under seal), # <u>407</u> Exhibit 178 (filed under seal), # <u>408</u> Exhibit 179 (filed under seal), # <u>409</u> Exhibit 180 (filed under seal), # <u>410</u> Exhibit 181 (filed under seal), # <u>411</u> Exhibit 182 (filed under seal), # <u>412</u> Exhibit 183, # <u>413</u> Exhibit 184 (filed under seal), # <u>414</u> Exhibit 187 (filed under seal), # <u>415</u> Exhibit 188 (filed under seal), # <u>416</u> Exhibit 189 (filed under seal), # <u>417</u> Exhibit 192 (filed under seal), # <u>418</u> Exhibit 194 (filed under seal), # <u>419</u> Exhibit 195 (filed under seal), # <u>420</u> Exhibit 196 (filed under seal), # <u>421</u> Exhibit 197 (filed under seal), # <u>422</u> Exhibit 198 (filed under seal), # <u>423</u> Exhibit 199 (filed under seal), # <u>424</u> Exhibit 200 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # <u>425</u> Exhibit 202 (filed under seal), # <u>426</u> Exhibit 205 (filed under seal), # <u>427</u> Exhibit 206 (filed under seal), # <u>428</u> Exhibit 207 (filed under seal), # <u>429</u> Exhibit 220 (filed under seal), # <u>430</u> Exhibit 223 (filed under seal), # <u>431</u> Exhibit 224 (filed under seal), # <u>432</u> Exhibit 225 (filed under seal), # <u>433</u> Exhibit 226 (filed under seal), # <u>434</u> Exhibit 227 (filed under seal), # <u>435</u> Exhibit 228 (filed under seal), # <u>436</u> Exhibit 229 (filed under seal), # <u>437</u> Exhibit 230 (filed under seal), # <u>438</u> Exhibit 231 (filed under seal), # <u>439</u> Exhibit 233 (filed under seal), # <u>440</u> Exhibit 234 (filed under seal)) (Montes, Mariliz). (Additional attachment(s) added on 7/2/2018: # <u>441</u> Exhibit 236 (filed under seal), # <u>442</u> Exhibit 252 (filed under seal), # <u>443</u> Exhibit 253, # <u>444</u> Exhibit 254 (filed under seal), # <u>445</u> Exhibit 255 (filed under seal), # <u>446</u> Exhibit 256 (filed under seal), # <u>447</u> Exhibit 258 (filed under seal), # <u>448</u> Exhibit 259 (filed under seal), # <u>449</u> Exhibit 260 (filed under seal), # <u>450</u> Exhibit 261 (filed under seal)) (Montes, Mariliz). Modified to fix docket text on 7/30/2018 (McDonagh, Christina). (Entered: 06/15/2018)

| 06/22/2018 | 🌐 <u>422</u> | MEMORANDUM in Support re <u>410</u> Joint MOTION to Seal *Certain Information Filed in Connection with the Parties' Summary Judgment Motions* filed by |

| | | President and Fellows of Harvard College. (Attachments: # 1 Declaration of Robin Worth)(Ellsworth, Felicia) (Entered: 06/22/2018) |
|---|---|---|
| 06/27/2018 | 423 | Letter/request (non-motion) from Sean D. Reyes Utah Attorney General. (McDonagh, Christina) (Entered: 06/27/2018) |
| 06/27/2018 | 424 | Assented to MOTION to Seal *Portions of SFFA's Opposition to Harvard's Motion to Seal* by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 06/27/2018) |
| 06/28/2018 | 425 | MOTION to Unseal Document by President and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 06/28/2018) |
| 06/29/2018 | 426 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 424 Motion to Seal (Folan, Karen) (Entered: 06/29/2018) |
| 06/29/2018 | 427 | Opposition re 410 Joint MOTION to Seal *Certain Information Filed in Connection with the Parties' Summary Judgment Motions* filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 7/2/2018: # 1 SEALED Memorandum of Law (unredacted)) (McDonagh, Christina). (Entered: 06/29/2018) |
| 07/02/2018 | 428 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 425 Motion to Unseal Document (Folan, Karen) (Entered: 07/02/2018) |
| 07/24/2018 | 429 | JOINT STATEMENT of counsel *Regarding the Submission of Amicus Briefs*. (Strawbridge, Patrick) (Entered: 07/24/2018) |
| 07/24/2018 | 430 | MOTION to Seal *Certain Information Filed in Connection with Harvard's Opposition to Plaintiff's Motion for Summary Judgment* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 07/24/2018) |
| 07/24/2018 | 431 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 430 Motion to Seal (Folan, Karen) (Entered: 07/24/2018) |
| 07/24/2018 | 432 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. In response to the parties' joint statement regarding the submission of amicus briefs [ECF No. 429], the Court hereby grants leave for any interested party to file an amicus brief on the pending dispositive motions, in accordance with the deadlines set forth in the Court's order dated May 23, 2018 [ECF No. 404]. (Folan, Karen) (Entered: 07/24/2018) |
| 07/26/2018 | 433 | Assented to MOTION to Seal by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 07/26/2018) |
| 07/26/2018 | 434 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 433 Motion to Seal (Folan, Karen) (Entered: 07/26/2018) |
| 07/27/2018 | 435 | MEMORANDUM in Opposition re 412 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Waxman, Seth) (Additional attachment(s) added on 7/30/2018: # 1 SEALED Oppostion to Motion for Summary Judgment) (McDonagh, Christina). (Entered: 07/27/2018) |
| 07/27/2018 | 436 | Amicus Curiae APPEARANCE entered by Dwight G. Duncan on behalf of National Association of Scholars. (Duncan, Dwight) (Entered: 07/27/2018) |
| 07/27/2018 | 437 | Counter Statement of Material Facts L.R. 56.1 re 412 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Waxman, Seth) |

| | | (Additional attachment(s) added on 7/30/2018: # 1 SEALED Response to Statement of Material Facts) (McDonagh, Christina). (Entered: 07/27/2018) |
|---|---|---|
| 07/27/2018 | ⚫438 | DECLARATION *Declaration of Felicia H. Ellsworth ISO Defendant's Opposition to Plaintiff's Motion for Summary Judgment* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 98, # 2 Exhibit 99, # 3 Exhibit 100, # 4 Exhibit 101, # 5 Exhibit 102, # 6 Exhibit 103, # 7 Exhibit 104, # 8 Exhibit 105, # 9 Exhibit 106, # 10 Exhibit 107, # 11 Exhibit 108, # 12 Exhibit 109, # 13 Exhibit 110, # 14 Exhibit 111, # 15 Exhibit 112, # 16 Exhibit 113, # 17 Exhibit 114, # 18 Exhibit 115, # 19 Exhibit 116, # 20 Exhibit 117, # 21 Exhibit 118, # 22 Exhibit 119, # 23 Exhibit 120, # 24 Exhibit 121, # 25 Exhibit 122, # 26 Exhibit 123, # 27 Exhibit 124, # 28 Exhibit 125, # 29 Exhibit 126, # 30 Exhibit 127, # 31 Exhibit 128, # 32 Exhibit 129, # 33 Exhibit 130, # 34 Exhibit 131, # 35 Exhibit 132, # 36 Exhibit 133, # 37 Exhibit 134, # 38 Exhibit 135, # 39 Exhibit 136, # 40 Exhibit 137, # 41 Exhibit 138, # 42 Exhibit 139, # 43 Exhibit 140, # 44 Exhibit 141, # 45 Exhibit 142, # 46 Exhibit 143, # 47 Exhibit 144, # 48 Exhibit 145, # 49 Exhibit 146, # 50 Exhibit 147, # 51 Exhibit 148, # 52 Exhibit 149, # 53 Exhibit 150, # 54 Exhibit 151, # 55 Exhibit 152, # 56 Exhibit 153, # 57 Exhibit 154, # 58 Exhibit 155, # 59 Exhibit 156, # 60 Exhibit 157, # 61 Exhibit 158) (Ellsworth, Felicia) (Additional attachment(s) added on 7/30/2018: # 62 SEALED Declaration of Felicia H. Ellsworth in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment, # 63 Exhibit 98 Unredacted Version, # 64 Exhibit 101 Unredacted Version, # 65 Exhibit 102 Unredacted Version) (McDonagh, Christina). (Additional attachment(s) added on 7/30/2018: # 66 Exhibit 105 Unredacted Version, # 67 Exhibit 119 Unredacted Version, # 68 Exhibit 128 Unredacted Version, # 69 Exhibit 151 Unredacted Version, # 70 Exhibit 158 Unredacted Version) (McDonagh, Christina). (Entered: 07/27/2018) |
| 07/30/2018 | ⚫439 | AMICUS BRIEF filed by National Association of Scholars . (Duncan, Dwight) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫440 | MEMORANDUM in Support re 417 MOTION for Summary Judgment filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Student Declarations)(Culleen, Lawrence) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫441 | Amicus Curiae APPEARANCE entered by Natashia Tidwell on behalf of American Council on Education. (Tidwell, Natashia) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫442 | AMICUS BRIEF filed by American Council on Education *and 36 Other Higher Education Organizations in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Motion for Summary Judgment*. (Tidwell, Natashia) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫443 | Amicus Curiae APPEARANCE entered by Seth B. Orkand on behalf of Brown University, Case Western Reserve University, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, John Hopkins University, Massachusetts Institute of Technology, Princeton University, Stanford University, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, Yale University. (Orkand, Seth) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫444 | MOTION for Leave to Appear Pro Hac Vice for admission of Matthew S. Hellman Filing fee: $ 100, receipt number 0101-7251217 by Brown University, Case Western Reserve University, Columbia University, Cornell University, |

| | | Dartmouth College, Duke University, Emory University, George Washington University, John Hopkins University, Massachusetts Institute of Technology, Princeton University, Stanford University, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, Yale University. (Attachments: # 1 Affidavit of Matthew S. Hellman)(Orkand, Seth) (Entered: 07/30/2018) |
|---|---|---|
| 07/30/2018 | 445 | AMICUS BRIEF filed by Brown University, Case Western Reserve University, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, George Washington University, John Hopkins University, Massachusetts Institute of Technology, Princeton University, Stanford University, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, Yale University *in Support of Defendants*. (Orkand, Seth) (Entered: 07/30/2018) |
| 07/30/2018 | 446 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 444 Motion for Leave to Appear Pro Hac Vice Added Matthew S. Hellman. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 07/30/2018) |
| 07/30/2018 | 447 | BRIEF by Walter Dellinger *(Brief For Walter Dellinger As Amicus Curiae In Support Of Defendant On The Issue Of Standing)*. (Wisner, Joanne) (Entered: 07/30/2018) |
| 07/30/2018 | 448 | Amicus Curiae APPEARANCE entered by Randall B. Clark on behalf of Amici Curiae Economists Michael Keane et al., in Support of Students for Fair Admissions. (Clark, Randall) Modified to correct docket text on 7/30/2018 (McDonagh, Christina). (Entered: 07/30/2018) |
| 07/30/2018 | 449 | MEMORANDUM in Opposition re 417 MOTION for Summary Judgment filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 7/31/2018: # 1 Memorandum of Reasons in Opposition to Harvard's Motion For Summary Judgment (Unredacted and Sealed)) (McDonagh, Christina). (Entered: 07/30/2018) |
| 07/30/2018 | 450 | AMICUS BRIEF filed by Amici Curiae Economists Michael Keane et al., in Support of Students for Fair Admissions . (Attachments: # 1 Exhibit)(Clark, Randall) (Entered: 07/30/2018) |
| 07/30/2018 | 451 | MOTION for Leave to Appear Pro Hac Vice for admission of C. Boyden Gray, Andrew R. Varcoe, Adam R.F. Gustafson, James R. Conde Filing fee: $ 400, receipt number 0101-7251970 by Amici Curiae Economists Michael Keane et al., in Support of Students for Fair Admissions.(Clark, Randall) (Entered: 07/30/2018) |
| 07/30/2018 | 452 | Counter Statement of Material Facts L.R. 56.1 re 417 MOTION for Summary Judgment filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 7/31/2018: # 1 Unredacted Version of Plaintiff's Response to Defendant's Statement of Undisputed Material Facts (Filed under Seal)) (McDonagh, Christina). (Additional attachment(s) added on 10/3/2018: # 2 Updated (10/3/2018) Redacted Response) (McDonagh, Christina). (Entered: 07/30/2018) |

| 07/30/2018 | ⚫453 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 451 Motion for Leave to Appear Pro Hac Vice Added James R. Conde, Adam R.F. Gustafson, C. Boyden Gray, Andrew R. Varcoe. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 07/30/2018) |
|---|---|---|
| 07/30/2018 | ⚫454 | DECLARATION *of Michael Connolly in Support of SFFA's Opposition to Harvard's Motion for Summary Judgment* by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 262, # 2 Exhibit 263, # 3 Exhibit 264, # 4 Exhibit 265, # 5 Exhibit 266, # 6 Exhibit 267, # 7 Exhibit 268, # 8 Exhibit 269, # 9 Exhibit 270, # 10 Exhibit 271, # 11 Exhibit 272, # 12 Exhibit 273, # 13 Exhibit 274, # 14 Exhibit 275, # 15 Exhibit 276, # 16 Exhibit 277, # 17 Exhibit 278, # 18 Exhibit 279, # 19 Exhibit 280, # 20 Exhibit 281, # 21 Exhibit 282, # 22 Exhibit 283, # 23 Exhibit 284, # 24 Exhibit 285)(Consovoy, William) (Additional attachment(s) added on 7/31/2018: # 25 Unredacted DECLARATION of Michael Connolly in Support of SFFA's Opposition to Harvard's Motion for Summary Judgment (Filed Under Seal), # 26 Exhibit 262 (Filed Under Seal), # 27 Exhibit 263 (Filed Under Seal), # 28 Exhibit 264 (Filed Under Seal), # 29 Exhibit 265 (Filed Under Seal), # 30 Exhibit 266 (Filed Under Seal), # 31 Exhibit 267 (Filed Under Seal), # 32 Exhibit 268 (Filed Under Seal), # 33 Exhibit 269 (Filed Under Seal), # 34 Exhibit 270 (Filed Under Seal), # 35 Exhibit 271 (Filed Under Seal), # 36 Exhibit 272 (Filed Under Seal), # 37 Exhibit 273 (Filed Under Seal), # 38 Exhibit 274 (Filed Under Seal), # 39 Exhibit 275 (Filed Under Seal), # 40 Exhibit 276 (Filed Under Seal), # 41 Exhibit 277 (Filed Under Seal), # 42 Exhibit 278 (Filed Under Seal), # 43 Exhibit 279 (Filed Under Seal), # 44 Exhibit 280 (Filed Under Seal), # 45 Exhibit 281 (Filed Under Seal), # 46 Exhibit 282 (Filed Under Seal), # 47 Exhibit 283 (Filed Under Seal), # 48 Exhibit 284 (Filed Under Seal), # 49 Exhibit 285 (Filed Under Seal)) (McDonagh, Christina). (Entered: 07/30/2018) |
| 07/30/2018 | ⚫455 | MOTION for Leave to File *to Participate as Amici Curiae* by Harvard-Radcliffe Black Students Association, Kuumba Singers of Harvard College, Fuerza Latina of Harvard, Native Americans At Harvard College, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard Asian American Brotherhood, Harvard Vietnamese Association, Harvard-Radcliffe Chinese Students Association, Harvard Korean Association, Harvard Japan Society, Harvard South Asian Association, Harvard Islamic Society, Task Force on Asian and Pacific American Studies at Harvard College, Harvard Phillips Brooks House Association, Harvard Minority Association of Pre-Medical Students, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Native American Alumni of Harvard University, Harvard University Muslim Alumni, Harvard Latino Alumni Alliance. (Attachments: # 1 Exhibit Amicus Brief by Harvard Student and Alumni Organizations in Support of Defendants' Motion for Summary Judgment, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration, # 5 Exhibit Declaration, # 6 Exhibit Declaration, # 7 Exhibit Declaration, # 8 Exhibit Declaration, # 9 Exhibit Declaration, # 10 Exhibit Declaration, # 11 Exhibit Declaration, # 12 Exhibit Declaration, # 13 Exhibit Declaration, # 14 Exhibit Declaration, # 15 Exhibit |

| | | Declaration, # 16 Exhibit Declaration, # 17 Exhibit Declaration)(Thayer, Kenneth) (Entered: 07/30/2018) |
|---|---|---|
| 07/30/2018 | ⚫456 | NOTICE of Appearance by Kenneth N. Thayer on behalf of Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Thayer, Kenneth) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫457 | MOTION for Leave to Appear Pro Hac Vice for admission of Sherrilyn A. Ifill, Janai S. Nelson, Samuel Spital, Jin Hee Lee, Rachel M. Kleinman, Michaele N. Turnage Young, Jennifer A. Holmes, and Cara McClellan by Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Attachments: # 1 Certification of Attorney Ifill, # 2 Certification of Attorney Nelson, # 3 Certification of Attorney Spital, # 4 Certification of Attorney Lee, # 5 Certification of Attorney Kleinman, # 6 Certification of Attorney Turnage Young, # 7 Certification of Attorney Holmes, # 8 Certification of Attorney McClellan)(Thayer, Kenneth) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫458 | NOTICE of Appearance by Kathryn Rebecca Cook on behalf of Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Cook, Kathryn) (Entered: 07/30/2018) |
| 07/30/2018 | ⚫459 | MOTION for Leave to Appear Pro Hac Vice for admission of Gordon M. Fauth, Jr. and Lee Cheng Filing fee: $ 200, receipt number 0101-7252337 by Asian American Legal Foundation, Asian American Coalition for Education. |

| | | (Attachments: # 1 Exhibit Cheng Certification, # 2 Exhibit Fauth Certification, # 3 Text of Proposed Order)(Randazza, Marc) (Entered: 07/30/2018) |
|---|---|---|
| 07/30/2018 | 460 | AMICUS BRIEF filed by Asian American Coalition for Education, Asian American Legal Foundation . (Randazza, Marc) (Entered: 07/30/2018) |
| 07/30/2018 | 461 | MOTION for Leave to File *Brief of Amici Curiae 460 Out of Time* by Asian American Coalition for Education, Asian American Legal Foundation. (Attachments: # 1 Text of Proposed Order)(Randazza, Marc) (Entered: 07/30/2018) |
| 07/31/2018 | 462 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 459 Motion for Leave to Appear Pro Hac Vice Added Gordon M. Fauth Jr. and Lee Cheng. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 07/31/2018) |
| 07/31/2018 | 463 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 457 MOTION for Leave to Appear Pro Hac Vice for admission of Sherrilyn A. Ifill, Janai S. Nelson, Samuel Spital, Jin Hee Lee, Rachel M. Kleinman, Michaele N. Turnage Young, Jennifer A. Holmes, and Cara McClellan by Amicus Parties Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. Filing fee $ 400, receipt number 0101-7253250. Payment Type : PRO HAC VICE. (Thayer, Kenneth) (Entered: 07/31/2018) |
| 07/31/2018 | 464 | NOTICE OF ATTORNEY PAYMENT OF FEES by Amicus Parties Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. Filing fee $ 400, receipt number 0101-7253315. Payment Type : PRO HAC VICE. (Thayer, Kenneth) (Entered: 07/31/2018) |

| | | |
|---|---|---|
| 07/31/2018 | 🌐465 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 455 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 07/31/2018) |
| 07/31/2018 | 🌐466 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 461 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 07/31/2018) |
| 07/31/2018 | 🌐467 | AMICUS BRIEF filed by Asian American Coalition for Education, Asian American Legal Foundation . (Randazza, Marc) (Entered: 07/31/2018) |
| 07/31/2018 | 🌐468 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 457 Motion for Leave to Appear Pro Hac Vice Added Sherrilyn A. Ifill, Janai S. Nelson, Samuel Spital, Jin Hee Lee, Rachel M. Kleinman, Michaele N. Turnage Young, Jennifer A. Holmes, and Cara McClellan. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause. Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (McDonagh, Christina) (Entered: 07/31/2018) |
| 08/01/2018 | 🌐469 | NOTICE by Asian American Legal Foundation *NOTICE OF APPEARANCE OF LEE C. CHENG AS COUNSEL FOR AMICUS CURIAE THE ASIAN AMERICAN LEGAL FOUNDATION* (Fauth, Gordon) (Entered: 08/01/2018) |
| 08/01/2018 | 🌐470 | NOTICE of Appearance by Gordon M. Fauth, Jr on behalf of Asian American Coalition for Education, Asian American Legal Foundation (Fauth, Gordon) (Entered: 08/01/2018) |
| 08/03/2018 | 🌐471 | AMICUS BRIEF filed by Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College *in Support of Defendants' Motion for Summary Judgment*. (Attachments: # 1 Exhibit 2 Declaration, # 2 Exhibit 3 Declaration, # 3 Exhibit 4 Declaration, # 4 Exhibit 5 Declaration, # 5 Exhibit 6 Declaration, # 6 Exhibit 7 Declaration, # 7 Exhibit 8 Declaration, # 8 Exhibit 9 Declaration, # 9 Exhibit 10 Declaration, # 10 Exhibit 11 Declaration, # 11 Exhibit 12 Declaration, # 12 Exhibit 13 Declaration, # 13 Exhibit 14 Declaration, # 14 |

| | | Exhibit 15 Declaration, # 15 Exhibit 16 Declaration, # 16 Exhibit 17 Declaration) (Thayer, Kenneth) (Entered: 08/03/2018) |
|---|---|---|
| 08/06/2018 | 🌐 472 | MOTION for Leave to Appear Pro Hac Vice for admission of Brenda Shum Filing fee: $ 100, receipt number 0101-7261415 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Shum Declaration, # 2 Text of Proposed Order Text of Proposed Order)(Cregor, Matthew) (Entered: 08/06/2018) |
| 08/06/2018 | 🌐 473 | MOTION for Leave to Appear Pro Hac Vice for admission of Genevieve Bonadies Torres Filing fee: $ 100, receipt number 0101-7261863 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Certificate of Good Standing, # 2 Declaration, # 3 Text of Proposed Order Text of Proposed Order)(Cregor, Matthew) (Entered: 08/06/2018) |
| 08/06/2018 | 🌐 474 | MOTION for Leave to Appear Pro Hac Vice for admission of Emma Dinan Filing fee: $ 100, receipt number 0101-7261880 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Declaration, # 2 Text of Proposed Order Text of Proposed Order)(Cregor, Matthew) (Entered: 08/06/2018) |
| 08/06/2018 | 🌐 475 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 472 Motion for Leave to Appear Pro Hac Vice Added Brenda Shum. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for all hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 08/06/2018) |
| 08/06/2018 | 🌐 476 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 473 Motion for Leave to Appear Pro Hac Vice Added Genevieve Bonadies Torres. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for all hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 08/06/2018) |
| 08/06/2018 | 🌐 477 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 474 Motion for Leave to Appear Pro Hac Vice Added Emma Katherine Dinan. **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for all hearings or conferences, unless expressly excused by the Court for good cause.** Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. (McDonagh, Christina) (Entered: 08/06/2018) |

| 08/13/2018 | 🌐 478 | JOINT STATEMENT of counsel *Regarding the Submission of Trial Briefs*. (Mortara, Adam) (Entered: 08/13/2018) |
| --- | --- | --- |
| 08/13/2018 | 🌐 479 | MEMORANDUM in Opposition re 455 MOTION for Leave to File *to Participate as Amici Curiae* filed by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 1)(Hughes, John) (Entered: 08/13/2018) |
| 08/16/2018 | 🌐 480 | MOTION for Leave to File *Reply* by Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Attachments: # 1 Exhibit 1 - Proposed Reply to Students for Fair Admissions, Inc.'s Memorandum in Opposition to Amici Organizations' Motion to Participate as Amici Curiae) (Kleinman, Rachel) (Entered: 08/16/2018) |
| 08/16/2018 | 🌐 481 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 480 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 08/16/2018) |
| 08/16/2018 | 🌐 482 | REPLY to Response to 455 MOTION for Leave to File *to Participate as Amici Curiae* filed by Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Kleinman, Rachel) (Entered: 08/16/2018) |
| 08/27/2018 | 🌐 483 | MOTION to Seal *Certain Information Filed in Connection with Harvard's Reply in Support of its Motion for Summary Judgment* by President and Fellows of Harvard College.(Ellsworth, Felicia) (Entered: 08/27/2018) |
| 08/27/2018 | 🌐 484 | REPLY to Response to 417 MOTION for Summary Judgment filed by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 08/27/2018) |
| 08/28/2018 | 🌐 485 | Assented to MOTION to Seal by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 08/28/2018) |
| 08/28/2018 | 🌐 486 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 483 Motion to Seal (Folan, Karen) (Entered: 08/28/2018) |

| 08/28/2018 | 487 | DECLARATION *of Felicia H. Ellsworth ISO Defendant's Reply ISO Its Motion for Summary Judgment* by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 159, # 2 Exhibit 160, # 3 Exhibit 161, # 4 Exhibit 162, # 5 Exhibit 163, # 6 Exhibit 164, # 7 Exhibit 165, # 8 Exhibit 166)(Ellsworth, Felicia) (Additional attachment(s) added on 8/28/2018: # 9 Unredacted Memorandum, # 10 Exhibit 160 Unredacted Version (FILED UNDER SEAL), # 11 Exhibit 161 Unredacted Version (FILED UNDER SEAL), # 12 Exhibit 162 Unredacted Version (FILED UNDER SEAL), # 13 Exhibit 163 Unredacted Version (FILED UNDER SEAL), # 14 Exhibit 164 Unredacted Version (FILED UNDER SEAL), # 15 Exhibit 165 Unredacted Version (FILED UNDER SEAL)) (McDonagh, Christina). (Entered: 08/28/2018) |
|---|---|---|
| 08/29/2018 | 488 | NOTICE of Appearance filed in error. Please see docket entry ECF 489 (Entered: 08/29/2018) |
| 08/29/2018 | 489 | NOTICE of Appearance by Richard J. Rosensweig on behalf of Social Scientists and Scholars (Attachments: # 1 Exhibit)(Rosensweig, Richard) (Entered: 08/29/2018) |
| 08/29/2018 | 490 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Sarah E. Harrington Filing fee: $ 100, receipt number 0101-7295782 by Social Scientists and Scholars. (Attachments: # 1 Exhibit Certificate in Support of Pro Hac Vice Admission, # 2 Exhibit List of Amici Curiae)(Rosensweig, Richard) (Entered: 08/29/2018) |
| 08/29/2018 | 491 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 490 Motion for Leave to Appear Pro Hac Vice Added Sarah E. Harrington. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 08/29/2018) |
| 08/29/2018 | 492 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 485 Motion to Seal (Folan, Karen) (Entered: 08/29/2018) |
| 08/29/2018 | 493 | MOTION for Leave to Appear Pro Hac Vice for admission of Earl A. Kirkland III Filing fee: $ 100, receipt number 0101-7296869 by Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Brotherhood, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Attachments: # 1 Exhibit Certification of Attorney Kirkland)(Thayer, Kenneth) (Entered: 08/29/2018) |
| 08/30/2018 | 494 | AMICUS BRIEF filed by Social Scientists and Scholars *in Support of Defendant*. (Attachments: # 1 Appendix List of Amici)(Rosensweig, Richard) (Entered: |

| | | |
|---|---|---|
| | | 08/30/2018) |
| 08/30/2018 | 495 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 493 Motion for Leave to Appear Pro Hac Vice Added Earl A. Kirkland III. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 08/30/2018) |
| 08/30/2018 | 496 | Assented to MOTION to Seal *Statement of Interest* by United States.(Donnelly, Matthew) (Entered: 08/30/2018) |
| 08/30/2018 | 497 | AMICUS BRIEF filed by United States *in Opposition to Defendant's Motion for Summary Judgment 417* . (Attachments: # 1 Exhibit Fitzsimmons Dep., # 2 Exhibit Ortiz Dep., # 3 Exhibit Smith (2nd) Dep.)(Donnelly, Matthew) (Additional attachment(s) added on 8/31/2018: # 4 Unredacted Version of United States' Statement of Interest Opposition to Defendant's Motion for Summary Judgment) (McDonagh, Christina). (Entered: 08/30/2018) |
| 08/30/2018 | 498 | NOTICE of Appearance by Derek Tam Ho on behalf of Amici Curiae Professors of Economics Susan Dynarski, et al., in Support of Defendant (Ho, Derek) (Entered: 08/30/2018) |
| 08/30/2018 | 499 | AMICUS BRIEF filed by Amici Curiae Professors of Economics Susan Dynarski, et al., in Support of Defendant . (Ho, Derek) (Entered: 08/30/2018) |
| 08/30/2018 | 500 | NOTICE of Appearance by Madeleine K. Rodriguez on behalf of Amici Curiae the Asian American Legal Defense and Education Fund, et al. (Rodriguez, Madeleine) (Entered: 08/30/2018) |
| 08/30/2018 | 501 | MOTION for Leave to Appear Pro Hac Vice for admission of Kenneth Kimerling Filing fee: $ 100, receipt number 0101-7297870 by Amici Curiae the Asian American Legal Defense and Education Fund, et al.. (Attachments: # 1 Affidavit of Kenneth Kimerling)(Rodriguez, Madeleine) (Entered: 08/30/2018) |
| 08/30/2018 | 502 | AMICUS BRIEF filed by Amici Curiae the Asian American Legal Defense and Education Fund, et al. *in Opposition to Plaintiff's Motion for Summary Judgment*. (Rodriguez, Madeleine) (Entered: 08/30/2018) |
| 08/30/2018 | 503 | MOTION for Leave to File *to Participate as Amici Curiae* by Harvard Black Alumni Society, Harvard Asian American Alumni Alliance, Association of Black Harvard Women, 21 Colorful Crimson. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration)(Thayer, Kenneth) (Entered: 08/30/2018) |
| 08/30/2018 | 504 | AMICUS BRIEF filed by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American |

| | | |
|---|---|---|
| | | Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College *in Opposition to Plaintiff's Motion for Summary Judgment*. (Thayer, Kenneth) (Entered: 08/30/2018) |
| 08/30/2018 | 505 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 496 Motion to Seal (Folan, Karen) (Entered: 08/30/2018) |
| 08/30/2018 | 506 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 501 Motion for Leave to Appear Pro Hac Vice Added Kenneth Kimerling. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 08/30/2018) |
| 08/30/2018 | 507 | MOTION for Leave to Appear Pro Hac Vice for admission of Sarah Hinger Filing fee: $ 100, receipt number 0101-7298403 by American Civil Liberties Union, American Civil Liberties Union Foundation of Massachusetts, Inc.. (Attachments: # 1 Affidavit Affidavit of Sarah Hinger in Support of Motion to Appear Pro Hac Vice)(Segal, Matthew) (Entered: 08/30/2018) |
| 08/30/2018 | 508 | BRIEF by American Civil Liberties Union, American Civil Liberties Union Foundation of Massachusetts, Inc. *in Opposition to Plaintiffs Motion For Summary Judgment*. (Segal, Matthew) (Entered: 08/30/2018) |
| 08/30/2018 | 509 | MEMORANDUM in Opposition re 412 MOTION for Summary Judgment filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit Student Record)(Culleen, Lawrence) (Entered: 08/30/2018) |
| 08/30/2018 | 510 | REPLY to Response to 412 MOTION for Summary Judgment filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 8/31/2018: # 1 Unredacted Memorandum) (McDonagh, Christina). (Entered: 08/30/2018) |
| 08/30/2018 | 511 | Counter Statement of Material Facts L.R. 56.1 re 412 MOTION for Summary Judgment filed by Students for Fair Admissions, Inc.. (Consovoy, William) (Additional attachment(s) added on 8/31/2018: # 1 Unredacted Response to Statement of Material Facts) (McDonagh, Christina). (Entered: 08/30/2018) |
| 08/30/2018 | 512 | DECLARATION re 510 Reply to Response to Motion *for Summary Judgment* by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 286, # 2 Exhibit 287)(Consovoy, William) (Additional attachment(s) added on 8/31/2018: # 3 Exhibit 286 (Unredacted Version FILED UNDER SEAL), # 4 Exhibit 287 (UNREDACTED VERSION FILED UNDER SEAL)) (McDonagh, Christina). (Additional attachment(s) added on 8/31/2018: # 5 Unredacted Declaration of Michael Connolly) (McDonagh, Christina). (Entered: 08/30/2018) |
| 08/30/2018 | 513 | NOTICE of Appearance by Douglass C. Lawrence on behalf of Southeastern Legal Foundation, Center for Equal Opportunity, Reason Foundation (Lawrence, |

Case 1:14-cv-14176-ADB    Document 413    Filed 06/26/2018    Page 111 of 135

| | | Douglass) (Entered: 08/30/2018) |
|---|---|---|
| 08/30/2018 | 🌑514 | AMICUS BRIEF filed by Center for Equal Opportunity, Reason Foundation, Southeastern Legal Foundation *in Opposition to Defendants Motion for Summary Judgment*. (Lawrence, Douglass) (Entered: 08/30/2018) |
| 08/31/2018 | 🌑515 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 507 Motion for Leave to Appear Pro Hac Vice Added Sarah Hinger. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 08/31/2018) |
| 08/31/2018 | 🌑516 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 503 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to be granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 08/31/2018) |
| 08/31/2018 | 🌑517 | AMICUS BRIEF filed by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College *in Opposition to Plaintiff's Motion for Summary Judgment*. (Attachments: # 1 Exhibit Declaration, # 2 Exhibit Declaration, # 3 Exhibit Declaration, # 4 Exhibit Declaration)(Thayer, Kenneth) (Entered: 08/31/2018) |
| 08/31/2018 | 🌑518 | MOTION Participate in Trial Proceedings by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth.(Culleen, Lawrence) (Entered: 08/31/2018) |
| 09/04/2018 | 🌑519 | Amicus Curiae APPEARANCE entered by Sarah E. Harrington on behalf of Social Scientists and Scholars. (Attachments: # 1 Exhibit Exhibit A: List of Amici)(Harrington, Sarah) (Entered: 09/04/2018) |
| 09/04/2018 | 🌑520 | NOTICE of Appearance by Sherrilyn A. Ifill on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard |

| | | |
|---|---|---|
| | | South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Ifill, Sherrilyn) (Entered: 09/04/2018) |
| 09/04/2018 | 🌐 521 | NOTICE of Appearance by Samuel Spital on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Spital, Samuel) (Entered: 09/04/2018) |
| 09/04/2018 | 🌐 522 | NOTICE of Appearance by Jin Hee Lee on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Lee, Jin) (Entered: 09/04/2018) |
| 09/04/2018 | 🌐 523 | NOTICE of Appearance by Rachel M. Kleinman on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Kleinman, Rachel) (Entered: 09/04/2018) |

| 09/04/2018 | 🌐 524 | NOTICE of Appearance by Michaele N. Turnage Young on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Turnage Young, Michaele) (Entered: 09/04/2018) |
|---|---|---|
| 09/04/2018 | 🌐 525 | NOTICE of Appearance by Jennifer A. Holmes on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Holmes, Jennifer) (Entered: 09/04/2018) |
| 09/04/2018 | 🌐 526 | NOTICE of Appearance by Cara McClellan on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (McClellan, Cara) (Entered: 09/04/2018) |
| 09/05/2018 | 🌐 527 | MOTION for Leave to File *Amended Amicus Brief* by Amici Curiae Professors of Economics Susan Dynarski, et al., in Support of Defendant. (Attachments: # 1 Exhibit A - Proposed Amended Brief)(Ho, Derek) (Entered: 09/05/2018) |
| 09/05/2018 | 🌐 528 | MOTION for Leave to Appear Pro Hac Vice for admission of Meg E. Fasulo, Katherine L.I. Hacker, J. Scott McBride, and Krista J. Perry Filing fee: $ 400, receipt number 0101-7305513 by Students for Fair Admissions, Inc.. |

| | | (Attachments: # 1 Fasulo Certification, # 2 Hacker Certificaton, # 3 McBride Certification, # 4 Perry Certification, # 5 Text of Proposed Order)(Strawbridge, Patrick) (Entered: 09/05/2018) |
|---|---|---|
| 09/06/2018 | 🌐 529 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 528 Motion for Leave to Appear Pro Hac Vice Added J. Scott McBride, Katherine L.I. Hacker, Meg E. Fasulo, and Krista J. Perry. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 09/06/2018) |
| 09/06/2018 | 🌐 530 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 527 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 09/06/2018) |
| 09/06/2018 | 🌐 531 | AMENDED DOCUMENT by Amici Curiae Professors of Economics Susan Dynarski, et al., in Support of Defendant. Amendment to 499 Amicus brief filed *Amended Brief of Professors of Economics As Amici Curiae In Support of Defendant*. (Ho, Derek) (Entered: 09/06/2018) |
| 09/07/2018 | 🌐 532 | MOTION To Participate In Trial by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Turnage Young, Michaele) (Entered: 09/07/2018) |
| 09/10/2018 | 🌐 533 | NOTICE of Appearance by Janai S. Nelson on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and |

| | | |
|---|---|---|
| | | Pacific American Studies at Harvard College (Nelson, Janai) (Entered: 09/10/2018) |
| 09/10/2018 | 🌐 534 | NOTICE of Appearance by Earl A. Kirkland, III on behalf of 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College (Kirkland, Earl) (Entered: 09/10/2018) |
| 09/10/2018 | 🌐 535 | NOTICE of Appearance by Sarah R. Frazier on behalf of President and Fellows of Harvard College (Frazier, Sarah) (Entered: 09/10/2018) |
| 09/10/2018 | 🌐 536 | MOTION for Leave to Appear Pro Hac Vice for admission of Danielle Conley and Brittany Amadi Filing fee: $ 200, receipt number 0101-7312062 by President and Fellows of Harvard College. (Attachments: # 1 Conley Certification in Support of Motion, # 2 Amadi Certification in Support of Motion)(Ellsworth, Felicia) Modified on 9/11/2018 (McDonagh, Christina). (Entered: 09/10/2018) |
| 09/11/2018 | 🌐 537 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 536 Motion for Leave to Appear Pro Hac Vice Added Danielle Conley and Brittany Amadi. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 09/11/2018) |
| 09/12/2018 | 🌐 538 | NOTICE of Appearance by Ara B. Gershengorn on behalf of President and Fellows of Harvard College (Gershengorn, Ara) (Entered: 09/12/2018) |
| 09/13/2018 | 🌐 539 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of John J. Park, Jr. Filing fee: $ 100, receipt number 0101-7318306 by Center for Equal Opportunity, Reason Foundation, Southeastern Legal Foundation. (Attachments: # 1 Affidavit of John J. Park, Jr.)(Lawrence, Douglass) (Entered: 09/13/2018) |
| 09/14/2018 | 🌐 540 | Assented to MOTION to Seal *Portions of Pre-Trial Motions* by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 09/14/2018) |
| 09/14/2018 | 🌐 541 | RESPONSE to Motion re 518 MOTION Participate in Trial Proceedings , 532 MOTION To Participate In Trial filed by President and Fellows of Harvard College. (Waxman, Seth) (Entered: 09/14/2018) |
| 09/14/2018 | 🌐 542 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 540 Motion to Seal (Folan, Karen) (Entered: 09/14/2018) |

| 09/14/2018 | 🔗 543 | Opposition re 518 MOTION Participate in Trial Proceedings filed by Students for Fair Admissions, Inc.. (Hughes, John) (Entered: 09/14/2018) |
| 09/14/2018 | 🔗 544 | Letter/request (non-motion) from Jahjah T. Jishbite. (McDonagh, Christina) (Entered: 09/17/2018) |
| 09/17/2018 | 🔗 545 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 539 Motion for Leave to Appear Pro Hac Vice Added John J. Park Jr.. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 09/17/2018) |
| 09/17/2018 | 🔗 546 | MOTION in Limine by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Hughes, John) (Entered: 09/17/2018) |
| 09/17/2018 | 🔗 547 | MOTION in Limine by President and Fellows of Harvard College.(Waxman, Seth) (Entered: 09/17/2018) |
| 09/21/2018 | 🔗 550 | Opposition re 532 MOTION To Participate In Trial filed by Students for Fair Admissions, Inc.. (Hughes, John) (Entered: 09/21/2018) |
| 09/21/2018 | 🔗 551 | Unopposed Motion for leave to File a Reply in regards to 518 MOTION Participate in Trial Proceedings filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Attachments: # 1 Exhibit)(Culleen, Lawrence) Modified on 9/25/2018 (McDonagh, Christina). (Entered: 09/21/2018) |
| 09/26/2018 | 🔗 555 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 551 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 09/26/2018) |
| 09/26/2018 | 🔗 558 | REPLY to Response to 518 MOTION Participate in Trial Proceedings filed by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Culleen, Lawrence) (Entered: 09/26/2018) |
| 09/26/2018 | 🔗 559 | MOTION for Leave to File *Response to the United States' Statement of Interest* by President and Fellows of Harvard College. (Attachments: # 1 Proposed Response)(Waxman, Seth) (Entered: 09/26/2018) |
| 09/27/2018 | 🔗 560 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 559 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 09/27/2018) |
| 09/27/2018 | 🔗 561 | Response by President and Fellows of Harvard College to 497 Amicus brief filed, *by the United States*. (Waxman, Seth) (Entered: 09/27/2018) |

| 09/27/2018 | 562 | Assented to MOTION for Leave to File *Reply* by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Attachments: # 1 Exhibit Proposed Reply)(Holmes, Jennifer) (Entered: 09/27/2018) |
|---|---|---|
| 09/27/2018 | 563 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 562 Motion for Leave to File Document ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Folan, Karen) (Entered: 09/27/2018) |
| 09/27/2018 | 564 | REPLY to Response to 532 MOTION To Participate In Trial filed by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Holmes, Jennifer) (Entered: 09/27/2018) |
| 09/28/2018 | 565 | Consent MOTION to Seal by Students for Fair Admissions, Inc..(Strawbridge, Patrick) (Entered: 09/28/2018) |
| 09/28/2018 | 566 | Judge Allison D. Burroughs: MEMORANDUM AND ORDER entered. Accordingly, the cross-motions for summary judgment [ECF Nos. 412 , 417 ] are denied without prejudice. Consistent with this order, the parties may renew their arguments at trial. **SO ORDERED**. (McDonagh, Christina) (Entered: 09/28/2018) |
| 09/28/2018 | 567 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered.<br><br>The Courts Summary Judgment Memorandum and Order ("Opinion") cites to several paragraphs in the parties submissions that were filed with redactions. The Court has concluded that two of these paragraphs must be filed without redactions. SFFA shall email the Court's docket clerk an updated version of its Statement of Material Fact [ECF No. 414 -2] with the redaction in 130 removed, |

and an updated version of its Counter Statement of Material Facts [ECF No. 452 ] with the redaction in its response to 73 removed.

The Court finds "good cause" to maintain under seal the remaining redacted statements cited by the Opinion, which consist primarily of individuals' names and other personally identifiable information. Bradford & Bigelow, Inc. v. Richardson, 109 F. Supp. 3d 445, 447 (D. Mass. 2015). The parties disagree about whether there is sufficient cause to maintain partial or complete sealing of approximately 100 exhibits and numerous statements in the parties' submissions. See [ECF No. 422 at 21-24]. Given that the court has not relied on these materials in its Opinion and some of this information may become public during trial, the Court will defer deciding the issues raised by the parties' memoranda on sealing [ECF Nos. 422 , 427 ] until the conclusion of trial.

(McDonagh, Christina) (Entered: 09/28/2018)

| 09/28/2018 | ⬤ 568 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 565 Motion to Seal (Folan, Karen) (Entered: 09/28/2018) |
| --- | --- | --- |
| 10/01/2018 | ⬤ 569 | Opposition re 547 MOTION in Limine filed by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Mortara, Adam) (Attachment 6 replaced on 10/1/2018) (McDonagh, Christina). (Additional attachment(s) added on 10/2/2018: # 17 Unredacted Memorandum in Opposition (FILED UNDER SEAL), # 18 Exhibit 4 (Filed Under Seal)) (McDonagh, Christina). (Entered: 10/01/2018) |
| 10/01/2018 | ⬤ 570 | PRETRIAL MEMORANDUM by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(Mortara, Adam) (Additional attachment(s) added on 10/2/2018: # 8 Exhibit A1 (Filed Under Seal)) (McDonagh, Christina). (Entered: 10/01/2018) |
| 10/01/2018 | ⬤ 571 | Opposition re 546 MOTION in Limine filed by President and Fellows of Harvard College. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Waxman, Seth) (Entered: 10/01/2018) |
| 10/02/2018 | ⬤ 572 | ELECTRONIC NOTICE OF RESCHEDULING Final Pretrial Conference reset for 10/3/2018 09:00 AM in Courtroom 17 before Judge Allison D. Burroughs. NOTICE IS FOR TIME CHANGE ONLY.(Folan, Karen) (Entered: 10/02/2018) |
| 10/03/2018 | ⬤ 573 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Final Pretrial Conference held on 10/3/2018. Colloquy re: pending motions, trial schedule and logistics. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Attorneys present: various) (Folan, Karen) (Entered: 10/03/2018) |
| 10/03/2018 | ⬤ 574 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. |
| | | As was more fully set forth during the October 3, 2018 pretrial conference, the parties motions in limine (MIL), see [ECF Nos. 546 , 547 ], are resolved as follows: |
| | | SFFAs MIL No. 1 which sought to preclude Harvard from calling Edward Blum as a witness is denied as moot, see [ECF No. 571 ]. |

| | | SFFAs MIL No. 2 which sought to preclude evidence or argument regarding portions of application files relevant to personal ratings is denied with leave to renew or object at trial. |
|---|---|---|
| | | SFFAs MIL No. 3 concerning the expected testimony of Dean Khurana is resolved as follows: Dean Khurana was not noticed as an expert and, therefore, may not be called as an expert witness. He may, however, testify as a percipient witness and based on his personal knowledge. |
| | | Harvards MIL No.1 to exclude evidence concerning its early twentieth-century discrimination against Jewish applicants is granted in part and denied in part. In the interests of developing a complete factual record, but also recognizing the somewhat attenuated relevance, the Court will allow a very limited presentation of this topic including through exhibits, stipulations and direct and cross examination. |
| | | Harvards MIL No. 2 to preclude evidence regarding Harvards invocation of the attorney-client privilege is denied with leave to renew or object at trial in recognition of the fact that there are proper and improper uses for the documents at issue. |
| | | (McDonagh, Christina) (Entered: 10/03/2018) |
| 10/03/2018 | ⚫575 | Judge Allison D. Burroughs: ORDER entered. MEMORANDUM AND ORDER(McDonagh, Christina) (Entered: 10/03/2018) |
| 10/03/2018 | ⚫576 | EXHIBIT 1 by Lawrence Crawford. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6) **Note that the envelop of this filing states that it is being made as 2 of 2 but Clerk's Office never received envelop 1 of 2 so there is no motion to link this to on the docket**(McDonagh, Christina) (Entered: 10/05/2018) |
| 10/05/2018 | ⚫578 | AFFIDAVIT of Lawrence Crawford re 576 Exhibit, by Lawrence Crawford. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4) **Note this is envelop 1 of 2.**(McDonagh, Christina) (Entered: 10/09/2018) |
| 10/08/2018 | ⚫577 | Request for Judicial Notice by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit DX-13, # 2 Exhibit DX-40, # 3 Exhibit P500)(Mortara, Adam) (Entered: 10/08/2018) |
| 10/10/2018 | ⚫579 | NOTICE by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College re 575 Memorandum & ORDER *Regarding Witnesses and Opening Statement* (Thayer, Kenneth) (Entered: 10/10/2018) |

| 10/11/2018 | 🌑 580 | NOTICE of Appearance by Joseph J. Mueller on behalf of President and Fellows of Harvard College (Mueller, Joseph) (Entered: 10/11/2018) |
|---|---|---|
| 10/12/2018 | 🌑 581 | NOTICE by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth re 575 Memorandum & ORDER *REGARDING TRIAL WITNESSES, REQUEST FOR DATE CERTAIN FOR STUDENT TESTIMONY, AND NOTICE OF INTENT TO PRESENT ORAL OPENING STATEMENT* (Culleen, Lawrence) (Entered: 10/12/2018) |
| 10/15/2018 | 🌑 585 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 1 held on 10/15/2018. Opening statements by the parties. Dean William Fitzsimmons sworn and testifies. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/18/2018) |
| 10/16/2018 | 🌑 582 | Transcript of Bench Trial - Day One held on October 15, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 11/6/2018. Redacted Transcript Deadline set for 11/16/2018. Release of Transcript Restriction set for 1/14/2019. (Scalfani, Deborah) (Entered: 10/16/2018) |
| 10/16/2018 | 🌑 583 | Transcript of Bench Trial - Day Two held on October 16, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 11/6/2018. Redacted Transcript Deadline set for 11/16/2018. Release of Transcript Restriction set for 1/14/2019. (Scalfani, Deborah) (Entered: 10/16/2018) |
| 10/16/2018 | 🌑 584 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 10/16/2018) |
| 10/16/2018 | 🌑 586 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 2 held on 10/16/2018. Testimony of William Fitzsimmons resumes. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/18/2018) |
| 10/17/2018 | 🌑 587 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 3 held on 10/17/2018. Testimony of William Fitzsimmons resumes. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/18/2018) |
| 10/18/2018 | 🌑 589 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 4 held on 10/18/2018. Dean Fitzsimmons testimony continues. Christopher Looby and Erica Bever sworn and testify. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/22/2018) |
| 10/19/2018 | 🌑 590 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 5 held on 10/19/2018. Erica Bever testimony continues. Erin Driver-Linn and Marlyn McGrath sworn and testify. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/22/2018) |

| 10/21/2018 | ⚫588 | MOTION Admit Exhibit P9 by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Mortara, Adam) (Entered: 10/21/2018) |
|---|---|---|
| 10/22/2018 | ⚫591 | Letter/request (non-motion) from Jahjah Al Mahdi. (McDonagh, Christina) (Entered: 10/22/2018) |
| 10/22/2018 | ⚫592 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 6 held on 10/22/2018. Richard Kahlenberg sworn and testifies. Marlyn McGrath testimony resumes. Rakesh Khurana sworn and testifies. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/23/2018) |
| 10/23/2018 | ⚫594 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 7 held on 10/23/2018. Rakesh Khurana, Michael Smith, and Elizabeth Yong sworn and testify. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/24/2018) |
| 10/24/2018 | ⚫593 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered finding as moot 588 Motion to Admit Exhibit P9 (Folan, Karen) (Entered: 10/24/2018) |
| 10/24/2018 | ⚫599 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 8 held on 10/24/2018. Mark Hansen, Roger Banks, Charlene Kim, and Tia Ray sworn and testify. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/29/2018) |
| 10/25/2018 | ⚫595 | AFFIDAVIT of Lawrence Crawford re 591 Letter/request (non-motion) by Lawrence Crawford. (McDonagh, Christina) (Entered: 10/26/2018) |
| 10/25/2018 | ⚫600 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 9 held on 10/25/2018. Peter Arcidiacono sworn and testifies. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/29/2018) |
| 10/26/2018 | ⚫601 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 10 held on 10/26/2018. Testimony of Peter Arcidiacono resumes. Deposition testimony read into the record. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/29/2018) |
| 10/26/2018 | ⚫609 | Opposition to SFFA's Oral Motion to Admit P438 and P588 by President and Fellows of Harvard College. (Folan, Karen) (Entered: 11/02/2018) |
| 10/27/2018 | ⚫596 | Assented to MOTION to Seal by Students for Fair Admissions, Inc..(Hacker, Katherine) (Entered: 10/27/2018) |
| 10/27/2018 | ⚫597 | NOTICE by Students for Fair Admissions, Inc *of Deposition Designations Played in Court* (Attachments: # 1 Script report)(Hacker, Katherine) (Entered: 10/27/2018) |
| 10/29/2018 | ⚫598 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 596 Motion to Seal (Folan, Karen) (Entered: 10/29/2018) |
| 10/29/2018 | ⚫606 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 11 held on 10/29/2018. Margaret Chin, Sarah Cole, Catherine Ho, Cecelia Nunez, Thang Diep, Madison Trice, and Sally Chen all sworn and testify. (Court Reporter: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/31/2018) |

| 10/30/2018 | 602 | NOTICE by Students for Fair Admissions, Inc. *Bench Brief Regarding Exhibits D669 Through D730* (Mortara, Adam) (Entered: 10/30/2018) |
| 10/30/2018 | 603 | NOTICE by Students for Fair Admissions, Inc. *Offer of Proof of Deposition Designations* (Mortara, Adam) (Additional attachment(s) added on 10/30/2018: # 1 Exhibit 1 (Filed under Seal), # 2 Exhibit 2 (Filed Under Seal), # 3 Exhibit 3 (Filed Under Seal)) (McDonagh, Christina). (Entered: 10/30/2018) |
| 10/30/2018 | 604 | Letter/request (non-motion) from Harvard *in Response to Dkt. 602.* (Waxman, Seth) (Entered: 10/30/2018) |
| 10/30/2018 | 605 | Reply in Support of Admission of P438 and P588 by Students for Fair Admissions, Inc. (Mortara, Adam) Modified on 11/1/2018 (McDonagh, Christina). (Entered: 10/30/2018) |
| 10/30/2018 | 607 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 12 held on 10/30/2018. Ruth Simmons and David Card sworn and testify. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 10/31/2018) |
| 10/31/2018 | 608 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 13 held on 10/31/2018. Testimony of David Card resumes. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 11/01/2018) |
| 11/01/2018 | 613 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 14 held on 11/1/2018. Testimony of David Card resumes. Marlyn McGrath sworn and testifies. Plaintiff rests. Drew Faust sworn and testifies. Deposition testimony read into the record. Defense rests. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 11/13/2018) |
| 11/02/2018 | 614 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Bench Trial Day 15 completed on 11/2/2018. Closing arguments by the parties. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 11/13/2018) |
| 11/05/2018 | 610 | NOTICE of Change of Address or Firm Name by Adam K Mortara (Mortara, Adam) (Entered: 11/05/2018) |
| 11/05/2018 | 611 | NOTICE by Students for Fair Admissions, Inc. *Admitted Exhibit List* (Mortara, Adam) (Entered: 11/05/2018) |
| 11/06/2018 | 612 | ELECTRONIC NOTICE of Hearing.Hearing on Arguments in support of proposed findings set for 2/13/2019 02:00 PM in Courtroom 17 before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 11/06/2018) |
| 11/13/2018 | 615 | Joint MOTION Entry of Scheduling Order by Students for Fair Admissions, Inc.. (Consovoy, William) (Entered: 11/13/2018) |
| 11/14/2018 | 616 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 615 Motion for Entry of Scheduling Order (Folan, Karen) (Entered: 11/14/2018) |
| 11/14/2018 | 617 | NOTICE by President and Fellows of Harvard College *Corrected Admitted Exhibit List* (Attachments: # 1 Exhibit 01)(Ellsworth, Felicia) (Entered: 11/14/2018) |
| 12/18/2018 | 618 | Consent MOTION to Seal by Students for Fair Admissions, Inc..(Consovoy, William) (Entered: 12/19/2018) |

| 12/19/2018 | 619 | Proposed Findings of Fact by President and Fellows of Harvard College. (Attachments: # 1 Appendix Selected Exhibits)(Waxman, Seth) (Entered: 12/19/2018) |
|---|---|---|
| 12/19/2018 | 620 | Proposed Findings of Fact by Students for Fair Admissions, Inc.. (Attachments: # 1 Appendix)(Consovoy, William) (Additional attachment(s) added on 12/20/2018: # 2 Unredacted Version, # 3 Appendix Unredacted Version) (McDonagh, Christina). (Entered: 12/19/2018) |
| 12/20/2018 | 621 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 618 Motion to Seal (Folan, Karen) (Entered: 12/20/2018) |
| 01/08/2019 | 622 | AMICUS BRIEF filed by Asian American Coalition for Education *AMICI CURIAE BRIEF OF THE ASIAN AMERICAN COALITION FOR EDUCATION AND THE ASIAN AMERICAN LEGAL FOUNDATION, IN SUPPORT OF PLAINTIFF STUDENTS FOR FAIR ADMISSIONS, INC..* (Fauth, Gordon) (Entered: 01/08/2019) |
| 01/09/2019 | 623 | Proposed Findings of Fact by 21 Colorful Crimson, Association of Black Harvard Women, Coalition for a Diverse Harvard, First Generation Harvard Alumni, Fuerza Latina of Harvard, Harvard Asian American Alumni Alliance, Harvard Asian American Brotherhood, Harvard Black Alumni Society, Harvard Islamic Society, Harvard Japan Society, Harvard Korean Association, Harvard Latino Alumni Alliance, Harvard Minority Association of Pre-Medical Students, Harvard Phillips Brooks House Association, Harvard South Asian Association, Harvard University Muslim Alumni, Harvard Vietnamese Association, Harvard-Radcliffe Asian American Association, Harvard-Radcliffe Asian American Women's Association, Harvard-Radcliffe Black Students Association, Harvard-Radcliffe Chinese Students Association, Kuumba Singers of Harvard College, Native American Alumni of Harvard University, Native Americans At Harvard College, Task Force on Asian and Pacific American Studies at Harvard College. (Lee, Jin) (Entered: 01/09/2019) |
| 01/09/2019 | 624 | AMICUS BRIEF filed by Amici Curiae Economists Michael Keane et al., in Support of Students for Fair Admissions . (Attachments: # 1 Exhibit A)(Clark, Randall) (Entered: 01/09/2019) |
| 01/09/2019 | 625 | AMICUS BRIEF filed by Amici Curiae the Asian American Legal Defense and Education Fund, et al. *in Support of Defendant.* (Rodriguez, Madeleine) (Entered: 01/09/2019) |
| 01/09/2019 | 626 | Proposed Findings of Fact by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth. (Culleen, Lawrence) (Entered: 01/09/2019) |
| 01/23/2019 | 627 | Proposed Findings of Fact by Students for Fair Admissions, Inc.. (Consovoy, William) (Entered: 01/23/2019) |
| 01/23/2019 | 628 | Response by President and Fellows of Harvard College to 620 Proposed Findings of Fact . (Waxman, Seth) (Entered: 01/23/2019) |
| 01/31/2019 | 629 | Hearing of arguments in support of proposed findings of fact and conclusions of law is rescheduled for February 13, 2019 at 1:30 PM in Courtroom 17. **This is a TIME change only**. SFFA and Harvard may each have up to 60 minutes for argument. Amici groups "Students" and "Organizations" will each be allowed up to 15 minutes. See ECF No. 575 .(McDonagh, Christina) (Entered: 01/31/2019) |

| 02/13/2019 | ⚫630 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Hearing re on arguments in support of proposed findings of fact and conclusions of law held on 2/13/2019. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.) (Folan, Karen) (Entered: 02/13/2019) |
|---|---|---|
| 04/18/2019 | ⚫631 | Transcript of Bench Trial - Day One held on October 15, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | ⚫632 | Transcript of Bench Trial - Day Two held on October 16, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | ⚫633 | Transcript of Bench Trial - Day Three held on October 17, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | ⚫634 | SEALED Transcript of Bench Trial - Day Three held on October 17, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | ⚫635 | Transcript of Bench Trial - Day Four held on October 18, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | ⚫636 | Transcript of Bench Trial - Day Five held on October 19, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) Modified on 4/18/2019 (Scalfani, Deborah). (Entered: 04/18/2019) |
| 04/18/2019 | ⚫637 | SEALED Transcript of Bench Trial - Day Five held on October 19, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | ⚫638 | Transcript of Bench Trial - Day Six held on October 22, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court |

| | | |
|---|---|---|
| | | Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 639 | SEALED Transcript of Bench Trial - Day Six held on October 22, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 640 | Transcript of Bench Trial - Day Seven held on October 23, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 641 | SEALED Transcript of Bench Trial - Day Seven held on October 23, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 642 | Transcript of Bench Trial - Day Eight held on October 24, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 643 | SEALED Transcript of Bench Trial - Day Eight held on October 24, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 644 | Transcript of Bench Trial - Day Nine held on October 25, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 645 | SEALED Transcript of Bench Trial - Day Nine held on October 25, 2018, before First. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 646 | Transcript of Bench Trial - Day Ten held on October 26, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 647 | SEALED Transcript of Bench Trial - Day Ten held on October 26, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: |

| | | |
|---|---|---|
| | | Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 648 | Transcript of Bench Trial - Day Eleven held on October 29, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 649 | SEALED Transcript of Bench Trial - Day Eleven held on October 29, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 650 | Transcript of Bench Trial - Day Twelve held on October 30, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 651 | SEALED Transcript of Jury Trial - Day Twelve held on October 30, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 652 | Transcript of Bench Trial - Day Thirteen held on October 31, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 653 | SEALED Transcript of Bench Trial - Day Thirteen held on October 31, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 654 | Transcript of Bench Trial - Day Fourteen held on November 1, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 655 | SEALED Transcript of Bench Trial - Day Fourteen held on November 1, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information: Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 656 | Transcript of Bench Trial Day Fifteen (Closing Arguments) held on November 2, 2018, before Judge Allison D. Burroughs. The Transcript may be purchased |

| | | through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information:Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com Redaction Request due 5/9/2019. Redacted Transcript Deadline set for 5/20/2019. Release of Transcript Restriction set for 7/17/2019. (Scalfani, Deborah) (Entered: 04/18/2019) |
|---|---|---|
| 04/18/2019 | 657 | SEALED Transcript of Bench Trial - Day Fifteen held on November 2, 2018, before Judge Allison D. Burroughs. Court Reporter Name and Contact Information:Kelly Mortellite and Joan Daly at joanmdaly62@gmail.com (Scalfani, Deborah) (Entered: 04/18/2019) |
| 04/18/2019 | 658 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 04/18/2019) |
| 05/14/2019 | 659 | NOTICE of Withdrawal of Appearance by Michael H. Park (Park, Michael) (Entered: 05/14/2019) |
| 05/16/2019 | 660 | NOTICE of Withdrawal of Appearance by Lawrence Culleen *on behalf of Brenda Shum* (Culleen, Lawrence) (Entered: 05/16/2019) |
| 06/04/2019 | 661 | NOTICE of Withdrawal of Appearance by Lawrence Culleen *on behalf of Nicole K. Ochi* (Culleen, Lawrence) (Entered: 06/04/2019) |
| 06/07/2019 | 662 | MOTION for Leave to Appear Pro Hac Vice for admission of Laboni Hoq Filing fee: $ 100, receipt number 0101-7721447 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth.(Sellstrom, Oren) (Entered: 06/07/2019) |
| 06/07/2019 | 663 | MOTION for Leave to Appear Pro Hac Vice for admission of Christopher Lapinig Filing fee: $ 100, receipt number 0101-7721517 by M. B., K. C., Sarah Cole, Y. D., G. E., A. G., I. G., R. H., J. L., Fadhal Moore, Arjini Kumari Nawal, R. S., Itzel Vasquez-Rodriguez, Keyanna Wigglesworth.(Sellstrom, Oren) (Entered: 06/07/2019) |
| 06/10/2019 | 664 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 662 Motion for Leave to Appear Pro Hac Vice Added Laboni Hoq. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 06/10/2019) |
| 06/10/2019 | 665 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 663 Motion for Leave to Appear Pro Hac Vice Added Christopher Lapinig. **Attorneys admitted Pro Hac Vice must register for electronic filing if the attorney does not already have an ECF account in this district. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form. Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in** |

| | | |
|---|---|---|
| | | **Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McDonagh, Christina) (Entered: 06/10/2019) |
| 07/01/2019 | 🌑666 | Transcript of Closing Arguments held on February 13, 2019, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Joan Daly at joanmdaly62@gmail.com Redaction Request due 7/22/2019. Redacted Transcript Deadline set for 8/1/2019. Release of Transcript Restriction set for 9/30/2019. (Scalfani, Deborah) (Entered: 07/01/2019) |
| 07/01/2019 | 🌑667 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 07/01/2019) |
| 07/02/2019 | 🌑668 | NOTICE of Withdrawal of Appearance by Daniel Winik (Winik, Daniel) (Entered: 07/02/2019) |
| 08/16/2019 | 🌑669 | NOTICE of Withdrawal of Appearance by Andrew R. Varcoe (Varcoe, Andrew) (Entered: 08/16/2019) |
| 08/22/2019 | 🌑671 | Letter. (McDonagh, Christina) (Entered: 09/04/2019) |
| 08/27/2019 | 🌑670 | USCA Judgment In Re: Lawrence L. Crawford. Appeal No. 18-8022. The petition is DISMISSED for want of jurisdiction. All pending motions are DENIED. (Pacho, Arnold) (Entered: 08/28/2019) |
| 09/30/2019 | 🌑672 | Judge Allison D. Burroughs: ORDER entered. FINDINGS OF FACT AND CONCLUSIONS OF LAW (McDonagh, Christina) (Entered: 10/01/2019) |
| 09/30/2019 | 🌑673 | Judge Allison D. Burroughs: ORDER entered. Judgment for the Defendant President and Fellows of Harvard College (Harvard Corporation).(McDonagh, Christina) (Entered: 10/01/2019) |
| 10/04/2019 | 🌑674 | NOTICE OF APPEAL 672 FINDINGS OF FACT AND CONCLUSIONS OF LAW 673 JUDGMENT by Students for Fair Admissions, Inc. Filing fee: $ 505, receipt number 0101-7910565 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 10/24/2019. (Consovoy, William) (Modified on 10/4/2019 to Correct Docket Text and CM/ECF Document Link - Appealed Orders) (Paine, Matthew). (Entered: 10/04/2019)** |
| 10/07/2019 | 🌑675 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 674 Notice of Appeal. (Paine, Matthew) (Entered: 10/07/2019) |
| 10/08/2019 | 🌑676 | USCA Case Number 19-2005 for 674 Notice of Appeal filed by Students for Fair Admissions, Inc.. (Paine, Matthew) (Entered: 10/08/2019) |
| 12/09/2019 | 🌑677 | NOTICE of Withdrawal of Appearance by Lawrence Culleen *on behalf of Laboni A. Hoq* (Culleen, Lawrence) (Entered: 12/09/2019) |

| 02/24/2020 | 678 | NOTICE of Withdrawal of Appearance by Felicia H. Ellsworth *(Withdrawal of Elizabeth C. Mooney)* (Ellsworth, Felicia) (Entered: 02/24/2020) |
|---|---|---|
| 03/10/2020 | 679 | NOTICE of Withdrawal of Appearance by Michaele N. Turnage Young *on behalf of Earl A. Kirkland, III* (Turnage Young, Michaele) (Entered: 03/10/2020) |
| 03/12/2020 | 680 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. To the extent not already reflected in the record, the following trial exhibits are ordered sealed: [ECF No. 617 -1 (Exs. PX104 (unredacted version), PX106 (unredacted version), PX111 (unredacted version), PX112, PX116, PX117, PX219, PX257, PX268, PX282, DX50, DX195, DX262, DX276, DX293, DX527, SA1, SA2, SA3, and SA4)]. These exhibits should have been sealed at trial and were treated as sealed by the Court and all parties throughout the trial and any failure to reflect that on the record was inadvertent. (McDonagh, Christina) (Entered: 03/12/2020) |
| 08/31/2020 | 681 | NOTICE of Change of Address or Firm Name by Adam K Mortara (Mortara, Adam) (Entered: 08/31/2020) |
| 11/12/2020 | 682 | OPINION of USCA as to 674 Notice of Appeal filed by Students for Fair Admissions, Inc.. (Paine, Matthew) (Entered: 11/13/2020) |
| 11/12/2020 | 683 | USCA Judgment as to 674 Notice of Appeal filed by Students for Fair Admissions, Inc. (Paine, Matthew) (Entered: 11/13/2020) |
| 12/03/2020 | 684 | MANDATE of USCA as to 674 Notice of Appeal filed by Students for Fair Admissions, Inc.. Appeal 674 Terminated (Paine, Matthew) (Entered: 12/04/2020) |
| 03/01/2021 | 685 | Case Appealed to Supreme Court of the United States, Case Number 20-1199. (Paine, Matthew) (Entered: 03/09/2021) |
| 08/05/2021 | 686 | NOTICE of Withdrawal of Appearance by Felicia H. Ellsworth (Ellsworth, Felicia) (Entered: 08/05/2021) |
| 01/24/2022 | 687 | Order from the Supreme Court of the United States: The petition for a writ of certiorari is granted. (Pacho, Arnold) (Entered: 01/27/2022) |
| 10/26/2022 | 689 | Letter from the First Circuit Court of Appeals with an attached Letter from the Supreme Court of United States requesting transmittal of the record pursuant to Rule 12.7.. (Attachments: # 1 United States Supreme Court Letter)(Paine, Matthew) (Entered: 10/26/2022) |
| 11/02/2022 | 690 | Letter and thumb drive sent to Scott S. Harris, Clerk of the Supreme Court of the United States on November 2, 2022. (FedEx: 8013 9814 1800) (Paine, Matthew) (Entered: 11/02/2022) |
| 11/14/2022 | 691 | *Request to Unseal Trial Transcripts of Sidebars* Letter/request (non-motion) from Jeannie Suk Gersen . (Gersen, Jeannie) (Entered: 11/14/2022) |
| 11/15/2022 | 692 | Letter/request (non-motion) from Seth P. Waxman *in Response to 691* . (Waxman, Seth) (Entered: 11/15/2022) |
| 11/17/2022 | 693 | Letter/request (non-motion) from The New York Times regarding Sealed Records, in support of 691 request. (McManus, Caetlin) (Entered: 11/17/2022) |
| 11/17/2022 | 694 | Letter/request (non-motion) from Students for Fair Admissions *regarding 691 request.*. (Strawbridge, Patrick) (Entered: 11/17/2022) |
| 11/17/2022 | 695 | ELECTRONIC NOTICE of Hearing. |

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

Hearing set for 11/21/2022 10:00 AM in Remote Proceeding : Boston before Judge Allison D. Burroughs. (Folan, Karen) (Entered: 11/17/2022)

| 11/18/2022 | 🌑696 | NOTICE of Appearance by Jeannie Suk Gersen on behalf of Jeannie Suk Gersen (Gersen, Jeannie) (Entered: 11/18/2022) |
| 11/18/2022 | 🌑697 | NOTICE of Appearance by Robert A. Bertsche on behalf of New England First Amendment Coalition; Reporters Committee for Freedom of the Press; Massachusetts Newspaper Publishers Association; GateHouse Media, LLC (Bertsche, Robert) (Entered: 11/18/2022) |
| 11/18/2022 | 🌑698 | Letter/request (non-motion) from Reporters Committee for Freedom of the Press *in support of (691) request to unseal*. (Bertsche, Robert) (Entered: 11/18/2022) |
| 11/21/2022 | 🌑699 | Letter/request (non-motion) from The New Yorker *regarding 691 request*. (McManus, Caetlin) (Entered: 11/21/2022) |
| 11/21/2022 | 🌑700 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 11/21/2022. Colloquy re: sealed documents and sidebar transcripts. Harvard would like until 12/5/22 to review. Further Status Conference set for 12/9/2022 02:00 PM in Remote Proceeding : Boston before Judge Allison D. Burroughs. (Court Reporter: Joan Daly at joanmdaly62@gmail.com.)(Attorneys present: Lee, Mortara, Waxman, Strawbridge, Gershengorn, Elsworth, Gersen) (Folan, Karen) (Entered: 11/21/2022) |
| 12/05/2022 | 🌑701 | Letter/request (non-motion) from Felicia H. Ellsworth . (Ellsworth, Felicia) (Entered: 12/05/2022) |
| 12/05/2022 | 🌑702 | Response by Students for Fair Admissions, Inc. to 691 Letter/request (non-motion) . (Strawbridge, Patrick) (Entered: 12/05/2022) |
| 12/07/2022 | 🌑703 | MOTION to Intervene *for the Limited Purpose of Unsealing Court Records* by Reporters Committee for Freedom of the Press.(Bertsche, Robert) (Entered: 12/07/2022) |
| 12/07/2022 | 🌑704 | MOTION for Leave to Appear Pro Hac Vice for admission of Katie Townsend and Grayson Clary Filing fee: $ 200, receipt number AMADC-9620406 by Reporters Committee for Freedom of the Press.(Bertsche, Robert) (Additional attachment(s) added on 12/8/2022: # 1 Certification of Katie Townsend, # 2 Certification of Grayson Clary (McManus, Caetlin). (Main Document 704 replaced after Certificated separated from main PDF on 12/8/2022) (McManus, Caetlin). (Entered: 12/07/2022) |

| 12/08/2022 | 🌐 705 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered granting 704 Motion for Leave to Appear Pro Hac Vice. Added Katie Townsend and Grayson Clary. |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notices of Appearance must be entered on the docket by the newly admitted attorneys. |
| | | **Pursuant to Local Rule 83.5.3, local counsel shall also file an appearance in this matter. Further, local counsel shall review all filings and shall personally appear in Court for any hearings or conferences, unless expressly excused by the Court for good cause.** (McManus, Caetlin) (Entered: 12/08/2022) |
| 12/08/2022 | 🌐 706 | NOTICE of Appearance by KatieLynn B Townsend on behalf of Reporters Committee for Freedom of the Press (Townsend, KatieLynn) (Entered: 12/08/2022) |
| 12/08/2022 | 🌐 707 | NOTICE of Appearance by Grayson Clary on behalf of Reporters Committee for Freedom of the Press (Clary, Grayson) (Entered: 12/08/2022) |
| 12/09/2022 | 🌐 708 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 12/9/2022. Further Status Conference set for 12/15/2022 10:00 AM in Remote Proceeding : Boston before Judge Allison D. Burroughs. (Court Reporter: Richard Romanow at bulldog@richromanow.com.) (Attorneys present: Mortara, Strawbridgde, Ellsworth,) (Folan, Karen) (Entered: 12/09/2022) |
| 12/09/2022 | 🌐 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Docket Entry Sealed, |
| | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |
| | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | ( Status Conference set for 12/15/2022 09:00 AM in Remote Proceeding : Boston before Judge Allison D. Burroughs.). (Folan, Karen) Unsealed on 1/13/2023 per Order 720 (McManus, Caetlin). (Entered: 12/09/2022) |

| 12/15/2022 | ● 710 | Electronic Clerk's Notes for proceedings held before Judge Allison D. Burroughs: Status Conference held on 12/15/2022. Colloquy re: unsealing of documents. Order will issue. (Court Reporter: Linda Walsh at lwalshsteno@gmail.com.) (Attorneys present: Mortara, Strawbridge, Ellsworth,) (Folan, Karen) (Entered: 12/16/2022) |
|---|---|---|
| 12/19/2022 | ● 711 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. Letters have been submitted to the Court on behalf of interested non-parties requesting that the Court unseal the transcripts of trial sidebars. [ECF Nos. 691, 693, 698, 699]. Further, the Reporters Committee for Freedom of the Press has moved to intervene for the limited purpose of unsealing court records. [ECF No. 703].

The parties have agreed that the bulk of the sidebar transcripts should be unsealed. They have also agreed that any identifying information about applicants should be remain under seal. See United States v. Kravetz, 706 F.3d 47, 62 (1st Cir. 2013) (Third-party privacy interests are "a venerable common law exception to the presumption of access[.]" (citation omitted)). This Court must now resolve the limited remaining disputes among the parties concerning what materials, if any, should remain under seal.

There is both a qualified First Amendment right of public access to certain documents filed in civil litigation and a common-law right of access to judicial records, "with the caveat that such a right is 'not absolute.'" Doe v. Massachusetts Inst. of Tech., 46 F.4th 61, 67 (1st Cir. 2022) (citing Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)). The trial court has "considerable leeway" in making the decision as to whether presumptively public records should remain under seal. Siedle v. Putnam Investments, Inc. 147 F.3d 7, 10 (1st Cir. 1998). It is a decision that involves carefully balancing the competing interests at stake in the particular case. Id.

Mindful that the scales of this balance should always "tilt... toward transparency[,]" Nat'l Org. for Marriage v. McKee, 649 F.3d 34, 70 (1st Cir. 2011), and of the strong and legitimate public interest in this case, the Court finds that only limited portions of the sidebar transcripts, as set forth below, shall remain under seal. The rest shall all be unsealed.

The transcript excerpts that will remain under seal come from Days 6, 7, and 10 of the trial, and they can be divided into three general categories. The Court, as it must, provides the following explanation of its findings such that the public may understand its decision and a reviewing court would be able to determine whether sealing was appropriate. Kravetz, 706 F.3d at 60.

> **Trial Day 7, 7:9-11 and 11:4-6 will remain sealed.** At trial, certain testimony touched on a suicide in a witness's family. Thereafter, during a sidebar concerning this line of questioning, Harvard's counsel, Mr. Lee, and the Court each referenced their subjective impressions of the impact of this questioning on the witness. As the Court has already noted, the privacy rights of third parties can limit the presumptive right of access to judicial records, and, in making this determination, a court may consider the sensitivity of the information, the nature and degree of the harm, the reliability of the information, and the interest that the public has in the information. Kravetz, 706 F.3d at 62 (citations omitted). The Court will unseal this sidebar but for those subjective characterizations of the witness's reaction to the questioning, which have no relevance or value to the |

public, and the unsealing of which would unnecessarily intrude on the witness's privacy.

**Trial Day 10, 122:2-11, 122:17-123:1, and 123:20 will remain sealed.** This set of excerpts concerns an email sent to Dean Fitzsimmons from an individual who had worked on the Office for Civil Rights investigation referenced in this case. The email contained a "joke memo," prepared as if it were written by someone who worked in the Harvard admissions office and making it seem like that employee was inappropriately satirizing Asian-American applicants. The parties' discussions about the substance of this document, its relevance, and the propriety of its admission will all be unsealed. Only the direct quotes from the email, which were read into the record, will remain under seal. The material is dated, it implicates the interests of a third party who was never cross-examined at trial, and its relevance to the case is limited only to the Dean's response, which shall be unsealed. Further, the offensive attempt at humor includes inappropriate and inflammatory language that does not need to be repeated or aired. The specific words used are not relevant to the case-the salient information is the recipient's reaction to the email, which will be unsealed. Finally, although not the driving force, the Court also considers in this calculus the potential prejudice to Harvard, who has opposed disclosure, as there is a risk that the views expressed in this email, on Harvard stationary, could be imputed to Harvard by unfamiliar readers. See In re Los Angeles Times Commc'ns LLC, 28 F.4th 292, 297 (D.C. Cir. 2022) (the court should consider the possibility of prejudice to the party opposing disclosure); see also Zapp v. Zhenli Ye Gon, 746 F. Supp. 2d 145, 150 (D.D.C. 2010). Though the fact that this document may be available from other sources cuts against sealing, Los Angeles Times, 28 F.4th at 297, the Court finds that, in sum, the scale tips in favor of keeping these limited excerpts under seal in this proceeding, which is all that is within the control of the Court. In addition to the direct quotes, the name of the Harvard employee that was used in the text by the third-party author shall also remain sealed. Accordingly, to protect the privacy and integrity of this uninvolved individual, their name will be redacted from lines. **121:23, 123:6, and 125:6 of the Day 10 Transcript.**

**Finally, Trial Day 6, 6:17-8:5 will remain sealed by agreement of the parties.** This excerpt encompasses a discussion at sidebar about an anonymous letter reporting the fact that Judge Burroughs had applied and been rejected from Harvard and alleging that she had an improper bias. This is applicant information and the parties have agreed it shall remain under seal.

The parties are hereby directed to file on the public docket, within two business days, the sidebar transcripts redacted in accordance with this Order.

The Motion to Intervene, [ECF No. 703 ], is DENIED as moot without prejudice. The Motion requested (1) that the parties file on the public docket the portions of the sidebar transcripts that neither party sought to remain under seal with the redactions shown in context, (2) a public hearing on the merits, and (3) a final, public written ruling, supported by particularized findings, identifying the portion

| | | of the transcripts that the Court has determined shall remain under seal. [ECF No. 703 at 4]. This Order essentially provides the relief requested and the motion is therefore moot. (Currie, Haley) (Entered: 12/19/2022) |
|---|---|---|
| 12/21/2022 | 712 | REDACTION *of trial sidebar transcripts in accordance with the Court's December 19, 2022 Order* byPresident and Fellows of Harvard College. (Ellsworth, Felicia) (Entered: 12/21/2022) |
| 12/29/2022 | 713 | MOTION for Reconsideration re 703 MOTION to Intervene *for the Limited Purpose of Unsealing Court Records*, 711 Order on Motion to Intervene, by Reporters Committee for Freedom of the Press.(Bertsche, Robert) (Entered: 12/29/2022) |
| 12/30/2022 | 714 | Transcript of Status Conference held on December 15, 2022, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Linda Walsh at lwalshsteno@gmail.com. Redaction Request due 1/20/2023. Redacted Transcript Deadline set for 1/30/2023. Release of Transcript Restriction set for 3/30/2023. (McDonagh, Christina) (Entered: 01/03/2023) |
| 12/30/2022 | 715 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (McDonagh, Christina) (Entered: 01/03/2023) |
| 01/11/2023 | 717 | Letter/request (non-motion) from Fabio Bertoni, The New Yorker. (McManus, Caetlin) (Entered: 01/11/2023) |
| 01/12/2023 | 718 | NOTICE of Withdrawal of Appearance by Patrick Strawbridge *of William S. Consovoy* (Strawbridge, Patrick) (Entered: 01/12/2023) |
| 01/12/2023 | 719 | RESPONSE to Motion re 713 MOTION for Reconsideration re 703 MOTION to Intervene *for the Limited Purpose of Unsealing Court Records*, 711 Order on Motion to Intervene,,,,,,,,,,,,,,,,,,,,,,,,, filed by Students for Fair Admissions, Inc.. (Strawbridge, Patrick) (Entered: 01/12/2023) |
| 01/13/2023 | 720 | Judge Allison D. Burroughs: ELECTRONIC ORDER entered. The Clerk of the Court is directed to unseal the docket entry on December 9, 2022 regarding the hearing held that same day, and the transcript thereof. (McManus, Caetlin) (Entered: 01/13/2023) |
| 01/13/2023 | 721 | Transcript of Status Conference held on December 9, 2022, before Judge Allison D. Burroughs. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com. Redaction Request due 2/3/2023. Redacted Transcript Deadline set for 2/13/2023. Release of Transcript Restriction set for 4/13/2023. (McDonagh, Christina) (Entered: 01/13/2023) |
| 01/13/2023 | 722 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (McDonagh, Christina) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/18/2023 | 723 | NOTICE OF APPEAL as to 711 Order on Motion to Intervene,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by Reporters Committee for Freedom of the Press Filing fee: $ 505, receipt number AMADC-9673850 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 2/7/2023. (Bertsche, Robert) (Entered: 01/18/2023)** |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 12/19/2022 at 3:09 PM EST and filed on 12/19/2022

| | |
|---|---|
| **Case Name:** | Students for Fair Admissions, Inc. v. President and Fellows of Harvard College et al |
| **Case Number:** | 1:14-cv-14176-ADB |
| **Filer:** | |
| **WARNING: CASE CLOSED on 09/30/2019** | |
| **Document Number:** | 711(No document attached) |

**Docket Text:**
**Judge Allison D. Burroughs: ELECTRONIC ORDER entered. Letters have been submitted to the Court on behalf of interested non-parties requesting that the Court unseal the transcripts of trial sidebars. [ECF Nos. 691, 693, 698, 699]. Further, the Reporters Committee for Freedom of the Press has moved to intervene for the limited purpose of unsealing court records. [ECF No. 703].**

**The parties have agreed that the bulk of the sidebar transcripts should be unsealed. They have also agreed that any identifying information about applicants should be remain under seal. See United States v. Kravetz, 706 F.3d 47, 62 (1st Cir. 2013) (Third-party privacy interests are "a venerable common law exception to the presumption of access[.]" (citation omitted)). This Court must now resolve the limited remaining disputes among the parties concerning what materials, if any, should remain under seal.**

**There is both a qualified First Amendment right of public access to certain documents filed in civil litigation and a common-law right of access to judicial records, "with the caveat that such a right is 'not absolute.'" Doe v.**

Massachusetts Inst. of Tech., 46 F.4th 61, 67 (1st Cir. 2022) (citing Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)). The trial court has "considerable leeway" in making the decision as to whether presumptively public records should remain under seal. Siedle v. Putnam Investments, Inc. 147 F.3d 7, 10 (1st Cir. 1998). It is a decision that involves carefully balancing the competing interests at stake in the particular case. Id.

Mindful that the scales of this balance should always "tilt... toward transparency[,]" Nat'l Org. for Marriage v. McKee, 649 F.3d 34, 70 (1st Cir. 2011), and of the strong and legitimate public interest in this case, the Court finds that only limited portions of the sidebar transcripts, as set forth below, shall remain under seal. The rest shall all be unsealed.

The transcript excerpts that will remain under seal come from Days 6, 7, and 10 of the trial, and they can be divided into three general categories. The Court, as it must, provides the following explanation of its findings such that the public may understand its decision and a reviewing court would be able to determine whether sealing was appropriate. Kravetz, 706 F.3d at 60.

• Trial Day 7, 7:9-11 and 11:4-6 will remain sealed. At trial, certain testimony touched on a suicide in a witness's family. Thereafter, during a sidebar concerning this line of questioning, Harvard's counsel, Mr. Lee, and the Court each referenced their subjective impressions of the impact of this questioning on the witness. As the Court has already noted, the privacy rights of third parties can limit the presumptive right of access to judicial records, and, in making this determination, a court may consider the sensitivity of the information, the nature and degree of harm, the reliability of the information, and the interest that the public has in the information. Kravetz, 706 F.3d at 62 (citations omitted). The Court will unseal this sidebar but for those subjective characterizations of the witness's reaction to the questioning, which have no relevance or value to the public, and the unsealing of which would unnecessarily intrude on the witness's privacy.

• Trial Day 10, 122:2-11, 122:17-123:1, and 123:20 will remain sealed. This set of excerpts concerns an email sent to Dean Fitzsimmons from an individual who had worked on the Office for Civil Rights investigation referenced in this case. The email contained a "joke memo," prepared as if it were written by someone who worked in the Harvard admissions office and making it seem like that employee was inappropriately satirizing Asian-American applicants. The parties' discussions about the substance of this document, its relevance, and the propriety of its admission will all be unsealed. Only the direct quotes from the email, which were read into the record, will remain under seal. The material is dated, it implicates the interests of a third party who was never cross-examined at trial, and its relevance to the case is limited only to the Dean's response, which shall be unsealed. Further, the offensive attempt at humor includes inappropriate and inflammatory language that does not need to be repeated or aired. The

specific words used are not relevant to the case-the salient information is the recipient's reaction to the email, which will be unsealed. Finally, although not the driving force, the Court also considers in this calculus the potential prejudice to Harvard, who has opposed disclosure, as there is a risk that the views expressed in this email, on Harvard stationary, could be imputed to Harvard by unfamiliar readers. See In re Los Angeles Times Commc'ns LLC, 28 F.4th 292, 297 (D.C. Cir. 2022) (the court should consider the possibility of prejudice to the party opposing disclosure); see also Zapp v. Zhenli Ye Gon, 746 F. Supp. 2d 145, 150 (D.D.C. 2010). Though the fact that this document may be available from other sources cuts against sealing, Los Angeles Times, 28 F.4th at 297, the Court finds that, in sum, the scale tips in favor of keeping these limited excerpts under seal in this proceeding, which is all that is within the control of the Court. In addition to the direct quotes, the name of the Harvard employee that was used in the text by the third-party author shall also remain sealed. Accordingly, to protect the privacy and integrity of this uninvolved individual, their name will be redacted from lines. 121:23, 123:6, and 125:6 of the Day 10 Transcript.

• Finally, Trial Day 6, 6:17-8:5 will remain sealed by agreement of the parties. This excerpt encompasses a discussion at sidebar about an anonymous letter reporting the fact that Judge Burroughs had applied and been rejected from Harvard and alleging that she had an improper bias. This is applicant information and the parties have agreed it shall remain under seal.

The parties are hereby directed to file on the public docket, within two business days, the sidebar transcripts redacted in accordance with this Order.

The Motion to Intervene, [ECF No. [703]], is DENIED as moot without prejudice. The Motion requested (1) that the parties file on the public docket the portions of the sidebar transcripts that neither party sought to remain under seal with the redactions shown in context, (2) a public hearing on the merits, and (3) a final, public written ruling, supported by particularized findings, identifying the portion of the transcripts that the Court has determined shall remain under seal. [ECF No. 703 at 4]. This Order essentially provides the relief requested and the motion is therefore moot. (Currie, Haley)


1:14-cv-14176-ADB Notice has been electronically mailed to:

William F. Lee    william.lee@wilmerhale.com, WHDocketing@wilmerhale.com

Robert A. Bertsche    rob.bertsche@klarislaw.com, 3584617420@filings.docketbird.com, rbertsche@verizon.net, robert-bertsche-4578@ecf.pacerpro.com, zach.press@klarislaw.com, zack.leder@klarislaw.com

Dwight G. Duncan    dduncan@umassd.edu

Jon M. Greenbaum    jgreenbaum@lawyerscommittee.org

Richard J. Rosensweig    rrosensweig@goulstonstorrs.com

Joseph J. Mueller    joseph.mueller@wilmerhale.com

Kathryn Rebecca Cook    cook@srbc.com, oliveira@sugarmanrogers.com

Derek Tam Ho    dho@kellogghansen.com, caitlan--cook-1415@ecf.pacerpro.com, ccook@kellogghansen.com, ecf-573333207d99@ecf.pacerpro.com, kira-schumm-7083@ecf.pacerpro.com, kschumm@kellogghansen.com

Marc J. Randazza    mjr@randazza.com, ecf@randazza.com, ecf-6898@ecf.pacerpro.com

Randall B. Clark    rbc@randallbclark.com

Douglass C. Lawrence    dlawrence@curranantonelli.com

Ara B. Gershengorn    ara_gershengorn@harvard.edu

Natashia Tidwell    Natashia.tidwell@saul.com

Seth B. Orkand    sorkand@rc.com, klynch@rc.com

Felicia H. Ellsworth    felicia.ellsworth@wilmerhale.com, WHDocketing@wilmerhale.com, miranda.perkins@wilmerhale.com

J Scott McBride    scott.mcbride@bartlit-beck.com

Adam K Mortara    adam@mortaralaw.com

Kenneth N. Thayer    thayer@srbc.com, oliveira@sugarmanrogers.com

Andrew S. Dulberg    andrew.dulberg@wilmerhale.com, WHDocketing@wilmerhale.com

Patrick Strawbridge    patrick@consovoymccarthy.com

**Sarah R. Frazier**    sarah.frazier@wilmerhale.com

**Matthew Segal**    msegal@aclum.org, jdonovan@aclum.org, waltshuler@aclum.org

**Madeleine K. Rodriguez**    mrodriguez@foleyhoag.com

**Thomas R. McCarthy**    tom@consovoymccarthy.com

**Sigmund David Schutz**    sschutz@preti.com, jcharron@preti.com

**William S. Consovoy**    will@consovoymccarthy.com

**John Michael Connolly**    mike@consovoymccarthy.com

**Debo P. degbile**    Debo.Adegbile@wilmerhale.com, Eliza.Green@wilmerhale.com, Sharon.Hogue@wilmerhale.com

**Lawrence Culleen**    gina.dean@aporter.com, Emma.Dinan@aporter.com, Lawrence.Culleen@aporter.com

**Steven L. Mayer**    steven.mayer@aporter.com, geraldine.ferrer@aporter.com

**Priya A. Lane**    plane@lawyerscom.org

**Sarah Hinger**    shinger@aclu.org, ckayiza@aclu.org

**Oren M. Sellstrom**    osellstrom@lawyerscom.org

**Katherine L.I. Hacker**    kat.hacker@bartlit-beck.com

**Matthew J. Donnelly**    matthew.donnelly@usdoj.gov, Hilary.Pinion@usdoj.gov, Sean.R.Keveney@usdoj.gov

**John M Hughes**    john.hughes@bartlit-beck.com, beth.costner@bartlit-beck.com, ecf-5141277d9655@ecf.pacerpro.com

**Matthew S. Hellman**    MHellman@jenner.com, 7684337420@filings.docketbird.com, docketing@jenner.com

**Adam R.F. Gustafson**    gustafson@boydengrayassociates.com

**Gordon M. Fauth, Jr**　**gmf@classlitigation.com**

**Sherrilyn A. Ifill**　**sifill@naacpldf.org**

**Janai S. Nelson**　**jnelson@naacpldf.org**

**Samuel Spital**　**sspital@naacpldf.org**

**Jin Hee Lee**　**jlee@naacpldf.org**

**Rachel M. Kleinman**　**rkleinman@naacpldf.org, cblalock@naacpldf.org**

**Michaele N. Turnage Young**　**mturnageyoung@naacpldf.org, cblalock@naacpldf.org**

**Jennifer A. Holmes**　**jholmes@naacpldf.org**

**Cara McClellan**　**cmcclellan@naacpldf.org**

**Genevieve Bonadies Torres**　**gbonadies@lawyerscommittee.org**

**Emma Katherine Dinan**　**Emma.Dinan@arnoldporter.com**

**Sarah E. Harrington**　**sharrington@goldsteinrussell.com**

**Meg E. Fasulo**　**meg.fasulo@bartlit-beck.com**

**Brittany Amadi**　**brittany.amadi@wilmerhale.com**

**Jeannie Suk Gersen**　**jsuk73@gmail.com, jsg@law.harvard.edu**

**Grayson Clary**　**gclary@rcfp.org**

**KatieLynn B Townsend**　**ktownsend@rcfp.org**

**1:14-cv-14176-ADB Notice will not be electronically mailed to:**

**Christopher Lapinig**
**Asian Americans Advancing Justice**
**1145 Wilshire Boulevard**

**Los Angeles, CA 90017**

**Clayland Boyden Gray**
**Boyden Gray & Associates PLLC**
**801 17th Street NW, Suite 350**
**Washington, DC 20006**

**Danielle Conley**
**Wilmer Cutler Pickering Hale and Dorr LLP**
**1875 Pennsylvania Ave. NW**
**Washington, DC 20006**

**Eric G. Penley**
**Peckar & Abramson**
**28 State Street**
**Ste 1802**
**Boston, MA 02109**

**James R. Conde**
**Boyden Gray & Associates PLLC**
**801 17th Street NW, Suite 350**
**Washington, DC 20006**

**Jeannie Suk Gersen**

**Jennifer N. Seich**
**City of Boston**
**2300 Washington Street**
**Roxbury, MA 02119**

**John J. Park , Jr**
**Strickland Brockington Lewis LLP**
**Midtown Proscenium Suite 2200**
**1170 Peachtree Stree NE**
**Atlanta, GA 30309**

**Kenneth Kimerling**
**Asian American Legal Defense and Education Fund**
**99 Hudson Street**
**New York, NY 10014**

Krista J. Perry
Bartlit Beck LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654

Lee Cheng
Asian American Legal Foundation
c/o Maschoff Brennan
100 Spectrum Center Drive
Irvine, CA 92618

Matthew M. Cregor
Lawyers for Civil Rights
61 Batterymarch Street
Boston, MA 02110

Nancy L. Perkins
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

Paul M Sanford
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903

Seth P. Waxman
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |  |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.  1:14-cv-14176-ADB |
| PRESIDENT AND FELLOWS OF | ) | |
| HARVARD COLLEGE (HARVARD CORPORATION), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Proposed intervenor the Reporters Committee for Freedom of the Press hereby appeals to the U.S. Court of Appeals for the First Circuit from this Court's December 19, 2022 order denying leave to intervene and ordering that portions of the sidebar transcripts in this case remain sealed.

Respectfully submitted,

Date:   January 18, 2023

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
KLARIS LAW PLLC
6 Liberty Square #2752
Boston, MA 02109
Telephone: 857-303-6938
rob.bertsche@klarislaw.com

*Counsel of Record for Reporters Committee
for Freedom of the Press*

Katie Townsend*
Grayson Clary*
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020

Washington, D.C. 20005
Telephone:  202-795-9300
Facsimile:  202-795-9310
ktownsend@rcfp.org
gclary@rcfp.org

*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, the within document filed through the CM/ECF

system will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing.

*/s/ Robert A. Bertsche*
Robert A. Bertsche