# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 23-1079, 23-1088      **Short Title:** Students for Fair Admissions ▣

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

President and Fellows of Harvard College _____ as the

[  ] appellant(s)          [✔] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)         [  ] respondent(s)        [  ] intervenor(s)

/s/ Ara B. Gershengorn _____          February 1, 2023 _____
Signature                                                      Date

Ara B. Gershengorn _____
Name

Harvard University Office of the General Counsel          617-495-8210 _____
Firm Name (if applicable)                                          Telephone Number

1350 Massachusetts Ave Ste 980 _____          617-526-5000 _____
Address                                                            Fax Number

Cambridge, MA 02138 _____          ara_gershengorn@harvard.edu _____
City, State, Zip Code                                            Email (required)

Court of Appeals Bar Number: 91654 _____

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 15-1823, 19-2005 _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).