No. 23-1088

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

IN RE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

*Petitioner,*

Petition for a Writ of Mandamus to the U.S. District Court for the District of Massachusetts in Case No. 1:14-cv-14176 (Hon. Allison D. Burroughs).

## MOTION TO CONSOLIDATE

Katie Townsend
  *Counsel of Record for Petitioner*
Grayson Clary
Emily Hockett
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

Petitioner respectfully moves this Court for an order consolidating the above-captioned mandamus proceeding with the appeal in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 23-1079 (1st Cir. 2023). Both proceedings seek review of the same order of the District Court denying Petitioner's motion to intervene and unseal certain judicial records, as set forth in more detail in the Petition. In keeping with this Circuit's guidance, Petitioner "prudently made its request for access" in this Court "through two different procedural means, each raising the same substantive issues," in order "[t]o be sure of receiving prompt review." *In re Boston Herald, Inc.*, 321 F.3d 174, 177 (1st Cir. 2003); *see also In re Providence Journal, Inc.*, 293 F.3d 1, 9 & n.3 (1st Cir. 2002); *In re Globe Newspaper Co.*, 920 F.2d 88, 90 (1st Cir. 1990). This Court's usual course is then to "order[] the two cases consolidated." *In re Boston Herald*, 321 F.3d at 177. The same approach is appropriate in this matter.

Respondents Students for Fair Admissions, Inc., and President & Fellows of Harvard College take no position on this motion.

## CONCLUSION

For the foregoing reasons, Petitioner respectfully asks that the Court order the above-captioned matter consolidated with *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 23-1079 (1st Cir. 2023).

Date: February 2, 2023                    */s/ Katie Townsend*

2

Katie Townsend
  *Counsel of Record for Petitioner*
Grayson Clary
Emily Hockett
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

## CERTIFICATE OF SERVICE

I, Katie Townsend, hereby certify that on February 2, 2023, a copy of the foregoing was filed electronically using this Court's CM/ECF System.

Date: February 2, 2023            */s/ Katie Townsend*
                                  Katie Townsend
                                  *Counsel of Record for Petitioner*