# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1079    **Short Title:** Students for Fair Admissions, ]

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Reporters Committee for Freedom of the Press    as the

[✔] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Grayson Clary
Signature

February 9, 2023
Date

Grayson Clary
Name

Reporters Committee for Freedom of the Press
Firm Name (if applicable)

202-795-9300
Telephone Number

1156 15th Street NW, Suite 1020
Address

202-795-9310
Fax Number

Washington, DC 20005
City, State, Zip Code

gclary@rcfp.org
Email (required)

Court of Appeals Bar Number: 1206499

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. 15-1823, 19-2055, 23-1088

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).