# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name   Students for Fair Admissions, Inc., v. President & Fellows of Harvard College

District Court Case No.   1:14-cv-14176      District of Massachusetts   ▼

Date Notice of Appeal filed   January 18, 2023      Court of Appeals Case No.   23-1079

Form filed on behalf of   Appellant Reporters Committee for Freedom of the Press

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)   Dkt. No. 714, Dec. 30, 2022 (transcript of December 15 status conference); Dkt. No. 721, Jan. 13, 2023 (transcript of December 9 status conference); Dkt. No. 726, Jan. 18, 2023 (transcript of December 15 status conference).

## TRANSCRIPT ORDER

Name of Court Reporter _____

Phone Number of Reporter _____

A.  _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | _____ |
| ☐ Opening Statement (plaintiff) | _____ |
| ☐ Opening Statement (defendant) | _____ |
| ☐ Trial | _____ |
| ☐ Closing Argument (plaintiff) | _____ |
| ☐ Closing Argument (defendant) | _____ |
| ☐ Findings of Fact/Conclusions of Law | _____ |
| ☐ Jury Instructions | _____ |
| ☐ Change of Plea | _____ |
| ☐ Sentencing | _____ |
| ☐ Bail hearing | _____ |
| ☐ Pretrial proceedings (specify) _____ | _____ |
| ☐ Testimony (specify ) _____ | _____ |
| ☐ Other (specify) _____ | _____ |

**NOTE:** Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name   Grayson Clary      Filer's Signature   /s/ Grayson Clary

Firm/Address   Reporters Committee for Freedom of the Press      Filer's Email address   gclary@rcfp.org

Telephone number   202-795-9300      Date mailed to court reporter   N/A

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)                      **SEE INSTRUCTIONS ON REVERSE**

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

**TRANSCRIPT REPORT/ORDER FORM**

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal. **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant. In addition, the appeal will be subject to dismissal pursuant to 1st Cir. R. 3.0(b) and 10.0(a) if appellant fails to timely file a Transcript Report/Order Form.**

### TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file the completed Transcript Report Form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### TRANSCRIPT ORDER INSTRUCTIONS

If a transcript is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within 14 days after filing the notice of appeal. Fed. R. App. P. 10(b). Do not submit this form until financial arrangements have been made with the court reporter. Appellant must file the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the Criminal Justice Act must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of Fed. R. App. P. 10(b) and 1st Cir. R. 3.0(b) and 10.0(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal. The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE**: A separate Transcript Order Form (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

### COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript. If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. Fed. R. App. P. 11(b). An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted. Once the transcript is complete, the court reporter must file a copy with the district court and provide the ordering party with a copy.