No. 23-1088

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

IN RE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

*Petitioner,*

Petition for a Writ of Mandamus to the U.S. District Court for the District of Massachusetts in Case No. 1:14-cv-14176 (Hon. Allison D. Burroughs).

## RENEWED MOTION TO CONSOLIDATE

Katie Townsend
  *Counsel of Record for Petitioner*
Grayson Clary
Emily Hockett
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

Petitioner hereby respectfully renews its prior motion for an order consolidating the above-captioned mandamus proceeding with the appeal in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 23-1079 (1st Cir. 2023). For the reasons given herein, Petitioner respectfully requests that the Court grant its motion to consolidate and enter the proposed briefing schedule set forth below to govern both matters. President & Fellows of Harvard College takes no position on this motion. Students for Fair Admissions, Inc., takes no position on this motion but reserves the right to file a response.

Both proceedings seek review of the same December 19 order of the District Court denying Petitioner's motion to intervene and unseal certain judicial records. *See* Petition for Writ of Mandamus at 11–12, *In re Reporters Comm. for Freedom of the Press*, No. 23-1088 (1st Cir. Jan. 19, 2023). On February 9, this Court issued an order denying without prejudice Petitioner's previous motion to consolidate "[i]n light of the pending motion for reconsideration of the district court's order" that Petitioner had filed on December 29. Order at 1, *In re Reporters Comm. for Freedom of the Press*, No. 23-1088 (1st Cir. Feb. 9 2022). The Court ordered the parties to propose a briefing schedule for both matters "within three days of the district court's anticipated disposition of the motion." *Id.* In the more than two months since this Court's order, however, the District Court

2

has taken no action on the motion for reconsideration, frustrating appellate review of an ongoing and irreparable First Amendment injury.

The public's right of access to judicial records is a "contemporaneous right of access," *Doe v. Public Citizen*, 749 F.3d 246, 272 (4th Cir. 2014), and "[e]ach passing day" that judicial records are sealed "may constitute a separate and cognizable infringement of the First Amendment," *Grove Fresh Distribs., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 897 (7th Cir. 1994) (citation omitted). As this Court recently observed, even a delay of "six calendar days would be consequential" where judicial transparency is at stake. *Courthouse News Serv. v. Quinlan*, 32 F.4th 15, 22 (1st Cir. 2022). Here the District Court's inaction has delayed appellate review for months. The point is especially stark given that the records in question relate to a proceeding that is currently pending before the Supreme Court—one in which the Court may issue its decision at any moment. Reporting on judicial records "must be timely to be newsworthy and to allow for ample and meaningful public discussion regarding the functioning of the nation's court systems," and "a ban on reporting news 'just at the time [the] audience would be most receptive' would be effectively equivalent to a 'a deliberate statutory scheme of censorship.'" *Courthouse News Serv. v. Planet*, 947 F.3d 581, 594 (9th Cir. 2020) (quoting *Bridges v. California*, 314 U.S. 252, 269 (1941)). So too here.

Petitioner therefore respectfully urges that the Court consolidate the two matters, *see In re Boston Herald, Inc.*, 321 F.3d 174, 177 (1st Cir. 2003), and set a briefing schedule "encompassing both," Order at 1, *In re Reporters Comm. for Freedom of the Press*, No. 23-1088 (1st Cir. Feb. 9 2022). In particular, Petitioner proposes that the Petition, *see* Petition for Writ of Mandamus, *In re Reporters Comm. for Freedom of the Press*, No. 23-1088 (1st Cir. Jan. 19, 2023), serve as Petitioner's opening brief in the consolidated appeal; that Students for Fair Admissions, Inc., and President & Fellows of Harvard College file their consolidated Respondent-Appellee briefs within 30 days of this Court's order granting this renewed motion to consolidate; and that Petitioner's consolidated reply, if any, be filed within 14 days thereafter.

## CONCLUSION

For the foregoing reasons, Petitioner asks that the Court order the above-captioned matter consolidated with *Students for Fair Admissions, Inc. v. President & Fellows of Harvard College*, No. 23-1079 (1st Cir. 2023) and enter the briefing schedule encompassing both matters proposed above.

Date: April 24, 2023                              */s/ Katie Townsend*
                                                  Katie Townsend
                                                    *Counsel of Record for Petitioner*
                                                  Grayson Clary
                                                  Emily Hockett
                                                  REPORTERS COMMITTEE FOR
                                                    FREEDOM OF THE PRESS

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

## CERTIFICATE OF SERVICE

I, Katie Townsend, hereby certify that on April 24, 2023, a copy of the foregoing was filed electronically using this Court's CM/ECF System.

Date: April 24, 2023

*/s/ Katie Townsend*
Katie Townsend
*Counsel of Record for Petitioner*